STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ROBIN L. HARRIS (CABN 123364)
DAVID J. WARD (CABN 239504)
THOMAS NEWMAN (NYBN 4256178)
Assistant United States Attorneys

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7200
     FAX: (415) 436-7234
     Robin.harris2@usdoj.gov
     David.ward@usdoj.gov
     Thomas.newman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-CR-402 RS |
| Plaintiff, | **STIPULATION TO EXCLUDE TIME FROM FEBRUARY 8, 2022 TO JULY 27, 2022; AND [PROPOSED] ORDER** |
| v. | |
| HARLAN KELLY, and VICTOR MAKRAS, | |
| Defendants. | |

The parties to the above-captioned matter jointly file this Stipulation and Proposed Order asking the Court to exclude time from February 8, 2022 through July 27, 2022 under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The parties have met and conferred, and the government and counsel for the defendants agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing discovery produced by the government. For this reason, the parties stipulate and agree that excluding time until July 27, 2022 will allow for the effective preparation of counsel. *See* 18

STIPULATION AND PROPOSED ORDER     1
No. 21-CR-402 RS

1  U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by

2  excluding the time from February 8, 2022 through July 27, 2022 from computation under the Speedy

3  Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §

4  3161(h)(7)(A), (B)(iv).

5        The undersigned Assistant United States Attorneys certify that they have obtained approval from

6  counsel for the defendants to file this stipulation and proposed order.

7

8        IT IS SO STIPULATED.

9

10  DATED: February 10, 2022              /s/ *David J. Ward*
                                         DAVID WARD
11                                       ROBIN HARRIS
                                         THOMAS NEWMAN
12                                       Assistant United States Attorneys

13

14  DATED: February 10, 2022              /s/ *w/ Permission*
                                         JOHN KEKER
15                                       JAN LITTLE
                                         Attorneys for Defendant MAKRAS

16                                       /s/ *w/ Permission*
                                         BRIAN GETZ
17                                       Attorney for Defendant KELLY

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER          2
No. 21-CR-402 RS

—

1

2

**[PROPOSED] ORDER**

3

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the

4

Court hereby finds that failing to exclude the time from February 8, 2022 through July 27, 2022 would

5

unreasonably deny defense counsel and the defendants the reasonable time necessary for effective

6

preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

7

Court further finds that the ends of justice served by excluding the time from February 8, 2022 to July

8

27, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the

9

defendants in a speedy trial.

10

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from

11

February 8, 2022 to July 27, 2022 shall be excluded from computation under the Speedy Trial Act. 18

12

U.S.C. § 3161(h)(7)(A), (B)(iv).

13

14

IT IS SO ORDERED.

15

DATED: _____                    _____

16

HON. RICHARD SEEBORG
United States Chief District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER              3
No. 21-CR-402 RS