```
1   KEKER, VAN NEST & PETERS LLP
    JOHN W. KEKER - # 49092
2   jkeker@keker.com
    JAN NIELSEN LITTLE - # 100029
3   jlittle@keker.com
    CODY GRAY - # 310525
4   cgray@keker.com
    633 Battery Street
5   San Francisco, CA 94111-1809
    Telephone:     415 391 5400
6   Facsimile:     415 397 7188

7   Attorneys for Defendant
    VICTOR MAKRAS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-cr-00402 RS |
| Plaintiff, | **DEFENDANT VICTOR MAKRAS' WITNESS LIST** |
| v. | Dept.: Courtroom 3 – 17th Floor |
| VICTOR MAKRAS, | Judge: Hon. Richard Seeborg |
| Defendant. | Date Filed: October 19, 2021 |
| | Trial Date: August 15, 2022 |

Defendant Victor Makras may call the following witnesses in his defense at trial. He reserves the right to modify this list before and during trial.

1. Christine Cocking
2. Scott King
3. David Mitchell
4. Steven Weaver
5. Walter Wong
6. Custodians of Records, as necessary, for Rocket/Quicken, Old Republic Title Company, California Real Estate Loans, Inc., Makras Real Estate, San Francisco Federal Credit Union, JP Morgan Chase, Bank of America, San Francisco Ethics Commission, the FBI/DOJ (depending on the results of discussions of potential stipulations).
7. Witness from the San Francisco Ethics Commission (depending on resolution of pending motion *in limine*)
8. Expert on Form 700 requirements (depending on resolution of pending motion *in limine*)
9. "J.M." (depending on resolution of pending motion *in limine*)
10. Expert on permitting process in San Francisco (depending on resolution of pending motion *in limine*)
11. Defendant reserves the right to call character witnesses.
12. Defendant reserves the right to testify.

Dated: July 15, 2022
KEKER, VAN NEST & PETERS LLP

By: /s/ *John W. Keker*
JOHN W. KEKER
JAN NIELSEN LITTLE
CODY GRAY

Attorneys for Defendant
VICTOR MAKRAS