STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7230
    david.ward@usdoj.gov
    zachary.abrahamson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-CR-0402 RS |
| Plaintiff, | UNITED STATES' WITNESS LIST |
| v. | Debt:    Courtroom 3 - 17th Floor<br>Judge:   Hon. Richard Seeborg |
| VICTOR MAKRAS, | Pretrial Conf:   July 27, 2022 |
| Defendant. | Trial Date:   August 15, 2022 |

The United States hereby submits its list of witnesses that may be called to testify during the government's case-in-chief during the trial of the above-captioned matter. The government reserves the right to amend this list and disclose additional witnesses in a manner consistent with the Federal Rules of Criminal Procedure.

    1.  FBI Special Agent Katherine Taylor

    2.  U.S. Attorney's Office Financial Fraud Investigator Phillip Villaneuva

3.  Scott King, Rocket Mortgage/Quicken Loans

4.  Christine Cocking, formerly Quicken Loans

5.  David Mitchell, California Real Estate Loans

6.  Ray Shams, San Francisco Federal Credit Union

7.  Annie Nobilone, former Old Republic Title Company

8.  Walter Wong, Wong Construction Inc.

9.  Patrick Ford, San Francisco Ethics Commission

10. Custodians of records, as necessary, for Quicken Loans/Rocket Mortgage, Old Republic Title Company, Bank of America, JP Morgan Chase, Makras Real Estate, California Real Estate Loans, San Francisco Federal Credit Union, and the Federal Bureau of Investigation, (conditionally submitted depending on the outcome of negotiations over document stipulations).

DATED: July 15, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ *David J. Ward*
DAVID WARD
ZACHARY ABRAHAMSON
Assistant United States Attorneys