STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7261
    FAX: (415) 436-7234
    zachary.abrahamson2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-cr-00402 RS |
| Plaintiff, | JOINT PROPOSED FORM OF VERDICT |
| v. | Judge: Hon. Richard Seeborg<br>Pretrial Conf.: July 27, 2022 |
| VICTOR MAKRAS, | Time: 10:00 a.m.<br>Trial Date: August 15, 2022 |
| Defendant. | |

    The United States of America ("United States") and Defendant Victor Makras ("Defendant") by and through undersigned counsel, hereby respectfully submit the attached proposed verdict form for use in the above-captioned case.

//

//

//

//

//

//

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 22, 2022 | Respectfully submitted, |
| 3 | | STEPHANIE M. HINDS<br>United States Attorney |
| 4 | | |
| 5 | |    /s/<br>DAVID J. WARD |
| 6 | | ZACHARY G.F. ABRAHAMSON<br>Assistant United States Attorneys |
| 7 | DATED: July 22, 2022 |    /s/<br>JOHN W. KEKER |
| 8 | | JAN NIELSEN LITTLE<br>CODY GRAY |
| 9 | | |
| | | Attorney for Defendant VICTOR MAKRAS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VICTOR MAKRAS,<br><br>    Defendant. | Case No. 3:21-cr-00402-RS<br><br>VERDICT |

WE, THE JURY in this case, unanimously find the Defendant **VICTOR MAKRAS**:

1. _____ (GUILTY / NOT GUILTY) of the offense of conspiracy to make a false statement to a bank as charged in Count 1 of the Indictment.

2. _____ (GUILTY / NOT GUILTY) of the offense of false statements to a bank as charged in Count 2 of the Indictment.

3. _____ (GUILTY / NOT GUILTY) of the offense of conspiracy to commit bank fraud as charged in Count 3 of the Indictment.

4. _____ (GUILTY / NOT GUILTY) of the offense of bank fraud as charged in Count 4 of the Indictment.

DATED:  August _____, 2022

_____
FOREPERSON