KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
JAN NIELSEN LITTLE - # 100029
jlittle@keker.com
CODY GRAY - # 310525
cgray@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
VICTOR MAKRAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VICTOR MAKRAS,<br><br>    Defendant. | Case No. 3:21-cr-00402 RS<br><br>**ORDER TO SHOW CAUSE RE SUBPOENA COMPLIANCE**<br><br>Date:         August 5, 2022<br>Time:        10:00 a.m.<br>Dept.:        Courtroom 3 – 17th Floor<br>Judge:       Hon. Richard Seeborg<br><br>Date Filed: October 19, 2021<br><br>Trial Date:  August 15, 2022 |

1 | Having considered the presentations of counsel for Defendant Makras and counsel for the
2 | government at the pretrial conference held on July 27, 2022, and good cause appearing:
3 | It is hereby **ORDERED** that witnesses from Rocket Mortgage LLC f/k/a Quicken Loans
4 | LLC f/k/a Quicken Loans Inc. ("Rocket Mortgage") shall appear at an evidentiary hearing to be
5 | held via a Zoom webinar on Friday, August 5, 2022, at 10:00 a.m., to testify concerning Rocket
6 | Mortgage's compliance with a defense subpoena dated December 3, 2021, issued pursuant to this
7 | Court's December 3, 2021 order (Dkt. 24) and Rule 17(c) of the Federal Rules of Criminal
8 | Procedure.  The witnesses to appear and show cause as to Rocket Mortgage's compliance *vel non*
9 | with the subpoena shall be:

   1. All Rocket Mortgage Custodian(s) of Record responsible for searching for, identifying, and producing documents responsive to the December 3, 2021 subpoena;
   2. All Rocket Mortgage Custodian(s) of Record involved in the location, identification, and production of documents produced to the government on July 22, 2022, including, but not limited to, a document entitled "Loan Journal Notes," Bates-numbered QUICKEN 001267 through QUICKEN 001278; and
   3. Senior Fraud Investigator Wolfgang Von Mueller.

Counsel for Defendant Makras is hereby instructed to transmit a copy of this order forthwith to counsel for Rocket Mortgage and to serve witness subpoenas.

**IT IS SO ORDERED.**

DATED:  July 27, 2022

_____
Hon. Richard Seeborg
Chief United States District Judge