STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7261
    FAX: (415) 436-7234
    zachary.abrahamson2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:21-cr-00402 RS |
|---|---|
| Plaintiff, | ) FIRST JOINT STIPULATION RE BUSINESS RECORDS |
| v. | ) |
| VICTOR MAKRAS, | ) Judge: Hon. Richard Seeborg<br>) Pretrial Conf.: July 27, 2022<br>) Time: 10:00 a.m. |
| Defendant. | ) Trial Date: August 15, 2022 |

**IT IS HEREBY STIPULATED AND AGREED**, between plaintiff, the United States of America, by its undersigned counsel, and defendant, Victor Makras, by his undersigned counsel, that without waiving the right of any party to object on the basis of Rule 401 or Rule 403 of the Federal Rules of Evidence, the following documents produced in this matter are authentic pursuant to Federal Rule of Evidence 901(a), 902(11) and/or 902(13), covered by the business records exception to the rule against hearsay contained in Federal Rule of Evidence 803(6), and admissible at trial in lieu of the original documents and may be admitted at trial without calling a custodian as a witness:

| Exhibit Nos. | Description | Custodian |
|---|---|---|
| TBD | Business records and custodian declaration of San Francisco Federal Credit Union pertaining to accounts held by Harlan and Naomi Kelly [ US-SFFCU-00000271, US-SFFCU-00000273 through -414, US-SFFCU- | San Francisco Federal Credit Union |

STIPULATIONS RE RECORDS                   1
3:21-cr-00402-RS

| Exhibit Nos. | Description | Custodian |
|---|---|---|
| | 00001010 through -1026, US-SFFCU-00001028 through -1036, US-SFFCU-00001267 through -1469, US-SFFCU-00001796 through -1821 ] | |
| TBD | Business records and custodian declaration of San Francisco Federal Credit Union pertaining to a loan sought by Harlan and Naomi Kelly [ US-SFCREDITU-00000544, US-SFCREDITU-00000386 through -543 ] | San Francisco Federal Credit Union |
| TBD | Business records and custodian declarations of JPMorgan Chase pertaining to accounts held by Harlan and Naomi Kelly [ US-CHASE-00001113 through -1115, US-CHASE-00001117 through -1119 ] | JPMorgan Chase |
| TBD | Business records and custodian declarations of JPMorgan Chase pertaining to accounts held by Harlan and Naomi Kelly [US-CHASE-00002742, US-CHASE-00001120 through -2725 ] | JPMorgan Chase |
| TBD | Business records and custodian declarations of JPMorgan Chase pertaining to accounts held by Harlan and Naomi Kelly [ US-CHASE-00002961, US-CHASE-2963 through -3017 ] | JPMorgan Chase |
| TBD | Business records and custodian declaration of Bank of America pertaining to accounts held by Harlan Kelly [ US-BOA-00000797, US-BOA-00000800 through -1626, US-BOA-00001761 through -1798, US-BOA-00001901 through -2306 ] | Bank of America |
| TBD | Business records of and custodian declaration of Quicken Loans/Rocket Mortgage pertaining to a loan sought by Harlan and Naomi Kelly [ US-QUICKEN-00000004, US-QUICKEN-00000001 through -1139, US-QUICKEN-00001142 through -1156, QUICKEN-00001137 through -1278 ] | Quicken Loans/Rocket Mortgage |
| TBD | Business records of and custodian declaration of Quicken Loans/Rocket Mortgage pertaining to a loan sought by Harlan and Naomi Kelly [ Rocket Mortgage 000001 through -982 ] | Quicken Loans/Rocket Mortgage |
| TBD | Business records and custodian declaration of Old Republic Title Co. pertaining to escrow records for various properties [ US-ORTC-00000001 through -1330, ORT0001 through -368 ] | Old Republic Title Co. |
| TBD | Business records of Makras Real Estate pertaining to loans sought and properties held by Harlan and Naomi Kelly [ MAKRAS-GJSDT-00000002 through -0462 ] | Makras Real Estate |
| TBD | Business records of Wong Construction [ WONGCONSTR-NDCALMAR2020-000964 through -968 ] | Wong Construction |
| TBD | Business records of California Real Estate Loans, Inc. ("CREL"), in the form of e-mails to or from CREL regarding the property at 1622 11th Ave. | Various |
| TBD | Business records of Makras Real Estate in the form of e-mails to or from Makras Real Estate regarding the property at 1622 11th Ave. | Various |

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

DATED: August 9, 2022

        /s/
DAVID J. WARD
ZACHARY G.F. ABRAHAMSON
Assistant United States Attorneys

| | |
|---|---|
| DATED: August 9, 2022 | KEKR, VAN NEST & PETERS LLP<br><br>         /s/         <br>JOHN W. KEKER<br>JAN NIELSEN LITTLE<br>CODY GRAY<br>Attorneys for Defendant VICTOR MAKRAS |