```
KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
JAN NIELSEN LITTLE - # 100029
jlittle@keker.com
CODY GRAY - # 310525
cgray@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188
```

Attorneys for Defendant
VICTOR MAKRAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:21-cr-00402 RS |
|---|---|
| Plaintiff, | **STIPULATED POST-TRIAL SCHEDULING ORDER** |
| v. | Dept.: Courtroom 3 – 17th Floor |
| VICTOR MAKRAS, | Judge: Hon. Richard Seeborg |
| Defendant. | Date Filed: October 19, 2021 |
| | Trial Date: August 15, 2022 |

Defendant Victor Makras ("Mr. Makras") and the United States of America ("United States") hereby stipulate and agree as follows:

1. On or before September 23, 2022, Mr. Makras shall file any motions under Federal Rules of Criminal Procedure 29 and 33 (the "Motions");

2. On or before October 7, 2022, the United States shall file any oppositions to Mr. Makras' Motions;

3. On or before October 17, 2022, Mr. Makras shall file any replies in support of his Motions;

4. On October 25, 2022 at 9:30 a.m., or at a date and time at the Court's convenience, the Court will hold a hearing on Mr. Makras's Motions;

5. On December 20, 2022, at 9:30 a.m., in the event the Motions are denied, the Court shall sentence Mr. Makras.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  August 31, 2022                     KEKER, VAN NEST & PETERS LLP

                                            By:  /s/ John W. Keker
                                                 JOHN W. KEKER
                                                 JAN NIELSEN LITTLE
                                                 CODY GRAY

                                                 Attorneys for Defendant
                                                 VICTOR MAKRAS

Dated:  August 31, 2022                     STEPHANIE HINDS
                                            United States Attorney


                                            By:  /s/ David Ward
                                                 DAVID WARD
                                                 ZACHARY ABRAHAMSON
                                                 Attorneys for United States of America

## **CONCURRENCE**

I, John W. Keker, am the user whose ID and password are being used to file this [PROPOSED] STIPULATED POST-TRIAL SCHEDULING ORDER. I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

Dated: August 31, 2022                              By: /s/ *John W. Keker*

**ORDER**

**THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.**

Dated:   August 31, 2022          By: _____
                                   HONORABLE RICHARD SEEBORG
                                   UNITED STATES DISTRICT JUDGE