1   KEKER, VAN NEST & PETERS LLP
    JOHN W. KEKER - # 49092
2   jkeker@keker.com
    JAN NIELSEN LITTLE - # 100029
3   jlittle@keker.com
    CODY GRAY - # 310525
4   cgray@keker.com
    633 Battery Street
5   San Francisco, CA 94111-1809
    Telephone:    415 391 5400
6   Facsimile:    415 397 7188

7   Attorneys for Defendant VICTOR MAKRAS

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,            Case No. 3:21-cr-00402 RS

12              Plaintiff,               **LETTERS SUBMITTED ON BEHALF OF**
                                         **VICTOR MAKRAS FOR SENTENCING**
13        v.                             **(EXHIBITS 1-190)**

14  VICTOR MAKRAS,                       Judge:      Hon. Richard Seeborg

15              Defendant.               Sentencing: December 20, 2022
                                         Time:       9:30 a.m.
16

17

18

19

20

21

22

23

24

25

26

27

28

Attached as Exhibits 1 - 190 are true and correct copies of the following letters written by supporters of defendant Victor Makras.

| Exh. # | Name |
|--------|------|
| | **CHURCH** |
| 1. | Letter from Peter A. Bagatelos |
| 2. | Letter from Presvytera Aliki Kyriacou |
| 3. | Letter from John Gumas |
| 4. | Letter from Anne Capitolo |
| 5. | Letter from Joanne Glafkides |
| 6. | Letter from Tony Chrisanthis |
| 7. | Letter from Michael Bagatelos |
| 8. | Letter from Dennis Vozaitis |
| 9. | Letter from Tom & Patricia Pantazis |
| 10. | Letter from Annamarie Balian |
| 11. | Letter from Ernest & Adamantia Antonis |
| 12. | Letter from John Sooklaris |
| 13. | Letter from Spiros Tsifourdaris |
| 14. | Letter from Karen Bagatelos |
| 15. | Letter from Tula Mouroufas |
| 16. | Letter from Judith Rigas |
| 17. | Letter from Rita Nicolas |
| | **FAMILY** |
| 18. | Letter from Elaine Passaris |
| 19. | Letter from Art Agnos |
| 20. | Letter from George Gavallos |

1

| Exh. # | Name |
|--------|------|
| 21. | Letter from Constantinos Karantzas |
| 22. | Letter from Steve Agnos |
| 23. | Letter from Jessica Garibaldi |
| 24. | Letter from Shahin Garibaldi |
| 25. | Letter from Michael Passaris |
| 26. | Letter from Shirin Sabahi |
| 27. | Letter from Andrew Nuris |
| 28. | Letter from Maria Tsiplakos |
| 29. | Letter from Victoria Hanacek |
| 30. | Letter from Arash Sabahi |
| 31. | Letter from Peter Passaris |
| 32. | Letter from Stephen & Marianne Kambur |
| 33. | Letter from Matthew Dewan |
| 34. | Letter from James (Dimitri) Kontonis |
| 35. | Letter from Nick Kontonis |
| 36. | Letter from Athena Kontonis |
| 37. | Letter from Farhad Teymourtash |
| 38. | Letter from Christine Dewan |
| 39. | Letter from Ted Giouzelis |

**FRIENDS**

| | |
|--------|------|
| 40. | Letter from Blanca Cervantes |
| 41. | Letter from Thomas Nuris |
| 42. | Letter from Sophia Georgiadis |
| 43. | Letter from Thomas Friesch |
| 44. | Letter from Eric Stone and Tricia Lahren |

2

| Exh. # | Name |
|---|---|
| 45. | Letter from Steven and Mary Tsakoyias |
| 46. | Letter from Jaime Dominguez |
| 47. | Letter from Willie Brown |
| 48. | Letter form Sonya Molodetskaya |
| 49. | Letter from Susan Brown |
| 50. | Letter from Michael Meniktas |
| 51. | Letter from Drew Altizer |
| 52. | Letter from Tom and Paula Sinkovitz |
| 53. | Letter from Taso Zografos |
| 54. | Letter from Jim Gonzalez |
| 55. | Letter from John Thiella |
| 56. | Letter from Dean Rally |
| 57. | Letter from Jason McDonnell |
| 58. | Letter from Shelley Bradford Bell |
| 59. | Letter from David Shimmon |
| 60. | Letter from Ed Harrington |
| 61. | Letter from Ryan Brooks |
| 62. | Letter from Daniel H.R. Laguardia |
| 63. | Letter from Dominic Maionchi |
| 64. | Letter from Christina Brooks |
| 65. | Letter from Peter Varelas |
| 66. | Letter from Emilio Cruz |
| 67. | Letter from Lauren O'Sullivan |
| 68. | Letter from Stephanie Tomao |
| 69. | Letter from William Matthes |

3

| Exh. # | Name |
|--------|------|
| 70. | Letter from George Rally |
| 71. | Letter from John Costouros and Stefanie Roumeliotes |
| 72. | Letter from B. Barry Chehrazi |
| 73. | Letter from Richard Grosboll |
| 74. | Letter from Alex Najafi |
| 75. | Letter from Jorge Maumer |
| 76. | Letter from Liz Hawkins Tahawi |
| 77. | Letter from Nick Tarlson |
| 78. | Letter from Jeff Schlarb |
| 79. | Letter from Leigh Matthes |
| 80. | Letter from Heide VanDoren Betz |
| 81. | Letter from Rick Ali |
| 82. | Letter from Spiros Tsifourdaris |
| 83. | Letter from Angelo Tonas |
| 84. | Letter from Thomas Gille |
| 85. | Letter from Carolyn Chandler |
| 86. | Letter from George Allen |
| 87. | Letter from James Cois |
| 88. | Letter from Edward Winger |
| 89. | Letter from James Kay |
| 90. | Letter from William Hedden |
| 91. | Letter from Robert Yakominich |
| 92. | Letter from Steven Kay |
| 93. | Letter from Haig Harris |
| 94. | Letter from Michael Bykhovsky |

1948028

| Exh. # | Name |
|---|---|
| 95. | Letter from Dino Farmas |
| 96. | Letter from George Tsiplakos |
| 97. | Letter from Clint Reilly |
| 98. | Letter from Peter Panagotacos |
| 99. | Letter from E. Dennis Normandy |

**WORK**

| | |
|---|---|
| 100. | Letter from David Quinby |
| 101. | Letter from Amaranta Celena Colindres |
| 102. | Letter on behalf of Beatrice Jackson Henry (by Zula Jones) |
| 103. | Letter from Gerard O'Keeffe |
| 104. | Letter from Diana Piombo |
| 105. | Letter from Constantine Glafkides |
| 106. | Letter from David Gallagher |
| 107. | Letter from Colby Matthes |
| 108. | Letter from Brett Gladstone |
| 109. | Letter from Daniel Ariza |
| 110. | Letter from James Franklin Krohn |
| 111. | Letter from Patrick Johnston |
| 112. | Letter from Herb Meiberger |
| 113. | Letter from Raul Colindres |
| 114. | Letter from Lucia Valle |
| 115. | Letter from Ricardo Hernandez |
| 116. | Letter from John Paharis |
| 117. | Letter from Maria Beatriz Lopez |
| 118. | Letter from Sheila Hagen |

1948028

| Exh. # | Name |
|--------|------|
| 119. | Letter from Robert Kidwell |
| 120. | Letter from Esther Marks |
| 121. | Letter from Cheryl Falchi |
| 122. | Letter from Dan Scheinman |
| 123. | Letter from Yemsirach Ayele |
| 124. | Letter from Manoli Nuris |
| 125. | Letter from Denis McMahon |
| 126. | Letter from Virginia Harmon |
| 127. | Letter from David O'Keeffe |
| 128. | Letter from Gary Massetani |
| 129. | Letter from Frederick Postel |
| 130. | Letter from from Stephen Theoharis |
| 131. | Letter from Sereen Omar |
| 132. | Letter from Dolores (Dee) Muratore |
| 133. | Letter from Aldo Morales |
| 134. | Letter from Cirina Valdivia |
| 135. | Letter from Elim Urbina |
| 136. | Letter from Ryan Gallagher |
| 137. | Letter from Joseph Hernon |
| 138. | Letter from Alberto Zamudio |
| 139. | Letter from Stephen Dunbar |
| 140. | Letter from Anita Theoharis |
| 141. | Letter from Metaxia Dalikas |
| 142. | Letter from Larry Nibbi |
| 143. | Letter from James Reuben |

| Exh. # | Name |
| --- | --- |
| 144. | Letter from Paul Conroy |
| 145. | Letter from Peter Naughton |
| 146. | Letter from Athan Magganas |
| 147. | Letter from Samuel Brown |
| 148. | Letter from Monica Zertuche |
| 149. | Letter from Song Hawthorne |
| 150. | Letter from Ricard Chiu |
| 151. | Letter from Melanie Jones |
| 152. | Letter from Joyce Castellino |
| 153. | Letter from Clem Howard |
| 154. | Letter from John Zanghi |
| 155. | Letter from James Wunderman |
| 156. | Letter from Catherine Cunningham |
| 157. | Letter from Tony and Katy Haldezos |
| 158. | Letter from Asher McInerney |
| 159. | Letter from Chris Christoforidis |
| 160. | Letter from George Karas |
| 161. | Letter from Michael (Joe) O'Donoghue |
| 162. | Letter from Sara Bryant |
| 163. | Letter from Zack Wasserman |
| 164. | Letter from John Antonakos |
| 165. | Letter from Elana Bennett |
| 166. | Letter from David Mitchell |
| 167. | Letter from Elanore Johns |
| 168. | Letter from Sergio Nibbi |

| Exh. # | Name |
|--------|------|
| 169. | Letter from Kevin Rose |
| 170. | Letter from Steve Hakaio |
| 171. | Letter from Marco Antonio Rodriguez |
| 172. | Letter from Nick Vlahiotis |
| 173. | Letter from Daniel Berko |
| 174. | Letter from Annie Nobilione |
| 175. | Letter from Robert Rothman |
| 176. | Letter from Bruce Baumann |
| 177. | Letter from Dennis Antenore |
| 178. | Letter from Richard Johns |
| 179. | Letter from Michael McAuliffe |
| 180. | Letter from Gail Seibert |
| 181. | Letter from John O'Donovan |
| 182. | Letter from James Frassetto |
| 183. | Letter from Diane Galliano |
| 184. | Letter from Elias Pamfilis |
| 185. | Letter from Dr. Carlota Texidor del Portillo |
| 186. | Letter from Charles Gerard Agosta |
| 187. | Letter from Timothy Alan Simon |
| 188. | Letter from Joseph Grubb |
| 189. | Letter from Santino DeRose |
| 190. | Letter from Daniel Maionchi |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated:  November 30, 2022

KEKER, VAN NEST & PETERS LLP

By:   */s/ John W. Keker*

JOHN W. KEKER
JAN NIELSEN LITTLE
CODY GRAY

Attorneys for Defendant VICTOR
MAKRAS

# CHURCH

# EXHIBIT 1

# BAGATELOS LAW FIRM
ST. FRANCIS CIRCLE PROFESSIONAL CENTER

PETER A. BAGATELOS
ATTORNEY AT LAW

380 WEST PORTAL AVENUE
SUITE F
SAN FRANCISCO, CALIFORNIA 94127
TEL:      (415) 242-8830
FAX:      (415) 242-8838
E-MAIL:  PABLAWYER@AOL.COM

November 2, 2022

Honorable Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

        Re:  Victor Makras

Dear Judge Seeborg:

        Victor Makras will be appearing before you for a sentencing hearing very soon.  I wish to submit this letter to you about Victor Makras with the hope that you will give my comments serious consideration and some weight in your decision-making process.

        At the outset, let me say that Victor Makras is an outstanding person, a very long-time great friend not only to me and my family but to the San Francisco and Hellenic communities in general, a trusted advisor, and in my estimation an honorable man.

        I have known Victor through our Greek community since he was a teenager.  I have seen him grow and develop as a good person, responsible family man, devoted son to an elderly mother, supporter of our Greek Orthodox Church community, volunteer public servant, and successful businessman over many many years.  Victor has always been there to provide assistance, guidance and help to those who have been in need. Victor has a lovely wife and beautiful children that he has nurtured and supported fully as a proud and responsible father. Victor has been a stalwart supporter of our Greek Orthodox Church community and provided financial support, helpful advice and guidance on Church projects, and acted with faith as a good Greek Orthodox Christian.  Victor has created an excellent reputation in the community for honesty and trust.  He has a vast network of friends and supporters who can vouch for their positive feelings for him.  His reputation for truly wanting to help his San Francisco community through volunteer public service was demonstrated by the trust put into him by 5 different mayors over 35 years through their appointment of him to serve on six different Boards and Commissions for the City & County of San Francisco.  These included the Board of Permit Appeals, Public Utilities Commission, Police Commission, Fire Commission, Retirement Board, and Port Commission.  Appointments to such important agencies are not typically made lightly and are usually subject to special screening procedures created by each Mayor to find the best, most reliable, and honest/ethical persons with integrity.

Honorable Richard Seeborg
November 2, 2022
Page 2

     Victor has served as manager of two different commercial properties owned by my two siblings and me in a family partnership for decades. He has served my family and our business interests faithfully, fully, and consistently whenever we needed any response or help. In my dealings with Victor for approximately 50 years, I have never known him to be dishonest in any way, to advocate for any unfair or unlawful actions, or to lean toward unethical behavior whatsoever. I have not known Victor to be involved in any public scandal or to have any prior criminal history. On the contrary, I have always found Victor to be straight forward in his dealings with my siblings and me, as well as with our tenants and vendors with whom we have dealt. He has always asserted courses of action and given advice that have been reasonable, fair, oriented toward achievement of a particular goal, and honest. I have had complete 100% confidence and trust in Victor as a devoted friend, a trusted advisor, a charitable person, someone I would trust to assist my own wife and children in a crisis, and a worthy person.

     As for me, your Honor, I am a 2nd generation Greek-American. I was born and raised in San Francisco. I am a graduate of the 1965 Pioneer Class of Lowell High School, Stanford University (BA-1969), Rutgers University (MA-1971), and the University of San Francisco Law School (JD –1974). I am a past President and Founder of both the California Political Attorneys Association and the Hellenic Law Society. I have developed an excellent reputation while practicing in the areas of election, campaign, and nonprofit laws for the past 47 years. My colleagues have recognized my abilities and reputation for honesty and integrity by providing me with the highest AV rating in the prestigious Martindale-Hubbell Law Digest. As an officer of the court, I am honor bound to present the absolute truth to the court. My comments above are fully consistent with my duty to the court.

     I am aware of your background, your Honor. I noted that you were a United States Magistrate in San Francisco. I had the honor, while attending USF law school in 1974, of being selected by Magistrate Owen Woodruff as his law clerk. It was a very rewarding experience and I enjoyed working at the Federal courthouse and learning about the Federal judicial system.

     In closing, I would like to respectfully request that the court fully consider all of the information that is made available by me and others to the court about Victor Makras… his character, his good works, his role as a good father, community citizen, supporter of his Church, volunteer public servant for many years, and testimonials from friends like me who have known, worked with, socialized with, and who have truly gotten to know the true good person that is Victor. It is my hope that the court will conclude that such information supports consideration in favor of Victor in your sentencing decision.

     I would be pleased to provide any other information to the court on request. Thank you for your consideration of my comments in support of Victor Makras.

               Very truly yours,

               Peter A. Bagatelos

# EXHIBIT 2

Hon. Richard Seeborg
U. S. District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Your Honor:

I have known Victor Makras for 35 years through our mutual involvement with the Annunciation Greek Orthodox Cathedral in San Francisco where my husband served as the parish priest for over 35 years.

He and his family have supported the church over the years, and they have placed a priority on their faith and preserving their Greek heritage.

My personal interactions with Victor have always been positive. He is kind and respectful, and always willing to help.

Victor is hard working and has been a good provider for his family, and is admired by his fellow parishioners and peers.

At the Annunciation Cathedral, he has always supported the Parish, our Greek Festival and Commemorative album.  His children were involved in the Basketball Team and Sunday School. It was always important to Victor to keep his family immersed in the church as the center of their activities.

Sincerely,

Presvytera Aliki Kyriacou

# EXHIBIT 3

November 1, 2022

Hon. Richard Seeborg

United States District Court for the Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94102

Dear Judge Seeborg:

I am writing in support of my friend, Victor Makras.

Victor and I met when we were young boys in Church. We attended Sunday school together and our families have been close friends ever since.

Over the years, I have seen Victor blossom into a pillar of our community. His generosity has shown no bounds. I have witnessed him help countless friend and colleages, time and time again. He is a kind sole that is always there to help his fellow man. I have personally seen examples of his acts of kindness time and time again over the many years.

In addition, Victor is very generous with his community. From the local churches to countless non-profits, Victor is always extremely generous with his time and resources. In fact, I don't ever recall seeing an instance where Victor said no to helping a good cause or a person in need.

I see how close he is with his family and friends. He is a devoted son, husband, father, and sibling, always there for his family. He always takes the time to support those around him and provide the means they need for a better life.

I have also had the privilege of working with his company, Makras Real estate, for many years. I knew Victor when he started his company at the age of 18 years old. He has worked so hard to create a successful company with an honest reputation in the industry. Victor is one of the most professional and helpful people I work with. I can't tell you how many times he has provided me with invaluable insight that helped me and my family through challenging business situations. His honest and insightful counsel is so valuable to me. I can't tell you where my business would be without Victor's honest and sage advice over the years.

Victor is a wonderful and honest individual, and someone who has gone above and beyond reasonable grounds to assist his community, his friends, and his business associates when they need it most. He is a pillar of our community and one that always gives and wants to help, never asking for anything in return.

I simply can't provide a higher personal recommendation for an individual as I am for Victor Makras.

Thank you

John Gumas

CEO,

Gumas Advertising, Inc.

Two Embarcadero Center,

8th Floor

San Francisco, CA 94111

# EXHIBIT 4

Mrs. Anne Capitolo
5324 Shelby Ct.
Fremont, CA 94536


Hon. Richard Seeborg
United States District Court for
The Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

November 1, 2022


Dear Judge Seeborg,

I grew up in Daly City and have known Victor Makras and his family for over 60 years. My family and Victor's family have been lifelong friends. We share in our Orthodox faith and are all part of the Greek Orthodox Church and community.

Victor has always provided sound advice with integrity to my parents, Aunts. Uncles, and many elders in our community for decades.  He has an abundance of knowledge and is always willing to help others.

Even though he's a busy man he has always returned calls, emails and texts in a timely manner. He has and continues to enhance the lives of others with his genuine integrity, knowledge and support. We all have such high regard and appreciation for Victor.

Below are just a few (there are many) ways Victor has offered his professional advice to help our family over the years:

Victor offered his assistance to me personally when my S-I-L was diagnosed at 55 with early onset Alzheimer's and passed at 60 yrs old. I was appointed the executor and had no experience in this area. It was a devastating time for our family. Our goal was to allow her children to continue their college studies and remain in their home. Victor with the utmost compassion shared his knowledge and expertise and if it was out of his realm, he provided resources. He is such a caring and compassionate man.

He also provided a listening ear and advice to my nephew when he bought my niece out of the family home after their mother passed.

When our daughter called his office in search of a place to rent in SF Victor personally called her.  Regardless of who it is he cares deeply and always wants to help.

Victor has and continues to help so many close friends and family members unconditionally. It truly amazes me with his busy schedule that he is always willing to help, listen and give of his time to us all and has never charged a cent.  My 94 year old mother continues to look to Victor for guidance. He is one of the most generous and respected people we have the pleasure of having in our lives.

Sincerely,

Anne Capitolo

# EXHIBIT 5

October 29, 2022

Honorable Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

It is indeed a pleasure for me to write a letter of recommendation for Victor Makras regarding my relationship with him and his family. I have known Victor and his entire family for approximately 50 years. They are the most giving, loving and devoted family. Victor is a dedicated and respectful loving son of his aging mother. A devoted and loving husband, father and brother to his older sister and brother. We have had a long lasting friendship meeting originally at The Annunciation Greek Orthodox Church in San Francisco where Victor participated in many activities.

My husband, Constantine Glafkides hired Victor to teach and work with him to gain knowledge of the Real Estate business via a request from Victor's father the late George Makras. During the years my husband remarked how impressed he was with Victor and his work ethics. He was always kind, helpful and responsible to my husband, co-workers and most of all to his many clients over the years.

I understand he has a reputation of being an upstanding member of the many boards he has served both in Real Estate and The City of San Francisco.

I have known him to be dependable, responsible, honest and courteous. A strong character of Victor I feel, is that if he is conversing with someone of a different belief or opinion he remains neutral. He is respectful of others opinions and beliefs.

Sincerely,

Joanne Glafkides
873 Tioga Drive
Millbrae, CA 94030
650-533-6017

# EXHIBIT 6

To :
Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear  Hon. Judge Richard Seeborg,

Thank you for taking out the time to read my letter.

A little about myself, I am a native San Franciscan and I was born and raised on Potrero Hill. My dad passed away when I was 4 years old and my mom and I found our second home at church. This is where I met Victor, his mom, dad and his brothers and sister. Church was a place where we were able to participate in Sunday School and many other festivities and to learn about our Greek culture and to work along side other parishioners. I attended St Teresa's elementary school on Potrero Hill and worked a few days a week at my Uncle Franks grocery store.

I continued my education and have always lived and worked in San Francisco. During these years as a young teenager I was involved with many youth groups with other people from our community and Victor was part of these groups. Victor's family was always a pleasure to be around and they always included me when they would have gatherings along with many other friends. I always appreciated Victor and his family for always including me.

Victor had a drive and at a very young age and new what he wanted to do and that was to work in real estate.  He started at a very young age and was very driven to be the best he could be and helped many people achieve their goals of owning their own home.  He was always apart of the community and was eventually married and had a family of his own. Victor and his family remained a part of the church community and was always there to lend a hand when ever it was needed.

I've known Victor almost whole life and whenever our paths would cross he has always been true friend.

Regards,
Tony Chrisanthis

# EXHIBIT 7

**Michael Bagatelos**

**380 West Portal Avenue, Suite G**

**San Francisco, California 94127**

**(415)224-3077**

11/3/2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

I am writing this letter in support of my good friend Victor Makras. I have known Victor all my life, from when we were both in Sunday school at Annunciation Cathedral in San Francisco beginning 1964.

Victor and his family have always been the finest, nicest, honest and upstanding family in our community. We all come from a position of high value and integrity of family, friends and community. As members of the Greek Community, we all come from families that raised us with high values, integrity and devotion and commitment to helping family, friends and community. I am sorry to say this does not exist in the real world very much today.

I consider Victor and his family as my family. I have known Victor to always be a good, kind and upbeat person. I can not stress enough how much Victor will go out of his way to help anyone who needs help and guidance. Victor has always maintained his high moral and ethical standards. Victor is not a person to lower his standards to a level that would be considered corrupt or malicious. Victor has many good deeds, under his belt, that have helped many individuals and which have improved the San Francisco community.

My thoughts and prayers are with Victor so he can continue to help people and even make this city a better place for all to live.

Thank you, your Honor, for reading my letter.

Best Regards,

Michael Bagatelos

# EXHIBIT 8

Dennis Vozaitis
5731 Dorian Drive
Rohnert Park, California  94928
415-577-4305
pizzaamigo1979@yahoo.com

November 2, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

Dear Judge Seaborg,

I am writing in support of my longtime friend Victor Makras.

I met Victor in the early 1970's as both of our families went to the Annunciation Greek Orthodox Church in San Francisco.  He was a kind person then, as he is now, and went out of his way to introduce me to other young people in our Greek American immigrant community.

Over time I have watched Victor donate time and money to charitable, religious, and political organizations .  He has helped many people in San Francisco further their careers, purchase property, and fund new businesses.  I know that this has been for the betterment of all San Franciscans.

Personally my family and I would not be where we are today without his support.  We opened Milano Pizzeria in 1979 and through the years Victor helped us with business advise.  He has been our real estate broker and property manager.  When times were financially difficult he encouraged us to go forward and was definitely a part of keeping our family restaurant successful for 35 years.   In addition he is a friend that I could call upon to discuss personal issues with.  I have felt many times that he has helped me as a brother would.  My family immigrated to the United States in 1963 and Victor is one of the people who helped us to achieve the American Dream.

Thank you for the opportunity to express my thoughts, and taking the time to read this letter.

Sincerely yours,

Dennis Vozaitis

# EXHIBIT 9

11/6/2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: Victor Makras**

Dear Honorable Judge Seeborg,

I (Tom) have known Victor Makras for over 60 years, and Patricia has known him for over 30 years. Though we are not related, we have been friends for that entire time, dating back to our Greek Orthodox Church roots, Sunday School, Church League basketball, ethnic & civic events, and life in general. Both of us are native San Franciscans. I hold an Architectural Degree from UC Berkeley and currently in Real Estate/Construction Management in San Mateo County. Patricia has a business degree from San Francisco State and works in the Title Insurance industry.

We have always known Victor to be very generous with his time and his donations. Aside from being philanthropic, he has a sincere love of all cultures and lends his support to the arts and other civic organizations to make the environment a better place.

Victor saw a civic calling, to help the city of San Francisco by holding various positions to make a positive impact. He has been President of the Board of Realtors in San Francisco, a position that is held in high professional regard amongst his professional peers.

Victor is a man of high integrity, someone who will take the time to sit down, listen and talk over whatever issues might be troubling that person. He is always available to help, with many people seeking his advice due to of his overall knowledge and perspective. His years of hands-on knowledge of Real Estate and management of properties is impressive, giving honest opinions with clear transparent options on how to deal with simple and complex issues.

Both Patricia and I lend our support of Victor Makras as a friend, as a Real Estate Professional, a Civic leader, a devout religious and family man.

Sincerely,

Tom & Patricia Pantazis
301 Brentwood Road
Hillsborough, CA 94010

# EXHIBIT 10

November 6, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Dear Judge Seeborg:

This letter is written to share with you that I have known Victor Makras all of my life through both of our families and through lifelong activities at our church Annunciation Greek Orthodox Cathedral in San Francisco.   Victor has always been a hard worker who has always been involved in helping others in many ways.  From a young man of 18 years old he began building a successful career in real estate.  After having my first child, when I chose to embark on a new career as a travel agent, Victor was the first person to reach out to me with congratulations and support, and generosity on my new endeavor.

Besides being a successful businessman, I would like to impart my knowledge that Victor is a good and caring friend, son, father, husband, and family man.  Victor has been a good example of showing what hard work, dedication, and honesty can bring about.  I want to personally thank you for the opportunity to share my experiences of Victor Makras with you.

Sincerely,

Annamarie Balian
Annamarie Balian

# EXHIBIT 11

11/6/2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: Victor Makras**

Dear Honorable Judge Seeborg,

I have known Victor Makras since he was a young boy. We have watched him grow into a fine individual who is charismatic, caring and giving. We are bound by our Greek Orthodox Church roots, ethnic & civic events, and life in general. Both my wife, Adamantia and I are retired San Franciscans who immigrated from Greece.

I have known Victor to be very generous with his time and his donations. Victor's love of his culture, his accessibility to help people, and specifically the elderly, make a difference to those who he touches. His character and desire to make the environment around him a better place is his motivation.

Victor is civic minded, helping the city of San Francisco by holding various positions to make a positive impact within the various communities.

In our eyes, Victor is a man of high integrity, someone who will take the time to sit down, listen and talk over whatever issues might be troubling that person. Victor is always looking to help and many people seek his advice because of his overall knowledge and perspective. His years of hands-on knowledge of Real Estate and management of properties is impressive, and he readily shares that knowledge giving honest opinions and clear transparent options on how to deal with simple and complex issues. We certainly appreciate his compassion at our age of 86 and 73 years of age.

Victor has helped us talk through some very sensitive tenant issues to enable me to handle them in a fair and sensitive manner to produce the proper results.

Both Adamantia and I lend our support of Victor Makras as a friend, as a Real Estate professional, a civic leader, a devout religious and family man.

Sincerely,

Ernest & Adamantia Antonis
141 Westmooreland Drive
San Francisco, CA 94132

# EXHIBIT 12

November 4, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

My name is John Sooklaris.  I was born in San Francisco, as did my mother, and my two children.  My grandparents were all born in Crete and migrated to the U.S. in 1910, passing through Ellis Island.  My mother's parents happened to end-up in San Francisco.  My grandfather worked as the cash man on the Cable Cars and worked for 35¢ per hour.  A.P. Giannini used to go to commute on my grandfather's route.

I grew up partly in San Francisco and in Daly City.  I went to High School at Serramonte, and then earned a business degree at UC Berkeley.  I joined my father's family business, which produced artist canvases.  The factory was in the Bayview, but we eventually moved the business to San Diego.  We have about 40 employees, we hold several patents and although we are a relatively small business, we are considered to be the highest quality producer of artist canvas in the nation.  Our brand can be found at retail stores nationwide and online.

I have known Victor Makras and his family since I was a kid.  His family lived near us in Daly City, but mostly we grew up together in the Annunciation Greek Orthodox Church on Valencia Street.  My mother was Victor's Sunday school teacher.  Both our mothers were involved in the upbringing of the kids in the community and they both did what they could help the church and the community, including working the kitchen for the Greek festivals.  My mother made the rice pilafi, and Victor's mother, even to this day at 91 years of age, still cuts all the tomatoes for the Greek salad, and still attends church regularly.

Victor's family is very religious.  I have always known Victor to be kind, generous, honest, considerate, and an integral part of our Greek community centered around the church.  As kids, we Greek danced together with his brothers.  We were on the church basketball teams.  We attended countless church events, including religious celebrations, weddings, baptisms, and social events at the church.  And of course, we attended the funerals of some of our community friends and family, including Peter Makras, Victor's brother, who drowned in a river accident at the prime of his life at 21 years of age.

Page 2

Victor always had a lot of energy and never really stood still for very long. At social events, he tended to be very social and managed to talk to most people in the room. He is very loyal person, and he is a hard worker. As teeenagers, our group of friends would pass the Hunts donut shop after midnight and find Victor working his graveyard shift on any Friday and Saturday night. He must have been responsible enough for the managers to allow him to work alone.

When Victor got into real estate, my parents came to depend upon him for real estate advice and to help manage their rental property. He was always willing to help including providing advice, overseeing repairs, finding new tenants, and did so for nominal fee or no compensation.

Although I had never done business with Victor prior, when both my parents passed away, and I became the trustee of our family's estate, there wasn't anybody I could trust more to help me deal with the management, maintenance, and eventual sale of our three properties more so than Victor. He was always fair-minded, careful with his words, never over-promised, and from my perspective, he did everything by the book. He seemed to read every word of every written document related to a real estate transaction.

Over the years, I observed Victor in the recommendations he made for my parents, and also for myself when I became his client, and it was clear to me that he always put my interest above his in every case....and that's exactly what you would expect from any professional. I do the same for my customers. We eventually sold our properties, and Victor was instrumental in helping me achieve the highest price possible at that moment in time. Victor is a good friend, but more so, he's very knowledgeable and somebody you can trust...and that is hard to find.

Sincerely,

John Sooklaris

John Sooklaris
826 Orange Avenue #111
Coronado, CA 92118

# EXHIBIT 13

Spiros Tsifourdaris
2490 Alemany Blvd.
San Francisco, CA 94112

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Dear Judge Seeborg:

I am writing you this letter in support of my dear friend, Victor G. Makras, who has been by my side ever since I emigrated from Greece in 1977 with my wife. First, I would like to provide you with a little background information about me. I was born in a village in the Peloponnese region of Greece, where I grew up with 5 other brothers and sisters amongst a very meager but loving household of farmers. I eventually made it out of the village, served many years in the National Greek army, eventually becoming a lieutenant, went to the National Theatre of Greece, where I was a stage and also film actor for several years, touring with the national company. When I met my wife and we decided to settle down, we left everything behind and followed our dream of moving to America, where my brother had just established a small grocery business in San Francisco where I worked. A few years later, I eventually took over the business upon my brother's sudden tragic death. Although America was a very foreign place, my wife and I fell in love with this great country and decided to established ourselves and our family here forever, bearing our twin daughters in the beautiful San Francisco, and intertwining ourselves amongst a very supportive community of Greek Americans. This is where Victor Makras comes in.

My wife and I came here with very little but a bounty of dreams and hopes. Victor Makras was pivotal in establishing our roots in the city of San Francisco, advising me and befriending me. I know that without Victor's sincere interest in my and my family's well-being, I would not be in the place I am today. He has helped with donating his time and expert advice to help me build my family's legacy, all without ever asking for anything in return. My story is truly an immigrant's American Dream, which could not have been possible without Victor Makras. Despite his busy schedule, he would constantly just call to check on my well-being. He is a true loving friend, and I am so indebted to him for all his invaluable, honest and selfless support. I cannot quantify the hours he has spent to help me and my family over the last 30+ years, not just as our realtor, but as a dear friend. Victor started working at the age of 18 and built a successful real-estate business, and I believe that he connected with me because he also saw my strong work ethic and wanted to see me reach my highest potential whilst building a network of trusting, loving friends whose only desire is to see their friends succeed, of which he is the center of, never asking for any monetary return. His friends' happiness and success were the only payments that truly fulfilled him. Now that I am

able to help others, I am proud to emulate Victor in his selfless generosity and good deeds. The Victor I know is an honest, humble, unmalicious, devoted family man, who has served the city of San Francisco faithfully, upholds his faith in God proudly and values the strong and true relationships he has built around him.

I thank you for taking the time to read this letter and learn about my relationship with my dear friend, Victor G. Makras.

Wishing you all the best.

Sincerely,

Spiros Tsifourdaris

# EXHIBIT 14

Karen C. Bagatelos, R.N., M.S.N., F.N.P.
732 Chenery Street
San Francisco, CA 94131

November 6, 2022

Honorable Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: Victor G. Makras

Dear Judge Seeborg:

I am writing to you regarding Victor Makras who will be appearing before you for sentencing in the near future. I am aware that you will be reading my letter and would like to comment on my lifelong relationship with Victor Makras. I am hopeful that my words will be given serious consideration in your decision-making process.

I would like to inform you about my background. I was born in San Francisco and have just retired from a long career in Nursing. I worked as a Registered Nurse for 9 years before attending graduate school at the University of San Francisco. I received a Master of Nursing as a Family Nurse Practitioner and worked for 25 years at the University of California, San Francisco in the Department of Medicine with a subspecialty in Gastroenterology. I have always tried to be an honest person with high integrity and take my profession very seriously.

I have known Victor Makras since we were very young through our Greek Community and church. He has always been an outstanding citizen of high integrity and honesty. I have watched him throughout the years as he has become a successful business man, devoted family man, strong supporter of our Greek community and Greek Orthodox Church and volunteer public servant. He has developed into a well-respected and integral member of our Greek and local community.

Page 2

I have directly had dealings with Victor through our family properties which he has served as a property manager. He has served us with honesty, consistency and has always had our best interests at heart. I have never known him to be dishonest in any way. He has always acted in a manner of high integrity.

I would like to respectfully request that you consider the person that Victor has been all of his life which includes his character, his good works, his role as an excellent father, community citizen, church parishioner and supporter of his church, volunteer public servant for many years to give him a reasonable sentencing decision. Please also consider the multiple comments you are receiving from friends to help in favorable decision for Victor Makras. Thank you very much for your consideration.

Sincerely,

Karen C. Bagatelos

# EXHIBIT 15

November 1, 2022

Hon. Richard Seaborg
United States District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  Victor Makras

Dear Judge Seaborg,

I have known Victor Makras since he was a young real estate broker on Mission Street.

There have always been many qualities in Victor.  What has stood out to me for many years is his compassion and empathy, especially for those in need.   Many years ago, when my husband was alive, we were both so impressed of Victor's hard work and strong desire to help new home buyers to achieve their lifetime dream.

The Makras family is an active member of the Greek American community.  Victor's mother has generously donated her time and hard work to the Greek Orthodox Church, despite her physical difficulties.  She has instilled in Victor, and his siblings, a strong sense of rightness, integrity, respect, and honesty.  Victor is a wonderful and loving husband and father.  I am so proud of his generosity and hard work on behalf of our City Government - without pay.  His professional ethics are and always have been unquestionable.

My heart goes out to Victor and his beautiful family during this very difficult period in his life.
I hope and pray that all will go well for him.

Sincerely,

Tula Mouroufas
1170 Sacramento Street #14B
San Francisco, CA 94108

# EXHIBIT 16

November 4, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Dear Judge Seeborg,

I have known Victor Makras since he was a boy and at eighteen he started working very hard to build his very reputable real estate company.

I have been a client and friend of his for many years. Victor is a good, honest, hard working and generous friend and employee.

He gives much of his time and money to help others.

Victor is a devoted husband, father, son, brother and friend to many.

He can be called on for help at anytime.

For many years Victor has been a dear friend to my whole family as our go to Real Estate expert.

I trust Victor Makras beyond measure.

Sincerely,

Judith A. Regas
37 St. Marks Ct.
Daly City, CA 94015

# EXHIBIT 17

November 3, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

My name is Rita Nicolas and I am the property Manager at Crown Colony Condominiums in Daly City where I have been onsite for the past 41 years. My family is of Greek decent as is Victor Makras's family and our families have known each other for many decades and we have attended many of the same gatherings. Our parents were friends for many years. We grew up attending the same church in San Francisco and his siblings and mine were in some of the same church groups. He is a loving brother, husband, father, son and devoted friend.

Victor has always been a very kindhearted and dedicated man. He was very ambitious from a young age and carried that through to his adulthood and built a very successful real-estate business and has been very helpful to many people that have come into his life. In my experience with Victor, he has always been very honest and caring towards his clients, family and friends.

I can say with confidence that a few people have contributed to society in a way that Victor has and throughout the years I have known him I have formed a very positive opinion of him. I hope this helps you understand what an outstanding individual he is.

Sincerely yours,

Rita Nicolas

# FAMILY

# EXHIBIT 18

Elaine Passaris
21282 Burndale Road
Sonoma, CA 95476

November 7, 2022

Honorable Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

In a word, who is Victor Makras?  Magnanimous.

Victor is my younger brother.  We were raised in a loving, hard working, respectful family.  As a young lad, Victor exhibited resourcefulness, confidence and resilience beyond his age.  As he grew, these qualities strengthened along with a loving spirit of generosity.  Throughout his life he has demonstrated a commitment greater than the average toward the stewardship of time, talent and treasure for the betterment, be it to aid a family member, friend, or a community.  His empathy is motivated by love and oftentimes altruistic, not aimed at recognition.  The Victor I know does not toot his own horn.  His kindness and impartiality are admired and inspiring.  He will acknowledge a street sweeper and a CEO the same way.  They both receive his warm, sincere greeting as well as his readiness to help unselfishly, if needed and welcomed.

Allow me to delineate a very personal example illustrating Victor's magnanimity.  Eleven years ago, our mother was diagnosed with severe dementia.  It is simply heartbreaking to see your mother exhibit behaviors that are not characteristic of who she really is.  Victor, our brother Spiro, and I gathered together to come to a decision as how to best help her.  Spiro and I believed that she would be best served in a care facility.  Victor believed otherwise.  He stood alone on this.  This was ripe for a family rift.  Our parents taught us to never succumb to emotions or circumstances that would stain the fabric of our family.  Victor asked our permission to bring in another doctor to diagnose our mother.  He paid for and had a gerontologist  treat her with medication that was outside the scope of treatment provided by her Kaiser neurologists.  She regained herself, sense of time, cooking, remembering, cleaning her home, going to church.  We are forever grateful to Victor for helping our mother gain her life back.  Next week we will celebrate her 91st birthday.  Today she lives in her own home able to care for herself.

I could give you myriad examples of same that would fill a book.  Instead, I will quote:

***"It is the characteristic of the magnanimous man to ask no favor but to be ready to do kindness to others." ~ Aristotle***     This is my brother, Victor G. Makras.

Respectfully submitted,

*Elaine Passaris*

**EXHIBIT 19**

# Art Agnos

November 20, 2022

Honorable Richard Seeborg
United States District Court for Northern California
450 Golden Gate Avenue
San Francisco, CA. 94102

Dear Sir:

It is with sincere respect that I offer this letter to give you my perspective of Victor Makras who I first met some 38 years ago.

In 1986, I was a 49-year-old underdog candidate for mayor, and he was a relatively new 28-year-old real estate professional. What caught my attention was his business practice with a focus on helping low- and middle-income people struggling to find affordable housing for their families. He soon became a valuable and trusted housing campaign policy advisor to me in 1986-87.

My campaign was successful, and in January 1988, we began creating a new administration with the selection of citizens to fill vacancies on the most sensitive and impactful policy making Commissions of San Francisco government. My approach was to appoint a diverse group of citizens and charge them with interviewing hundreds of prospective candidates from all walks of life instead of a common political process where influential, wealthy contributors would be recommended by political advisors.

Even though he was not seen as traditional "progressive activist," like many of my supporters, Victor was among the first to be highly recommended by the ad hoc Committee on Commissions because of his passion and expertise for housing issues for working class families.

At the time, the Board of Permit Appeals, had a huge backlog of cases involving ordinary citizens seeking to resolve differences between neighbors on housing and land use issues.

Commissioner Makras instinctively understood that these cases were usually brought by people who were often not in the room when decisions were made. He initiated a personal policy which was to "walk the ground" by visiting each

property involved in a dispute to get a first-hand understanding from the participants. His fellow commissioners responded to his leadership and together they cleared the backlog in a judicious manner that was widely applauded by the public.

The next important assignment involved a transfer to the Public Utilities Commission where I was faced with significant issues with the Municipal bus system...a critical transit system for our city riders. It was overwhelmed with graffiti and late schedules.

Commissioner Makras employed his signature approach to visit all the Muni yards to talk with the drivers, mechanics, and other working personnel to devise a new plan requiring every bus leaving the yard to be clean and provide a free ride for the patron if it was more than 15 minutes late arriving at a stop.

His rationale for such an aggressive policy emanated from his work with people who needed to get to work on time or parents who had to pick up their children at a preschool that charged late fees for late pick up arrivals.

The 1989 Loma Prieta earthquake was an unexpected crisis in which Victor became an indispensable volunteer at the Emergency Centers housing the victims. He always chose to help the neediest victims in the South of Market where the people possessed the fewest resources to respond to earthquake damaged the low rent Single Room Occupancy (SRO) hotels.

That was beginning of an outstanding 30-year career in public service wherein 5 very different mayors...Willie Brown, Gavin Newsom, Ed Lee, Mark Farrell, and London Breed... also called on his skills and commitment to public service by appointing him to critically important public bodies in their administrations.

In the 1990's, the federal government mandated filters for municipal water systems. As San Francisco prepared to comply, PUC Commissioner Makras raised the question of whether the mandated filters would really improve the quality of our Hetch Hetchy water. His insistent questioning resulted in the unexpected determination that our city's water quality would actually decline with the federally mandated filters. As a result of his efforts, Congress authorized an

exemption. San Francisco is still exempt today and saved $500 million in new costs.

Mayor Willie Brown moved Victor to his next mayoral assignment on the Police Commission where he was asked to mediate differences between the management and the union to avoid serious public safety ramifications.

Mayor Gavin Newsom moved Victor to the Fire Commission to address slow ambulance response times which investigatory reports showed almost twice as long response times in the poorer parts of the city like Bayview/Hunters Point and the Mission as compared with the wealthier neighborhoods. When he was finished, the ambulance response times had been improved to the extent that all of San Francisco could experience very similar wait times for an ambulance which averaged 3 to 7 minutes.

Mayor Ed Lee reappointed Victor to the SF Retirement board to continue his work in reforming the "cronyism" involving favored investment companies and a lack of transparency when large losses were involved.  He won the support of his colleagues to strengthen the bid procedures and installed transparency to end special treatment for politically favored investment firms.

Mayor Mark Farrell appointed Makras to the SF Port Commission to take advantage of his real estate experience because the Port today is largely a real estate operation. The major focus these days is on extensive real estate property management and new development on vacant piers.

Mayor London Breed continued Victor to the SF Port Commission to take advantage of his highly regarded real estate acumen and added an additional assignment to Chair the San Francisco-Thessaloniki Sister City Committee to develop business and trade opportunities.

Your honor, I realize that this has been a lengthy letter in my effort to describe the civic and community work of Victor Makras.  My hope is that it gives you an insight into the character of this man who loves our city and he contributed so much to the welfare of our city over the past 34 years.

With that in mind, I hope that this comprehensive review of Mr. Makras engagement with our city and its welfare may help you determine the best approach to resolving how he can best pay his debt to society.

As I am sure you know from your daily presence and work in San Francisco, we are struggling with challenges wherein there may be some important opportunities for Victor Makras to continue being one of the most honest and creative problem solvers ever to serve five mayors of San Francisco and our great city.

Sincerely,

Art Agnos

4

# EXHIBIT 20

George Gavallos MD
170 Glen Aulin Ln
Burlingame, CA 94010
650-703-5798

November 6, 2022

Dear Judge Seeborg,

I am writing this letter in support of Victor Makras. Victor is my first cousin. I have been very close to him through out my life. He is my father's God son and business partner. Victor is a pillar of our large family. He has always been someone we can count on at our most difficult times and is always willing to make time for our family despite his very busy schedule. He is an essential care provider for my dear aunt Effie, the matriarch of our family. She is currently thriving at her advanced age and is this in large part due to the support that Victor provides her.

Victor has always been an inspiration to me. At a young age Victor became independent and worked endless hours to build his successful business. As his success grew, he would always give back to our community, be it the church or our city. I have always been in awe of his incredible work ethic and selflessness. During the long hours of my training as a surgeon, I would gain strength thinking of my family's commitment to achieving the American dream. Our immigrant parent's came the US with nothing. Victor's accomplishments showed me that through hard work I could achieve my dreams as well.

The most difficult point in my life was the time of my father was critically injured. He had fallen and suffered a closed head injury. Victor was the first person to come to his aid and was by his side constantly especially when I could not. Beyond the emotional support, without hesitation Victor was able to keep my father's rental properties in order and would not accept payment for his work. This provided great comfort for me as the stress of losing my father was overwhelming.

At this point in my life Victor has become my business associate. He manages my small rental properties. He is very attentive to my renters needs, always honest and fair. As I am raising my family, I look to Victor as a role model. We both have very busy work schedules. I see in Victor despite the long hours, you can maintain a great relationship with your family.

Victor is a great friend and mentor. He is an essential part of our family. I appreciate your effort and time,

Sincerely,

George Gavallos MD

# EXHIBIT 21

# Mr. & Ms. Karantzas

November 1, 2022

Dear Judge Seeborg:

I met Victor in early 1984. At that time I was attending university and working part time in a restaurant to cover my living expenses. Victor even though just a few years older than me he was already a successful real estate broker, running a sizable property management and a part owner at the restaurant where I worked.

We established a good relationship and at some point I mentioned that I didn't enjoy working in the restaurant. He offered me a part time job in his property management business.

On my first day I was surprised how small the office was but at the same time how clean and organized.

While working for Victor I learn so many great principles:

- Organization: For such a small office with so many properties, everything was organized to a degree I never saw before. We received hundreds of thousands of dollars in cash and checks every month that had to be deposited at the bank. We also had to pay all loans, taxes, and handle repairs, rental and leasing agreements etc. The remainder of the funds sent to the property owners.
- Financial Integrity: Every financial transaction was recorded and verified using proper accounting procedures. We had a general ledger for the entire management and then individual ledgers for each property. At the end of month both the general ledger, the account ledgers and the bank statement had to match. I recall spending many hours tracking a $20 discrepancy, because Victor insisted that every dollar had to be accounted for. I also recalled a financial audit by the IRS. The auditor was amazed how our manual system with the large number of monthly transactions was so accurate and perfectly accounted for all transactions.
- Personal integrity: We had many repeat customers. As our customers were adding to their Real Estate portfolio, they will ask us to also incorporate them into our property management. We had similar experiences with our renders as well. They knew that our commitment to serve their needs was high, so as their housing requirements grew many of them switched properties within our management inventory.
- Growth: The business was growing both on the real estate transactions and on the property management, so the 2 desk office became 3 physical offices plus 5 desks in the open area with a large conference room. We added a new telephone system, computer

systems and hired multiple people. The basic principle of offering a fair price and the highest quality of service possible paid dividends.

- Family treatment: For Victor his employees were part of his family. Every year he will throw parties and invite all of them and their families to enjoy. At Christmas time Victor will always deliver presents to all of the employees and their families. I started as a part time entry level employee, and ended up joining Victor's family literally by becoming the godfather for his son.

Upon graduating from College I chose to focus on my study of disciple software development. Even though I wasn't working for Victor any longer for quite some time, I did assist with technology decisions.

Years went by and it was time for me to buy a house, and I was looking in Silicon Valley. I asked Victor if you can help and he mentioned that he didn't know the market I was interested in and I should consider finding a broker with local expertise. I did retain a broker in Redwood City which I ended up firing since he lacked integrity. Then we stumbled onto an opportunity to buy a house, but we didn't have a real estate agent. Victor to the rescue once more, he was able to put together all of the paperwork and go through some grueling negotiation sessions with the selling broker. At the end we got the house and in addition we received a present from Victor, his broker fee. A few years later, he ask me to be the godfather of his son which accepted with all of my heart.

In the six plus years that I worked with Victor closely I only heard praise from all his clients, his workers, his fellow agents and competitors. Victor is a family man with great integrity for his fellow humans.

Sincerely,

Constantinos P. Karantzas
Vice President of Cloud Operations
Atypon Systems, LLC

# EXHIBIT 22

Steve Agnos
643 Connecticut St.
San Francisco, CA 94107

October 30, 2022

Honorable Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

Thank you for taking the time to read this letter I am writing on behalf of my dear friend, Victor Makras.

Victor has been a friend to me and my family for all my life. When I was a child, I remember at various events when my parents would have their friends and colleagues around – some of these people I characterized at the time as being 'funny' or 'quiet' or 'loud' (or 'grumpy' or 'obnoxious', etc.). With Victor, the first word that always came to mind both then and now is 'kind.'

Victor's kindness has been his trademark for the nearly 40 years I've known him. Not only has he always been there for my most important events in life – milestone birthdays, my wedding, the birth of my children – but he remembers me and all his friends when times are tough, as well. He's the kind of man that will bring chicken soup over to a friend when they are feeling sick (repeatedly, until they are feeling better).

The kindness and warmth that Victor exudes extends to his wife and children, and together they all create one of the most jovial and loving homes I've ever been to. They have shared this happy home with us and many other people on numerous occasions, hosting large Thanksgiving and Christmas gatherings. I'm sure I'm not the only one who greatly appreciated feeling that kind of love and warmth during the holiday season.

I'll never forget the story I heard one Thanksgiving about Victor and Farah adopting their soon-to-be daughter, Lyla. The two of them had arrived in an orphanage in Guatemala to sign the initial papers. They were supposed to come back in a week to pick up Lyla but while they were there, things moved quickly and the people at the orphanage said they could take Lyla home with them that day. Farah said they didn't even have a crib or diapers and still needed a week to prepare for her arrival. Victor pulled Farah aside and said, "Do you really want to look Lyla in the eyes one day and tell her we kept her in this place a week longer than she needed to be?" Sure enough, Farah and Victor left with their newly adopted daughter Lyla that very same day. I remember hearing that story and thinking - "that is Victor in a nutshell."

As an adult, I have come to know and appreciate Victor more not just for his kindness, but also as one of the hardest working people I've ever met. Ever since he was a child, he's been getting up at 5am to work and help his family. He started working for himself when he was 18 and built a successful real-estate business – all while keeping his good nature and kind heart intact.

It is for these reasons that when my son Daniel was born in 2015, I asked Victor and Farah to be his Godparents. If something tragic were to happen to my wife and myself and we were no longer here on this Earth, I wanted to know my son would live with people we loved, in a happy home, and grow up under the care of a kind-hearted, hard-working man. And I will always stand by that decision.

Thank you again for reading.

Sincerely,

Steve Agnos

643 CONNECTICUT ST. SAN FRANCISCO, CA 94107  (415) 312-3648  STEVEAGNOSFILMS@GMAIL.COM

# EXHIBIT 23

November 7, 2022

Hon. Richard Seeborg
United Stated District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Your Honor Seeborg,

    My name is Jessica Garibaldi and I am Victor Makras' daughter-in-law. I have known Victor for the past 10 years. Since the day I met Victor, he has always treated me like family. From the very beginning, I have been included in family events; vacations, Sunday dinners, celebrations, and holiday festivities. He happily welcomed me into the family with warm, open arms and without any hesitancy.

    Victor is one of the most genuine, generous, and caring individuals I know. He proudly spoke at our wedding, sharing words of joy and love. With Victor's love and generosity, my husband and I were afforded the opportunity to become homeowners; a nearly impossible reality for many. Not only did he provide us with a place to call home, but he afforded us with security, stability, and opportunity. At the time of our wedding, I was still in school and working full-time as an unpaid intern. The thought of owning a home was a distant dream. However, Victor made that dream a reality. With that generosity and love, I was able to complete my education and pursue my lifelong goal. His support has given us the ability to create a family of our own and focus on their overall wellbeing.

    Most importantly, Victor has given me more than a home. He has provided me with love, support, advice, and encouragement. He is an individual that I truly look up to and aspire to be. Victor works incredibly hard so that he can provide for others. He is happiest when his loved ones are cared for and thriving. Victor is selfless; he will give his time, energy, and resources to others without any hesitation. Words cannot express my gratitude for all that he has done and continues to do for my family. Without his love and support, we would not be where we are today. For these reasons and more, I am proud to call Victor Makras my father-in-law.

Sincerest Regards,

# EXHIBIT 24

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

My name is Shahin Garibaldi. I am 37 years of age, married, and have two children; ages 3 and 4 years. Victor Makras is my father and I have known him for most of my life. Victor and my mother, Farah, started dating when I was 10 years old. The product of a divorced family, I was uncertain what to expect. I can vividly recall the first time I met Victor. Victor had taken my mother and me to the movie theatre. Feeling overprotective of my mother, I was certain to choose the seat in between them. To this day, this is one of our most memorable times spent together. That first date was indicative of what the future had in store for us; unity, togetherness, and family.

Shortly after my parents married, my mother became pregnant with my brother, Tyler. I was fearful that a new baby would cause me to feel forgotten; however, that was never the case. Victor made sure that I was included as much as possible and even allowed me to name my brother. As our family grew and my youngest brother, Kameron was born and my sister, Lyla, was adopted, we only became closer. Victor has always been incredibly kind, caring, and generous to both my mother and myself. Our relationship has always felt authentic and genuine. Victor has constantly included me in his life and has made me feel prioritized. He has shown me how to show kindness and respect to others.

Victor has been an incredible role model and mentor. I have learned so much from him; how to be a knowledgeable realtor, a loving husband, and a caring father. He has taught me to be kind, respectful, patient, and optimistic. Victor goes above and beyond for his loved ones; family and friends. He does not hesitate to lend a helping hand to others. Family, friends, colleagues, and clients seek Victor's advice, wisdom, and expertise. Not only do individuals value his knowledge in real estate, but in all other realms. Most importantly, Victor does not expect anything in return; he selflessly gives himself to others. One of his greatest qualities is that of listening. He will always find time to listen and allow others to feel heard. Victor's kindness and generosity is genuine; it comes from the depth of his heart.

I can honestly say that I cannot imagine a life without Victor. He plays a large role in my life and has helped shaped me into the individual that I am today. I am blessed to have him in my life and to call him my father.

Sincerely, Shahin Garibaldi

# EXHIBIT 25

Hon.Richard Seeborg                                    November 5, 2022
United State District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

    I am writing on behalf of my uncle, Theo Victor Makras, as we say in greek. My name is Michael Passaris. My mother, Elaine Passaris, is Victor's sister and I am her first born son. I have known Victor Makras my entire life and have seen him grow his business, family and political career into a prosperous representation of his character.

    As a young child, I remember my uncle bringing us fireworks and showing us how to light them at my grandmothers house in Daly City. He would always make my brother and I laugh and spin us around until we couldn't take it anymore. He wasn't always present, because of his work, but when he was I relished the experience. When I visited him in his office I remember he would always stop what he was doing to say "hello" and give us a treat from the office kitchen.

    Growing older, I went away to college and didn't get to see much of my family, except for holidays. There were a couple instances where I received a random mailing from my Theo Victor with a  check and note saying, "Have a meal on your Uncle." It was the best feeling to get mail and know that I had family thinking about me while so far away. Upon returning home he offered me work and to this day has kept the offer available.

    During my uncle's first marriage, I didn't see much of my aunt, because of her acting career. When he married aunt Farah and they had children, it was wonderful to see him as a father and take on a new role in life. We would get together for birthday parties and he was more present for family gatherings. His sons, Tyler and Kameron, were in my wedding in Syracuse, NY and soon after I began giving them drum lessons at their home. It was nice to see him, my aunt and his children every week.

    Our greek family has always supported each other and we try to stay as close as possible. My grandmother is the rock, but my uncle has helped her organize two family trips within the past nine years. We have traveled to Cabo San Lucas and Greece with approximately 35 people. It was a very fun experience and one that my wife, children, and I will always remember.

    In closure, my Theo Victor is a very generous, loving, family oriented individual. He has built a very successful business and a wonderful family. I enjoy speaking with him and receiving advice about life, business and the housing market. He has been a very stable force for my grandmother and continues to be a supportive husband, father and uncle.

Sincerely,

Michael Passaris

# EXHIBIT 26

Shirin Sabahi

77 West 24th Street Apt 19B

New York, NY, 10010


November 1, 2022

Attn:

Hon. Richard Seeborg

United States District Court for the Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94102


Dear Judge Seeborg,

I am writing this letter on behalf of Victor George Makras, my Uncle Victor, or so I have called him for as long as I can remember.  My name is Shirin Sabahi, I currently reside in New York City after growing up in the Bay Area and attending UCLA for my Undergraduate where I studied Political Science. After working at Yahoo in the Bay Area for 4 years, I moved to NYC and am currently the Chief of Staff to the President and COO of a tech company, Yext. I was nervous to make this move, but my Auntie (Farah Makras) always told me; everyone needs to live in NYC once in their life, especially someone with energy like you! So I took the plunge and since September 2018, NYC has been my home, but I am fortunate enough to visit my real home frequently to see my family and friends.

When I think of my Uncle Victor,  there are a few characteristics that instantly fill my mind: Husband, Father, Family Man, Kind, Loyal, Honest, Genuine, Generous, Dedicated, Self-Made, Hard Worker, Intelligent, Business Man, Real Estate, San Francisco - there are many, many more, but these most strongly encapsulate Uncle Victor to me.

I met Uncle Victor when I was just shy of 10 years old, he was dating my dear Auntie (his now wife, Farah Makras) with whom I am incredibly close. She is my mother's only sister (and

sibling), and her son, Shahin is just a few months apart from my older brother, Arash (my only sibling) - safe to say we grew up very close all living in the Bay Area.  When my Mother and Auntie both divorced their husbands, our closeness excellerated as we all ended up living in Foster City and became each other's support system. When Uncle Victor came into my Auntie & Shahin's life, I could feel, even at a young age, that something was different but in a good way. There finally was a kind, genuine, loyal man around who created a sense of security and calmness that did not exist before.

After my Auntie & Uncle Victor married and had their first child, Tyler, I was beyond ecstatic; I was always the baby of the family, love children and instantly fell in love.   Uncle Victor welcomed me into their home in San Francisco for nights on end so I could be with Tyler - watching him grow, I practically became an extension of their family.  Uncle Victor's office (at the time) was below their apartment and I remember, regardless of how busy he was, he would stop by in-between appointments just to say hi and see Tyler, whom he called "Boot Boot". I could feel and see the love permeating between a father and his firstborn, it was truly heartwarming. After Tyler, came Kameron, their second son - at this point I was at their home half of the week and always felt welcomed.  Victor was so filled with joy and such a loving father, it was wonderful to share so many experiences and memories with them.  My Auntie always wanted a daughter but they did not have much luck, after some deliberation, they decided they had the means to help a baby girl in need and eventually adopted Lyla from Guatemala when she was just an infant. Uncle Victor had to stay in Guatemala for a period of time before bringing Lyla back to the States, he did not complain once and was simply excited to bring his baby girl home. Victor and Lyla had an instant bond that lasts until this day, she is definitely a "daddy's girl" and it is evident from the unconditional love Victor has for her.

Uncle Victor's generosity is unparalleled from anyone I know; when I would join them on family trips to Disneyland or Hawaii to help with the kids, he would always make sure I got toys & a sweater from the gift shop or a massage at the spa so I felt included - because there is no way my single-mother could afford to give me spending money on the side like that.  At Uncle Victor's office holiday parties - where a majority of his staff are admins or handymen, who may I add have worked at his office for years, I've known most of them since I was a child- he would

play White Elephant, but supply all of the gifts himself; I'm not talking cheap items from CVS, he would wrap up Nespresso machines and Breville toaster ovens, iPads and even a TV! The types of items his staff generally would not be able to splurge on; yet he is so humble, he would never actually admit to buying the gifts. When my grandfather passed away, Uncle Victor ensured that my Mamajune (grandmother) was able to move into a new condo close to my mother in Belmont - not just close, but in the same building! This generous act of kindness provided such a sense of security for my Mamajune, I do not believe anyone can fully put into words how much this put my Mamajune at ease.

I remember once we were on a family vacation camping at Yosemite and I chopped a tiny portion of my pinky trying to help in the kitchen, my mother was freaking out, but Uncle Victor came over to me, calmer than ever, and helped bandage everything up - I was then nicknamed "Chop Chop" by him for the remainder of the trip, which was an enduring way to cheer me up and get me to laugh; that is another thing about Uncle Victor I love immensely, his genuine and contagious laugh - it fills the room and you cannot help but be filled with joy and positive energy when you are around it.

All of our family holidays take place at Auntie and Uncle Victor's home, they host our entire family - sometimes upward of 50 people (he definitely has a "Big Fat Greek Family"!)- and despite how many people are in attendance, Uncle Victor always has the door open for others that may need a place to go. I can clearly picture Uncle Victor carving the turkey, and serving his family with pride. He is always willing to lend a helping hand - the first to open a door, drive an older relative home from a family gathering, tidy up the kitchen

I honestly can keep going on and on telling many stories and life experiences I have been so blessed to share with my Uncle Victor.   He has always exemplified the true definition of an honest, hard-working, self-made businessman. I have always been, and always will be incredibly proud that he is my family and consider myself very lucky to have grown up with him as a role model as I attribute much of my work ethic and success to looking up to him.

Judge Seeborg, I would like to thank you in advance for taking the time to read my letter and I hope you were able to learn a bit more personally about my Uncle Victor and our family.

Best Regards,

Shirin Sabahi

# EXHIBIT 27

November 11, 2022

Hon. Richard Seeborg
United States District Court for
the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**RE: <u>VICTOR G. MAKRAS</u>**

Dear Judge Seeborg:

My name is Andrew Nuris and I am a San Francisco Police Officer and Victor Makras is my godfather so you could say I have known him all my life.

Growing up I have known him to be a kind and generous man. Everyone that I know that knows him feel similarly as he has a very good reputation in the community and especially among the Greek people of the Bay Area.

I have only been a police officer for about 3 years and for the most part enjoy my job. However, I have experienced that there are some people that just don't like you, even though they don't know you personally, because you represent something, in my case, my uniform. Sometimes, I think successful people experience the same thing.

I hope everything works out for Victor because he is a good person.

Sincerely,

*Andrew Nuris*

ANDREW NURIS

# EXHIBIT 28

November 3, 2022

Dear Honorable Judge Seeborg,

My name is Maria Tsiplakos and I am the niece of Victor Makras.  I wanted to take a moment and help illustrate who my uncle Victor is through my experiences.  I have known him for 43 years and ever since I was little he has always been very kind, generous, positive, and thoughtful.  When I went away to college, Victor thought of me and sent a few generous cash gifts to show his support of my hard academic work and to treat me to a dinner.  It really was such a thoughtful, unexpected gift for a college student who was very far away from home.

He has always been there for me whenever I needed advice.  With his expertise in real estate and property management, he was always there to answer any questions and to share his advise with managing our rental property.  He has never asked to be paid for his advice and has offered his time and knowledge, time and time again.  He will always take time out of his busy day to answer my phone call, and I am very grateful for that.  One year, a cell phone company was interested in potentially renting roof space on our building for their cell phone antennas.  I was not familiar with this and so I reached out to Victor.  Victor gladly offered to speak with the cell phone company to come up with a fair contract.  He never asked for a dime for almost 1 year of negotiations.  My uncle is a very generous, thoughtful, helpful and considerate man who we are all so grateful and blessed to have in our family.  Thank you for taking the time to learn a little more about Victor.

Sincerely,

Maria Tsiplakos

# EXHIBIT 29

Victoria Hanacek
19 Chestnut Avenue
San Rafael, CA 94901

November 7, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

I'm writing you this letter on behalf of Victor G. Makras whom I've had the honor to know for the past 39 years. I am his niece and know him both personally and professionally.

Victor is a family man, a husband, a father, a loving brother, and a wonderful uncle to me. I have fond memories growing up going to Victor's house for family gatherings and holidays.

I've looked up to Victor and have always admired how he started in real estate at the age of 18 and built it into a very successful business. Victor was instilled at a very early age to be kind to people and work hard for everything you want. Much of this can be attributed to my grandmother (Victor's mother) who came to America from Greece with nothing. She and my grandfather worked tirelessly to raise their children and teach them by example that hard work and honesty will go a long way to earning an honest living.

Growing up I loved to talk about real estate with Victor and learning from him. After saving for many years, I was able to purchase my first piece of real estate in 2014. Victor spent countless hours walking me through the process and made my purchase such an enjoyable and memorable experience.

Thank you, Your Honor, for taking these thoughts into consideration.

Respectfully,

Victoria Hanacek

Victoria Hanacek

# EXHIBIT 30

Arash Sabahi
4350 Via Dolce
Marina del Rey, CA 90292

October 30, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

I am writing to you today on behalf of Victor George Makras, whom I simply refer to as Uncle
Victor; a man who I have the utmost respect for and hold to the highest regard.  My wife and I
just welcomed our newborn daughter, as we currently reside in Marina del Rey, CA, after we
both grew up in the greater Bay Area region, moving down to Southern California when the firm
I work for, Fisher Investments, offered me a promotion to become a Regional Vice President for
the Southern California area.  As an IAR (Investment Advisor Representative) working for one
of the largest fee-only fiduciary RIAs (Registered Investments Advisors); honoring the
Investment Advisers Act of 1940, I feel privileged to represent a firm who is a true fiduciary to
our clients', knowing we are always acting in their best interest.

I have known my Uncle Victor since the late 90s when I was a young teenager.  He was dating
my Aunt Farah, who was a single mother to my cousin, Shahin, who I consider a brother more
than a cousin, as we grew up together being only three months apart.  I was shocked to see how
Uncle Victor took Shahin in as his own son, when most men would flee a single mother with a
teenager; this something I always admired him for.  I can write for pages regarding different
times I have seen my Uncle help others, however, I simply wanted to share some personal
anecdotes with you.

When I first met him, I truly appreciated his hard-work, strong ethics, and good
values, something that influenced me throughout my working career.  I recall one time, he told
us his alarm clock was set accidentally for 3am, and instead of going back to sleep, he simply
stayed up, went downstairs, which was where his real estate office was at the time, and just went
to work.  As a teenager, who loved to sleep in at that age, I was shocked he did this.  Today, I
wake up every morning at 4am to begin my day, and I can't say it is because of him, but I do
think of him now and then when I do so.

At the age of 17, he provided me with a part time summer job working at his real estate
office.  At that age, I simply wanted to earn some money, but I could tell he wanted to teach me a
few aspects of hard work, how the basics of real estate and property management tie together,
and the true value of earning a dollar.  He explained to me how interest rates on mortgages work,
what PMI is, how crucial it is to be on time with your monthly payments because having a good

credit score is so important in life. I was, and still am, grateful for him to provide me with that summer job, as it built the foundation of my hard work ethic, something my firm constantly recognizes me for to this day.

When I was in my 20s, early in my career as an Account Executive at Fisher, I always wanted to live in San Francisco to experience the big city life, however, it was not economically feasible to do so with the entry level income I was making at that time. Him being a San Franciscan, and knowing my desire to move to The City, it was his suggestion that I move in with him, my Aunt, and their family, in their in-law unit to make this dream a reality. He would not accept any rent or payment from me, their kitchen was always open to me, the invited to me to all of their family dinners, and they never minded when I had friends over. He truly opened his home to me, and to open your home to anyone who is not your wife or kids, in my opinion, is one of the kindest gestures.

While living with them, I would always enjoy going to my younger cousin's, Tyler and Kameron's, basketball games. I am fond of sports and watching them play brought me joy. At every game I attended, I was shocked to see my Uncle Victor at each game. I would ask myself, "How does he make the time to do this? I know how much he works and it is crazy that he is here for these games". He is a true family man, with him and my Aunt always hosting family, from both sides, to their home, for Thanksgiving and Christmas Eve. It goes without saying what we are doing for Thanksgiving and Christmas, because we know we are going to their home for the holidays. Uncle Victor would always cut the turkey and was the first to hand out presents for Christmas, while ensuring the perfect Christmas tree was lit up in the living room with plenty of presents for everyone. My wife and I are excited to have our daughter be a part of this tradition, which our families cherish so deeply.

In January of 2021, after leasing our apartment in Marina del Rey for the past two years, my wife and I decided we would like to purchase our first home together. As you can recall, at that time, the real estate market was red hot, as people were being outbid for homes with multiple cash offers coming in much higher than asking; it seemed impossible for us to buy anything. Uncle Victor came to the rescue and was the reason why we live in our dream home as I write this letter to you. Our home was listed below market value so he knew there would be multiple offers coming in, so told us we had to be very strategic in our approach. Although he was in San Francisco and we were in Los Angeles, he assisted us throughout the whole process, being tactful with every aspect, and even though there were 12 offers including ours, we beat everyone else out, and there is only one reason why we were successful; Uncle Victor. After the transaction closed we were shocked to receive a generous house warming gift from him.

I can go on for hours about how much this man means to me and how much he has helped me, as he has done for countless others; like when he paid for me to go backpacking across Europe with my cousin Shahin, after we graduated high school (my single mother could not afford this), or in 2014, when the Giants were in the World Series; he gave his ticket to me so I can go with Tyler, Kameron and Shahin, knowing how much I love the Giants; the list goes on and on.

He is a good man and means so much to our family. Although him and I do not share blood, I care for him more than I do most other family members, because of his kind heart, his

generosity, and good values especially towards his family.  I look forward to replicating how he treats his family with my newborn daughter, who joined us just three weeks ago.

Thank you in advance, Judge Seeborg, for taking time out of your busy day to read my letter and allowing me to open up to you, and share some of the few life experiences I have had with my Uncle Victor.

Respectfully,

Arash Sabahi

# EXHIBIT 31

Peter Passaris
120 Page Street
Pagewood, NSW 2035
Australia


November 5th, 2022


Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102


Dear Judge Seeborg,


My name is Peter Passaris and I am Victor Makras's nephew.   I am a 41 year old, husband to
a talented architect, proud father to two beautiful daughters and chemical engineer working
in the industrial manufacturing industry for the past 18 years.

My uncle Victor has been a very present figure in my life from childhood to present.  He has
also been a person I have looked up to and continue to admire in many ways.   He always
supported me throughout my education, the early years of my professional career and into
present day.  Any time I had a big decision to make in my life, I would meet with my uncle
Victor to discuss it with him.   Not only did he always make time for me in his busy schedule,
but he was very present in our long discussions and always did absolutely everything he
could to help and support me in my life.  There was never an issue too insignificant for his
attention, concern, and support.

The reason I respect my uncle Victor's thoughts and seek his guidance and support is
because his character is rooted in a strong, moral foundation.  Uncle Victor was raised in a
strong Christian home, where there was a focus on care and love for others.  One need only
look at how uncle Victor values and takes care of our grandmother, his mother, to
understand the goodness in his heart.

My uncle Victor's generosity and thoughtfulness is second to none.   I am always impressed
by how he finds the time and energy to support all his family and friends in every way he

can, especially the important events in their lives.   One example of this support in my life was when I married my wife, Maria, in 2016.   Maria was born and raised in Sydney, Australia, so it was a bittersweet experience to plan our wedding there, knowing that my family would not be beside me to celebrate this momentous day with us.   I expected to have only 2-4 family members there from my side due to the distance, time and expense of traveling to Australia.   My uncle Victor (unknown to me and Maria) planned and made sure our entire family of 22 people (grandma, mother, father, brother's family of 5, sister's family of 5, uncle Spiro's family of 4, and uncle Victor's family of 5) attended our wedding in Sydney.   While I imagine this time away disrupted his work schedule, volunteer work and children's schooling, he prioritized the joy it would bring us all and the importance of family being together to celebrate.   This is a perfect example of how my Uncle Victor shows his love, support and generosity.   He prioritizes the joys of others, often at his own expense and strives to remain hidden on the sidelines, without the expectation of anything in return.   A wedding day is about celebrating the love between two people, and their family and friends sharing in that joy.   It is one of the most important days of a couple's life and my Uncle Victor allowed our families to joyously celebrate this love together.

This is just one example of the efforts, love and generous consideration that our uncle Victor has always exhibited.   I am blessed to have him as an uncle and example of a loving son, father, brother, grandfather, and friend.   I will forever be grateful to God for uncle Victor's presence in our lives!

Yours Sincerely,

Peter Passaris

# EXHIBIT 32

*Stephen and Marianne Kambur*
*531 Laurel Street*
*Petaluma, California  94952*
*707-695-8456*
*kambur@sbcglobal.net*

November 7, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

Dear Judge Seeborg,

I have known Victor Makras since at least 1981.  Victor was a young man married to my husband's cousin, Helen at the time.  Around 1984 I needed to sell my parents' home on Rolph Street in San Francisco.  I asked Victor to help with the listing of the house.  He was new to real estate at the time.  Victor did a great job of marketing the house and helped with the process of evaluating offers and the closing process.  In my mind I can still see Victor's real estate sign hanging proudly in the living room window of the home.

Throughout the years Victor was always very personable and very kind especially to the older members of the family.  Even after he and Helen were divorced, Victor always stayed in touch with the family.  He would help Helen's family with finding people to make repairs to their home.  He stayed in touch when they had questions about just about anything - he was always very, very helpful and considerate.  One of my favorite stories was when Victor brought a huge chocolate cake to Helen's aunt for her 80+ birthday.  Angie loved cake and this was the biggest cake I had ever seen - and the most delicious!  Angie loved every bite and he made her day so very happy with his kindness.

In 2020 I became the executor of my cousin's estate.  She owned two flats in the Bernal Heights district of San Francisco.  Three of the units were occupied by renters and I knew that in order to sell the units I would have to find someone very experienced in San Francisco rental laws.  I immediately thought of Victor.  Even though we were no longer "family" at that time I knew that I could trust Victor to help me with the listing and selling process and lead me through the complicated tenant process.  Victor immediately helped me to notify the tenants of the change in ownership.  As the tenants decided to move Victor even helped one of them to find a new home in the City.

One of the units had a "Protected Tenant" and this was going to make it a challenge to sell the building.  Victor did a great job of marketing the building and sifting through the offers to find us the best one for the beneficiaries of the estate and for the Protected Tenant.  Victor watched over the escrow process and it had a smooth closing.

The second building needed some repairs and "sprucing up" before it could go on the market. Victor helped me find people who would do the hauling away of rubbish, to paint the inside of the building and the units and to do general repairs that were necessary. All of these service people were helpful and considerate and did a great job. Victor then put the second building up for sale. It was a little sluggish and Victor suggested that we take the building off of the market for the summer and bring it back on again at a little lower price when everyone was back in the market again in the Fall. This was an excellent idea - that was based on years of experience - and the building sold quickly on the second round of the listing.

Being able to trust Victor with his experience and knowledge of San Francisco real estate was very comforting to me through the listing and selling process. I am very grateful to Victor for his guidance during all of these transactions.

I have known Victor Makras for over 40 years. He has always been a gentleman, kind and very professional.

Thank you,

Marianne Kambur

# EXHIBIT 33

# Matthew J. Dewan

### 5808 Putnam Drive, West Bloomfield, Michigan   48323

dewan@juno.com     (248) 408-8609

The Honorable Richard Seeborg                                                    November 3, 2022
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Dear Judge Seeborg,

I married my beautiful wife Christina on July 19, 1992. Victor Makras was my best man, and also became my brother-in-law that day, as he was, at the time, married to Christina's sister Helen. To this day, I still consider Victor my brother-in-law, even though he and Helen divorced a few years after Christina and I married.

I still consider him family, and always will, because he is an individual of the highest character, fiercely loyal, and always willing to help out family and friends. Those are the qualities I most respect and prize in a person, and when I come across someone in my life who possesses those attributes, I do everything I can do to keep that person in my life.

The decency and willingness to help that Victor possesses can be best summed up by the following example: My wife Christina and I decided to relocate our family from Michigan to San Francisco, due to financial hardship, in 2015. We were looking for a new beginning, hopefully with an assist and some guidance from her family. This never came. Two people did step up, though. One of them was Victor Makras, the other was a friend originally from Michigan currently living in San Francisco. Victor helped us in many ways, put us in touch with several people, and offered guidance, wisdom and advice on how to establish our new life in San Francisco. For this help, I will be eternally grateful to Victor. When we needed someone, Victor was there, asking nothing in return. He did it because it was the right thing to do. That's what kind of person he is. I ask you to keep that in mind when considering his future.

Thank you so much for taking the time to hear me out. Please do not hesitate to reach out to me if you have any further questions.

Respectfully,

Matthew J. Dewan
Attorney and Counselor at Law
Licensed in The State of Michigan (P69660)

# EXHIBIT 34

James (Dimitri) Kontonis
900 Ahwahnee Dr., Millbrae, CA
650-766-5575
zante97@gmail.com

Dear Judge Seeborg:

I am writing to you to tell you about the Victor Makras that I know and respect. I have known my Theo (uncle in Greek) Victor all my life. Currently, I am an 8th grade US History teacher at Benjamin Franklin Intermediate School in Daly City. I have grown up with his three children and spent many vacations, holidays, and birthdays together with the Makras family.

Growing up with Theo Victor's children has given me a unique view of Theo Victor as a father. His children are a direct reflection of him and all have great work ethics, are kind hearted individuals, and love and care for the people around them. They learned and adapted these traits directly from their father, who has and continues to be an example for his children who are now young adults like myself.

I will admit that I have always looked up to and admired my Theo Victor. I admire him because he is a man that never received a formal education and is completely self-made. More than that, you can tell whenever you talk with him that he has the best interest of you in mind if you ever need advice or have a question about something. Also, he has a deep knowledge and appreciation for history and politics which I share a love of as well. I look forward to being able to talk to him and pick his brain about the affairs of the world whenever I see him.

Victor Makras is not only a great father or theo (uncle), but more than anything, he is a respectable and honorable man who serves the people around him through love. I can think of no better role model in my life (other than my own mother and father) to look up to, seek guidance from, and learn from.

From,
James (Dimitri) Kontonis

# EXHIBIT 35

10-30-22

Nick Kontonis
900 Ahwahnee Drive Millbrae
415-706-1545
nickkontonis@gmail.com

Dear Judge Seeborg:

I am writing to give you an idea of my experiences and knowledge in support of Victor Makras.
My wife, Athena Kontonis,  has written about our family experience and I will write about my
personal and professional knowledge and experience.

I met Victor Makras in1982 when he was starting to do property management.  He came to my
family restaurant, Roma Pizza, in San Francisco, to introduce himself. My first impression was
that he wanted to help us and guide us.  His intelligence, candor, and sincerity also impressed
me. I still have the same impression of Victor, after knowing him for over 40 years.

My family sold the restaurant in 1997, and I chose to change careers.  I went to Victor for
guidance.  He supported and mentored me to get my Real Estate License and to begin working
with him. I have stayed loyal to Victor for the past 25 years because he always shows integrity
and honesty in all his business dealings.  Most of the other people that work in Victor's office
have been there for over 20 years.  This shows he is a fair, generous, and supportive employer.
He models a strong work ethic daily. Victor is always the first in the office and the last to leave.
He starts work by 6:00 am daily.  He is the reason Makras Real Estate is one of the most
successful property management and real estate companies in San Francisco.

I have observed him throughout the years helping and supporting people in the community.
People come to his office for advice and guidance.  He reaches out and shares his knowledge
and experience with others. Victor's clients respect and appreciate him.  They become loyal
after experiencing his uprightness.

Victor Makras has proven to be a man of honorable ethics and principles throughout all the
years I have known him.   I am honored to call Victor Makras my boss, my Koumbaro. (The
family I choose, in Greek), and my friend.

Yours Sincerely,

Nick Kontonis

# EXHIBIT 36

Athena Kontonis
900 Ahwahnee Drive Millbrae
650-243-7429
tkontonis@yahoo.com

Dear Judge Seeborg:

I am writing to give you an idea of my experiences and knowledge in support of Victor Makras.  I have been a public school teacher for the past 32 years, and I currently teach third grade at Baywood Elementary School in San Mateo, California.  I have also been a Sunday School teacher at Annunciation Cathedral for over 22 years. I admire Victor for his initiative and effort to become self educated and work.  I try to instill those qualities in my students.

I met Victor and his family over 50 years ago at the Annunciation Greek Orthodox Cathedral in San Francisco when my family immigrated to America.  I observed the Makras Family's faith and service to the church. Victor and his family volunteered in all philanthropic organizations.

I became closer to Victor when I bought my house over 35 years ago.  My husband and I chose Victor Makras to represent us because of his honesty, work ethic, and integrity. He has guided us and we have seeked his advice throughout the years because he has also proven trustworthy. He helped us achieve the American dream of a stable and self built life so we could raise and educate our children.

My husband and I respect Victor's character and family values. We asked to be his son Kameron's Godparents.  This is an honor for us because we feel we are now family.  Victor and his family are the family we choose to be part of our family.  Our two families celebrate, mourn, and gather together. Victor is a loving, kind, fair, supportive father, grandfather, and uncle.  My sons call him Theo Victor. (Uncle Victor in Greek) They both admire and respect him.  He has given them his time and wise advice throughout the years.

Victor Makras has proven to be a man of integrity throughout all the years I have known him. I can always count on him to do the right thing and be a great example to my sons.  I am honored to call Victor Makras my Koumbaro. (The family I choose in Greek)

Yours Sincerely,

Athena Kontonis

Athena Kontonis

# EXHIBIT 37

TO: Hon. Richard Seeborg

United States District Court for the Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94102

DATE: October 31st , 2022

RE: Victor G. Makras

Dear Judge Seeborg,

I am writing to you to share some of my experiences with Victor Makras. I have known Victor for over twenty years. During this time I have come to know Victor to a person of integrity, generosity, and kindness.

I was initially related to Victor by marriage. I was married to Mrs. Makras' sister for over twelve years.

Victor was kind to officiate at our wedding.

Victor was generous in donating a significant portion of his commission as our wedding present.

Victor demonstrated extreme professionalism in dealing with a hostile real estate agent on our behalf.

Above all, after my divorce Victor kept in touch. When my mother's health was deteriorating rapidly due to Alzheimer disease, Victor would often reach out and inquire about her health. This was long after we were related by marriage and meant a lot to me and my family.

In conclusion, I cannot say enough praises for Victor G. Makras and offer him and his family my full support.

Respectfully,

Farhad Teymourtash

1050 Borregas Ave. #171

Sunnyvale, CA 94089

# EXHIBIT 38

Christine P. Dewan

5808 Putnam Drive

West Bloomfield, Michigan   48323

cpdewan@juno.com   (248) 444-8331

November 1, 2022

The Honorable Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Dear Judge Seeborg,

I am writing this letter on behalf of Victor Makras, who is scheduled for sentencing before your court on December 20, 2022. I have known Victor for more than forty years as he was married to my sister Helen for fifteen years during that time. I have always known Victor to be extremely hard-working and caring to family, friends, and his Greek Orthodox Community.

Over these last decades, Victor was always there for me for advice and support. Even though I now live in Michigan, Victor has continued to be a source of comfort to me and my family. In 2010, our seven-year-old-son developed Ewing's Sarcoma, a serious cancer that afflicts children. There comes a time when one's child is so sick that people slip away, for myriad reasons. Victor continued to call and encourage us to not lose hope. At this time, my husband and I really needed encouragement. True to Victor's character, he never pitied us, but told us to keep looking forward. The best thing I can say about Victor is that he has always been kind, empathetic, and respectful to me and my family. (Our son is now in remission studying at Michigan State University).

To be honest, Victor does not give up on people. There are many instances where Victor was helpful to me in my life, helpful to my parents, and remained close. I hope this gives insight into Victor's compassionate, caring nature.

Please contact me if you have any further questions or concerns. Thank you.

Respectfully,

*Christine P. Dewan*

Christine Pauline Dewan
Attorney and Counselor at Law
Licensed in The State of Michigan (P67097)

# EXHIBIT 39

11-06-22

Hon. Richard Seeborg
 United States District Court for the Northern District of California

Dear Judge Seeborg


My name is Ted Giouzelis. I'm writing this letter to give you the last 43 years of my experience with Victor Makras. I'm married to Victor's first cousin Marie (Makras) Giouzelis. From the time we met I realized he and his family were a true Greek family with great values. We would always be invited to family get-togethers with his mother, father and siblings and all our extended family. I remember when he was working in Daly city for a realtor also. We all felt he had a passion for what he did in the real estate field. Over the years everyone would follow the families on how they were growing, and careers were advancing. Being first generation immigrants, our parents would always want the best for us, just like we would want the best for our kids. Those are some of the work ethics Victor's and my generation have instilled in us. I've been self-employed all my adult life in the Bay Area. Over the years we have spoken about family matters and general business discussions, never business engagements or partnerships. He always offered to help if he could, with never expecting anything, just trying to help. We're really proud of what Victor has accomplished for himself and his family. I strongly believe he is a good and honest person.  He is a loving father and husband. He is also a great son to his 90-year-old mother that he takes care of.



SINCERLY

Ted Giouzelis

# FRIENDS

# EXHIBIT 40

Dear Judge Seeborg,

 I am Blanca Elvia Cervantes, Victor Makras and his family's long time housekeeper. Ive been married for 22 years and have a daughter that is 14 years old. I've lived in Rohnert Park, California for 20 years and I've been housekeeping since 1991. I met Mr. Makras through a friend of mine about 6 years ago. When I first met him he was very nice and polite. Coming into the home, Mr. Makras treated me like family. He's always been very kind and generous to me. Everytime I arrive at the Makras house I am always greeted with a warm and kind welcome.

Whenever I'm doing my job at the house he always tries to stay out of my way so I can continue working without a disruption. For example, If im cleaning his bathroom and he needs to shower, instead of asking me to leave or stop so he can shower he instead will wait or go into another bathroom. Even when my car is in the driveway and he is pulling in I always offer to give him back his spot but he always stops me and tells me not to worry about it. If anything breaks by accident Mr. Makras always tells me "Don't worry Elvia, It can be replaced". Mr. Makras has never shown any type of anger towards me, his kids, or his wife. He always treated everyone around him with respect, gratitude and kindness. Whenever I am working at the house I can always see how much his family loves and adores him. When his wife isn't home he always makes sure that his kids have food to eat on the table and are well taken care of.

When I started working for the Makras family he told me to make myself feel at home. Even when I couldn't work because of Covid, or because i'm sick, or even if  a family issue comes up, Mr. Makras still always paid me and hoped everything was well. Ever since I met Mr. Makras, I've always noticed how hard he worked and how dedicated he was to his company. He would never slack off or lose focus of his work, Mr. Makras would work long days. Mr. Makras is one of the most intelligent and hardworking men I've met. When he comes home from work, he immediately spends time with his kids and wife. Everytime I would be at their house cleaning he was always a loving husband and father to his wife and kids. During his time off from work, Mr. Makras would play games with his kids and always make sure they were doing okay mentally or physically. Although I am not a daily person in Mr. Makras's life I've never had to think twice about his kindness and respect. As long as I have known him he's never gotten angry with me about any small or large reason. Since I have met that family they have always treated me like I was a part of their family as well. A day has never passed where I am anything but grateful to work for this family.

Thank you, Blanca E Cervantes

# EXHIBIT 41

# LAW OFFICES OF THOMAS A. NURIS

295 89TH ST SUITE 200
DALY CITY, CA 94015
(650) 756-0225
Fax: (650) 756-5907

Wednesday, November 9, 2022

Hon. Richard Seeborg
United States District Court for
the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

## RE: <u>VICTOR G. MAKRAS</u>

Dear Judge Seeborg:

I write you at this time to strongly support my friend, Victor Makras and to offer testimony to his lifetime commitment to his family, his community and the values of honesty and integrity that he has always exemplified.

Victor and I grew up as children in Daly City where our families, both of Greek descent, were acquainted. We also were all members of the Annunciation Greek Orthodox Cathedral of San Francisco and participated in all of the programs and activities of the parish during our youth.

I went on to law school attending Hastings and upon graduating and passing the bar in 1978 opened my office as a solo practitioner in Daly City. At around the same time, Victor had launched his fledgling career as a realtor in Daly City and we both worked hard to develop our respective careers. During those years we shared many experiences and encouraged each other.

This relationship has endured for over 40 years with our having referred many clients to each other and by collaborating on numerous other occasions. I can say, without exception, that every person I have ever directed to Victor for assistance with their real estate needs has been extremely satisfied. They have made him "their realtor" and referred their friends and family to him as well.

Victor has become very successful at what he does and has been able to do very well financially for himself and his family. The reason for his success, which I have personally observed over these many decades, is because he works hard and places honesty and integrity as his priority in order to make a good name for himself.

Having a good name is a virtue everyone should strive for, however, if you are in business for yourself you will not survive very long if you have a bad reputation.

Hon. Richard Seeborg
November 9, 2022
Page 2.

I know for a fact that Victor will walk away from potential clients if he feels that there is anything even slightly inappropriate about what they seek. Victor simply will not entertain an opportunity for ill-gotten gain that would risk all that he has worked so hard to achieve.

The second component which I identified, in addition to honesty and integrity, is working hard. I have observed Victor all these years and know of very few people that have his work ethic. He is the type of person that is typically the first in the office and the last to leave. This is not just five days a week, as he is usually there also on Saturday mornings. Putting in long hours and making time for everyone is something that he does and which is greatly appreciated by his many clients.

Regardless of how busy he is, Victor is always there for his family. He and his wife have always been very involved with their children, especially supporting and participating in school events and following their various sports teams. When his sons played on the parish basketball team and he heard that they were in need of new uniforms, Victor generously purchased an entire set of very high end uniforms for the team. They may not have won every game but they looked sharp.

I am sure that his extensive civic involvement over several decades on a myriad of Boards and Commissions in San Francisco has been addressed by many others that have written on Victor's behalf. This public service adds up to thousands of volunteer hours. I can only conclude that his wise and honest counsel is the reason every Mayor of San Francisco, going back to the early 1990's, has asked him to serve.

In addition to practicing law, I have spent 33 years as a Trustee of the Jefferson Union High School District in Northern San Mateo County, followed by five years as Chairman of the Board of Directors of Seton Medical Center and most recently four years as a member of the Board of Trustees of the San Mateo County Community College District. The experience which I have gained over the last 43 years of public service and practicing law has exposed me to a wide variety of people which I believe has sharpened my ability to be a fair judge of character.

Victor is a good honest man, who has contributed - who does contribute - and who will continue to contribute to those things that are good in our community. Please give him every favorable consideration possible.

Very Truly Yours,

Thomas A. Nuris

TAN/s

# EXHIBIT 42

United States District Judge Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

Dear Judge Seeborg:

My name is Sophia Georgiadis. I am writing this letter in support of Victor Makras.

I have known Victor and his family my entire life. We grew up in the same neighborhood and attended the same church.  Victor is an exemplary example of what it is to be a good and faithful Christian. I know this because he volunteered his time and talents to his church and the community. Furthermore, and most importantly, he has shown his children by example to treat others with love, kindness, compassion, empathy, and respect and to be a stand-up citizen in the community the same way his parents taught him. Victor is one of the most kind-hearted and generous people I know that never expects recognition or anything from anyone in return for his acts of kindness... it's simply out of the kindness of his giving heart.

Victor is known for his hard honest work ethics and high moral values. Victor is an unselfish caring and gentle soul. He is a friend with integrity that acts in alignment with his values and commitments. He has strong moral principles and knows the difference between right and wrong. I am honored to call Victor my friend, one who is honest and speaks from the heart with good intentions without being judgmental. I know I can always count on Victor for his support and sound advice.

Lastly, I hold Victor in the highest regard as a trustworthy, dependable and loyal friend. I am truly grateful for his friendship.

Sincerely,

Sophia Georgiadis

# EXHIBIT 43

Thomas Friesch
341 Maple Street
San Francisco, CA 94118

November 1, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

My wife, Jacqueline Keyser, and I, first met Victor Makras and his family in 2004, the year our son Jack entered Kindergarten at Stuart Hall School for Boys. Jack quickly became friends with Victor's son, Tyler, and Jack and Tyler remained close throughout their elementary education. As a result of our sons' friendship, my wife and I became close with Victor and his wife Farah, witnessing first-hand the devotion that Victor and his wife exhibited to their children, their friendships and family, and their community.

Victor is a dedicated parent. My wife and I had the opportunity to experience this on a number of occasions, Despite being extremely busy with his real estate business and his various roles as a public employee, he always made time for his children and their numerous activities. He spent many years travelling to various cities, encouraging his children's participation in sports activities. He and Farah hosted numerous get-togethers and play dates for all of their children's friends and families. I remember an anecdote that perfectly represents Victor's concern for his children; Victor brought Tyler over to our home for a playdate and Tyler accidently locked the car with the keys inside. Victor had to call a service to unlock the car and instead of waiting inside our home, drinking coffee with us, he preferred to stay outside, sitting on our steps, as he did not want to upset and worry his son about the incident and ruin his playdate.

Victor has a generous spirit and is always entertaining friends and family. Over the years, Victor has been a wonderful friend to our family, including us in many special events and some weekend get aways. We celebrated my wife's 50th birthday together in Palm Springs. My wife and a mutual friend spent a weekend with Victor and his family in Yosemite and when the children were young, we got together with them in Lake Tahoe. He has always been a gracious and attentive host and loves to spend time with his friends and family. Recently, he assisted our daughter, Haley, a graduate student, in finding an affordable apartment near her university in San Francisco. Even though our sons have long since graduated from Stuart Hall, Victor and Farah are the kind of people who continue to reach out to us to maintain our friendship.

Most importantly, Victor is a devoted member of the community. He and Farah have always been very involved with their children's schools. They have hosted many parent socials,

provided financial support, and volunteered time to assist in numerous school activities. They even hosted a parent and student social for all the Stuart Hall students when they graduated from their various high schools as a way for all the families to reunite and catch up with one another.

However, Victor's generosity is most evident through his concern for those who are less fortunate. What specifically comes to mind is his involvement in organizing a swift response to meet the needs of those in Haiti who suffered so tragically after the earthquake in 2010. Victor and Farah began a relief effort to collect clothing and necessities to be shipped to Haiti, encouraging all the boys at Stuart Hall to help collect and organize items to be delivered to Haiti. This is an example of just one of the various ways that Victor is involved with helping those in need.

Victor's concern for those in Haiti represents to me the epitome of Victor's character. He has a kind, considerate and generous spirit and is always willing to help others. Most importantly, it's heartfelt.

Sincerely,

Thomas Friesch
(415) 309-0499

# EXHIBIT 44

Eric Stone & Tricia Lahren
1294A Storey Avenue
San Francisco, California 94129
(415) 871 - 6485
erictstone@gmail.com

November 2, 2022

Honorable Richard Seeborg
United States District Court for the Northern
District of California
450 Golden Gate Avenue
San Francisco, California  94120

Dear Judge Seeborg:

Your Honour, with respect, my name is Eric Stone. I was born and raised in Memphis, Tennessee, and have been working as an engineer in San Francisco since 1997. My wife, Tricia Lahren, was born in Clarence, New York. We have one son who is currently a junior in college.

My family and I have known Victor Makras and the Makras family for the past sixteen years. My son, David, and Victor's son Kameron are the same age and attended school together at Stuart Hall for Boys in San Francisco. Through their friendship, I had many opportunities to witness Victor Makras as a family man, school community member, civic leader, and supporter of many charitable causes throughout the city of San Francisco.

I view Victor as one of the most kindhearted and generous people in our school community. I distinctly recall our first meeting at our sons' kindergarten soccer game. We often found ourselves together on the sidelines, gleefully encouraging our sons. We did this together for almost eight years, no matter what activity they shared. He never said no to the father-son camping trip, even tho he truly detested camping. Most years, he slept in his pickup truck but what struck me most was that Victor was willing to sacrifice his comfort and back so that his son Kam had the experience of bonding with his classmates during this treasured annual trip.

Victor's son, Kam, is a reflection of his father. He's polite, gracious, kind, a team player, and always willing to lend a hand. He is an absolute pleasure to have in our home, full of gratitude and genuine affection toward our son and family. His smile lights up each room. Kameron, like his dad, works to build community. He has spent his summers working at the San Francisco Zoo and is currently completing a co-op at a children's preschool in Boston, Massachusets.

I learned more about Victor as our kids grew up. On one occasion, he told me about one of his earliest business ventures. He had started a simple plastic bag business here in San Francisco. The story of the bags was a small window into the kind of man Victor is. He came from humble

beginnings and has worked hard throughout his life. It's a known fact he leaves for the office before most people have had their morning coffee.

Victor has also worked tirelessly for the San Francisco community. Time and time again, he and his wife opened their home to host school functions. I have also attended plenty of events where he and his wife have pressed their friends to raise funds for those in need; a few that come to mind are the Booker T. Washington Community Center, Presidio Dance Theater, and the Haitian Earthquake Relief Fund.

I have always admired Victor's qualities as a family man, his devotion to his wife, and his desire to be a community builder who wishes only the best for others. My wife and I are grateful for our boys' close friendship and for calling Victor and his wife family friends.

Respectfully,

Eric Stone and Tricia Lahren

# EXHIBIT 45

Steven & Mary Tsakoyias
3537 Whitehaven Dr.
Walnut Creek CA, 94598

November 2, 2022

Re: Victor Makras

Dear Judge Seeborg,

We are 82 years old, and have had the privilege of knowing Victor, and his family for 50 years. Throughout our time knowing them, their family has exemplified integrity, hard work, and an impeccable reputation. We have five small tenants, who Victor has been managing for us for many years. He has always shown fairness to us, and our tenants while maintaining his professionalism through the service he provides. Victor on multiple occasions has displayed great integrity and honesty.

Not only does Victor bring in value from the service he provides for his clients and their tenants, but to his many employees working for him. Victor has been providing work for his employees for over 30 years. In addition to his professional endeavors, Victor has selflessly served as San Francisco commissioner in many different capacities, and has worked tirelessly for the benefit of the city. For many years Victor had given his time for the greater good of San Francisco, and for that we know we will always be grateful. We hope that you will consider our experience with Victor as a true representation of his character as we have known him for 50 years. Thank you so much for your time in reading our letter.

Kindly,

Signature: _Steven Tsakoyias_

Signature: _Mary Tsakoyias_

Print: Steven & Mary Tsakoyias

# EXHIBIT 46



Jaime A. Dominguez
Head of School

November 3, 2022

Honorable Judge Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Honorable Judge Seeborg,

It is with a sense of gratitude for the Makras family and the hope that justice will ultimately prevail that I am writing this letter on behalf of Victor Makras. I have known Victor, his wife Farah and their entire family for nearly 20 years. Prior to moving to Los Angeles to lead Oakwood School, I was the Headmaster at Stuart Hall for Boys in San Francisco where I worked for 14 years. Victor and Farah's son Tyler began kindergarten in 2005 and coincidentally, this was also the year that my oldest son, Antonio, began school in the same class. Over the next couple of years we would come to welcome their son Kameron and daughter Lila to Stuart Hall and our sister school, Convent of the Sacred Heart. I mention these details because I have had the honor to get to know Victor very well as he has engaged in the community as a business and civic leader but also as a father, fellow parent and friend.

The quality that immediately comes to mind when I think of Victor is his overwhelming generosity. There is no individual I can think of in my thirty years as an educator who has been more generous with his time, talents and financial resources than Victor Makras. As parents, Victor and Farah got involved in every aspect of the school. They attended the sporting events, plays, recitals, parent socials and volunteered for every committee or gathering the school offered. Victor epitomized what it means to give back to your community. And what was most impressive were the times I recall where Victor would help provide for a child or family without making it known where the support was coming from. He would anonymously provide the financial resources to insure that every child could participate in the various activities at school that went above and beyond what was covered by tuition. I also recall the numerous times that Victor would share with students aspects of what it means to give back to the community through civic engagement calling upon his experiences serving on numerous San Francisco City/County Commissions over the years. There were numerous times throughout my tenure at Stuart Hall that I would call Victor to solicit his guidance and support and he never hesitated to pitch in and help.

Recently I was watching an episode of the television program "What would you do" where ordinary citizens are confronted with dilemmas that they can either step in and get involved with or walk away. I immediately thought of Victor Makras, because of the people that I have come to know throughout my life,



Jaime A. Dominguez
Head of School

he is the one person I can think of that would never hesitate to step in and confront an unjust or unfair situation, regardless of the circumstances. He is a man of honesty and compassion and one who lives a life of integrity. When I think of the people that I would want my own children to emulate, Victor is at the top of the list. Victor and Farah have become personal friends of mine and I hope that his long and extensive track record of service, philanthropy and good deeds will be taken into account when determining the appropriate sentence.

Respectfully,

Jaime A. Dominguez

Elementary Campus  11230 Moorpark Street, North Hollywood, CA 91602-2602  t:818-732-3500 f:818-752-4466
Secondary Campus   11600 Magnolia Blvd., North Hollywood, CA 91601-3015   t:818-732-3000 f:818-752-4408

oakwoodschool.org

# EXHIBIT 47

WILLIE L. BROWN, JR.
ATTORNEY AT LAW
100 THE EMBARCADERO
PENTHOUSE
SAN FRANCISCO, CALIFORNIA 94105-1217

———————

TELEPHONE: (415) 777-0310
FACSIMILE: (415) 777-0360

November 9, 2022

Honorable Richard Seaborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco 94102

Dear Judge Seaborg,

I write this letter about my friend, Victor Makras.  I have known Victor Makras for thirty plus years.  He is a good person.  He has assisted me in my successful quest for public offices.  He helped me to become speaker of the California State Assembly, a position that benefited San Francisco as well as many people in the State of California.  He was one of the key people in my successful bid to become the Mayor of San Francisco.  He served in my administration with honor as a member of the fire commission, the police commission, and the public utility commission.

From a personal standpoint, he invited me to invest with him and several other friends in a real estate transaction which none of us could afford individually.  But with Victor's guidance, experience and demonstrated integrity, in my case, we were successful in getting a place for all the members of my family to reside.

I did call upon Victor on behalf of several clients in their quest to acquire homeownership.  In every case, from finding a parcel to negotiating a purchase price, to acquiring a mortgage, and managing the entire transaction, Victor was a prince.  As a partner of mine, and as a real estate professional for many of my friends, there was no complaint registered against Victor in anyway.

Victor Makras is such a valuable and trusted friend.  He has been selected by me to be the executor named in my will and to serve without the need for any security.  He earned that role in my life by his professional performance on all matters that related to financial security and management thereof for all the members of my family.

I frankly have never met anybody in my 88 years of life and 60 plus years of public political participations as trustworthy as Victor Makras. And I must say Judge, I don't know anybody of all the thousand people that I have interacted with that would have any other opinion about Victor Makras. He is a kind of person that you would want to tell the story for others how he cultivated and executed such a friendship.

I am fortunate to know him. Victor is my friend.

Thank you for allowing me to tell you about my friend Victor.

Sincerely,

Willie L. Brown Jr.

# EXHIBIT 48

November 7, 2022

Honorable Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco 94102

Dear Judge Seeborg,

The reason why I am writing this letter to you is a bit personal. I just want to tell you a little bit about Victor Makras whom I have known for 20 years.

At first, I met his wife Farah, but then, of course, Victor also became my friend, like his wife. We have been through a lot together - twenty years is like a small life - joys, sorrows, losses of loved ones, holidays and many travels together - there were many different situations during which I had a chance to observe Victor.

And based on my many observations I can say one thing for sure: I can never, under any circumstances, accuse Victor of dishonesty, theft, and just any of wrong doings.
Victor is a wonderful husband and a very loving father. He and his wife Farah raised wonderful children, including a girl named Lyla they adopted from Guatemala. When we traveled together, I watched how every morning Victor called each of his children individually and listened to them, gave advice - he is always part of their life's.

I understand that my attitude towards Victor Makras is built on ordinary friendship, but how else can you truly know a person?

Of course, I don't know the laws very well, but I know the people's behaviors well, and I will never believe that Victor is a bad person.

Thank you for a few minutes of your attention.

With best regards,


Sonya Molodetskaya

# EXHIBIT 49

October 27th, 2022

Hon. Richard Seeborg
United States District Court for Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Dear Honorable Seeborg,

My Name is Susan Brown and I know Victor Makaras because he is a very good friend of My
fathers Willie L.Brown Jr.
Victor has been a consistent and supportive friend of my fathers for well over 3 decades .
I was born and raised in San Francisco but I moved to New York in 1978 to attend NYU and I
stayed in the East Coast until 2002. When I returned home I sold my apartment and Victor
helped me look for an apartment that I could buy in San Francisco. He went over what I could
afford and what the benefits would be if I lived in a multi unit building. Victor was not
representing me but he was advising me as my fathers friend.

Over the years Victor and his wife Farrah have attended all of the family celebrations Birthdays,
Funerals, birth announcements, and various events that have Honored my father. Huge losses
like the death of my fathers very best friend on the whole Earth, Wilkes Bashford . Victor did not
leave my fathers side knowing how devastated my father was and not being the type of Man
who shows his emotions Victor knew that by just being by his side would comfort my father at
such a horrible time.

When my father turned 75 he decided that he wanted 75 of his close friends to celebrate his
birthday with him in Paris Victor and Farrah traveled to Paris for my fathers Birthday..

When the Superintendent of Instruction Arlene Akerman decided to name a Middle School after
my father Victor  attend that very important day.

When my Mom turned 80 my Father planned a very elaborate party for her and Victor attend
that .

Since the death of Wilkes Bashford my father now has lunch on Fridays with a close group of
friends Victor is one of those  friends .

Victor is consistently kind, generous and thoughtful.His wife Farrah is on the board of a very
important community center located in the Western Addition . They have raised money for a
number of non- profits that support underserved neighborhoods in San Francisco.

When my aunt passed away 3 years ago Victor flew to Dallas for her service .

He was one of the two friends that were there to support my father during such a terrible loss .

When 2020 arrived and the Pandemic was in its full rage My father was told not to leave the hose due to his age. Well for my father being trapped in his house was nothing less then toucher . Victor was one of the people who came by with food for my father.

When is was ok again to go out knowing that my father hates to be alone Victor helped plan a birthday party for my Father where a movie theater was rented and each "pod" sat with each other and we had a outdoor/ indoor dinner which was a very big deal because we were still in the middle of the Pandemic but a few of my fathers friends know how important it is that my father remain busy and social and how he needs to keep walking and moving , pandemic or not So its often Victor who calls him, checks in on him and makes sure that he is busy doing something . My father is fiercely independent and insanely smart however it take a very special person to keep his eyes open and his ears to the ground to know when my father needs a little extra attention . Particularly during really tough or emotional times and Victor is one of the people outside of our family who has consistently for decades knows when my father needs some extra support my father will never ever ask , but Victor is one of the people who always knows and therefore is always there for my father.

My father is my hero and as his daughter I can not be his support in the same way that his friends can be his support because I am still very much my father's daughter ….

I am very happy that my father has someone like Victor Makrus as his friend.

Thank you,

Susan

Susan E. Brown
Producer / Co _ Host
Beyond The Fog Radio
www.beyondthefogradio.com
415-624-4317

# EXHIBIT 50

**Michael J. Meniktas**
**850 Powell Street No. 200**
**San Francisco, CA 94108**

October 29, 2022

Honorable Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

Thank you for reading my letter regarding my good friend Victor Makras.

At age 65, I can say that I have never written anything close to this type of letter before, however, I welcome the opportunity to always express truth to anyone from my heart about Victor.

To begin with, I would first like to describe Victor in a few individual words;

Humble
Caring
Generous
Earnest
Unselfish
Positive
Helpful
Truthful
Civil

I was born and raised in the East Bay, and reside with my family in San Francisco for the last 25 years. I have known Victor for over 38 years and our extended families have spanned almost three generations and we have been very active participants in the Greek Community of San Francisco. We have continued to share a very close friendship throughout all these years. If there is someone in my life I could say he is like another brother to me, it would be Victor.

I realize being respectful of the allotted space that is limited on these pages of this letter and that your time is very valuable, therefore I would like to share just one, very detailed story of many that are worthy about Victor.

I recall some 28 years ago we were both young members of a private business organization wherein Victor was the President. I remember very vividly, during a particular general membership meeting, there were acrimonious discussions that lead to a tense debate particularly involving some of its most prominent members, including the Honorable California State Senator Nicholas C. Petris, and billionaires George Marcus and Angelo Tsakopoulos weighing heavily in the discussion.

In real time during the meeting, Victor held the deciding vote and was under immense pressure to potentially acquiesce to the wishes of George Marcus related to his proposal which would have required to side - step, in essence "look the other way" regarding the organization's official bylaws.  Victor, regardless of the prominence and power in the room did the right thing and voted to uphold the bylaws, regardless of the fallout that may have occurred resulting in personal and professional consequences for him.

I have known Victor to always rise to do the right thing, by making sound judgement leaning on his personal family values based upon equity, fair dealing, objectivity and compassion not only during intense situations but in all of his everyday activities of living and relating to all people regardless of their social /economic status or power.

You see Victor, never forgot where he came from. Born from first generation Greek parents with loving siblings which made up a modest, hardworking and cohesive family residing in Daly City.

Clearly, by anyone's high standards, Victor is an example, of the true quintessential American success life story.

I hope that I was able to express to you my sincere and honest testament of my good friend Victor.

Your Honor, thank you for your time and consideration in reading my letter.

Sincerely,

Michael J. Meniktas

# EXHIBIT 51

Drew Altizer
1949 Green Street
San Francisco, CA 94123

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

I am writing to you on behalf of Victor Makras in the hope that you may consider leniency in his sentencing as you weigh his significant contributions to those around him both near and far.

I have known Victor for some 15 or more years, primarily in a professional but also social context. As the main photographer of large or prominent philanthropic events in San Francisco I have enjoyed interacting with Victor dozens and perhaps hundreds of times. I consider him and his family to be friends. Further, they are prominent and important donors to a spectrum of causes.

As you likely already know, Victor has been a successful businessman in San Francisco for many, many years. He also has a loving family, and by all accounts is both a fine husband and parent. I know many of his friends as well and have never met anyone who has had a negative word to say about him. More important is his commitment to his community of San Francisco. To that end, he has served our government when asked, encouraged others to do the same and, contributed to innumerable charitable organizations. The ones that spring immediately to mind are the Booker T Washington Community Service Center, our major museums and performing arts institutions, hospitals, San Francisco parks and the Zoo, though there are many more.

In summary, he has always treated me and everyone with whom I have seen him with kindness, respect and generosity. I know him to be a man who is motivated by service to others and whose absence would be felt deeply by the otherwise underserved and our community at large. Thank you in advance for your consideration of my experience of Victor as well as his myriad contributions to our City.

Sincerely,
Drew Altizer

# EXHIBIT 52

Hon. Richard Seeborg
United States District Court for the Northern California District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

We appreciate this opportunity to express our esteem for Victor Makras.

We first met Victor on the eve of our children's first day of pre-school 20 years ago. Our "village" of parents began to take shape that very night during a brief adult orientation session in the Little Gators classroom followed by, at Victor's suggestion, a very amiable meet-and-greet at a nearby restaurant.

When the wait person presented our group with the check, Victor insisted that because the get together was at his suggestion, he would take care of the bill. We parents couldn't have known at the time that Victor's largesse was the first of many, many acts of extraordinary generosity he has offered during the years since.

We could hardly begin to list the many social occasions to which we were invited by Victor and his wife Farah. On more than one occasion, they even handed my family the keys to their lovely Tahoe retreat.

More importantly perhaps, we would like to speak to Victor's character and his devotion to his many civic undertakings.

There was an occasion during which our children were enjoying themselves in a public swimming pool. Suddenly, Victor jumped into the pool and moved quickly toward a young man who was holding another boy's head under the water despite the boy's near-desperate attempts to come up for air. Victor escorted the offender to the side of the pool even though Victor knew neither of the boys involved in the incident. It did not occur to the offender's father, who practically threatened Victor over the incident, that had it been his son's head being submerged, he might have seen Victor in a far different light – as I did. Victor did not have time to identify the boy's caregiver. He simply considered it his responsibility to intervene in a situation that was an immediate threat to the safety of a child.

I can also speak to the immense pride Victor took in his roles on various San Francisco commissions. When we had occasion to discuss topics that were before these panels, Victor had a thorough understanding of the issues involved and was happy to educate his friends. It was his trademark. In fact, when Victor moved on from the city's Fire Commission, I was invited to a small gathering to celebrate. People stood to provide spontaneous testimonies. I decided that when my turn came, I would make the point that Victor was never content to merely be on a Commission. He always recognized that the panels upon which he served had

oversight roles that were often critical to the San Francisco community. He was clearly not going to be unprepared. He felt a duty to make an informed contribution.

As it turned out, I didn't get to make that point. Fire Chief Joanne Hayes White stood to extol those very virtues, only from the perspective of a professional who knew a great deal more about the work of the Fire Commission than I did.

So I stood simply to offer my heartfelt congratulations to Victor for a job well done, and to express my good fortune to have shared so many years of friendship with a true man of San Francisco.

Respectfully submitted,

Tom (and Paula) Sinkovitz
San Francisco

# EXHIBIT 53

# TASO ZOGRAFOS

November 2, 2022

TO:    Honorable Judge Richard Seeborg
       United States District Court for the Northern District of California
       450 Golden Gate Avenue, San Francisco, CA 94102

FROM:  Taso Zografos; 55 West Santa Inez Ave, San Mateo, CA 94402
       Email: tasozografos@gmail.com;  Direct Mobile: (415) 215-6113

RE:    **Victor Makras:  Character Letter and Request for Leniency**

Dear Honorable Judge Seeborg:

Honesty, integrity, kindness, selflessness. These descriptors reflect my first encounter with Victor Makras and his family 55-years ago and they have reigned true ever since. And these descriptors form the basis of the following character reference and request for leniency as Your Honor considers Mr. Makras' sentence.

A person is shaped by family roots and experiences. Like many, my parents immigrated to the U.S in the late 1950's seeking a better life. They arrived in San Francisco with no money, no family, and no friends. My father found work as a janitor and my mother cleaned homes. They raised four children and as the oldest, I was expected to help, and I did. I recall on Sundays riding the bus to attend Greek Orthodox church to pray with other families. It is at church where we met Victor and his family and others of the Greek community.

I was about eight years old when our kitchen stove had stopped working. Word had gone out through our church community about a family in need. Victor's family, of simple means themselves, were quick to respond. While their stove was working perfectly fine, Victor's parents decided to buy a new stove and donate their stove to resolve our family's need. This is how I met Victor Makras and his family. I will never forget their kindness. And since that time, Victor has always shown me what his family exemplified that day - selflessness.

Victor and I did not live close to each other. Our relationship evolved around our activities in the Greek Orthodox faith and community. Victor was older and had friends of his own age group. I recall trying to fit in and experiencing the ridicule and poking taunts by several of the older boys. It was Victor who stepped in to defend me against bullies and turned the tide into acceptance. I was never picked on again thanks to Victor.

During my early formative years, Victor would take the time to offer good, wholesome guidance and advice as we attended Sunday school and Greek school, served as altar boys, played church basketball, and volunteered at church festivals and other philanthropic events. Victor led by example and taught me the value of honesty and integrity, to do the honorable thing even if difficult, and to always do right by others in need without fanfare.

Victor kept me from dropping out of school several times. The first was while attending Balboa high school in San Francisco, where the environment was a bit dangerous in the early 1970's. The second time was when I attended City College in S.F. and was struggling with classwork. The third time was when I was at San Jose State and wanted to quit and simply resort to being an auto mechanic, which I was already doing to pay for my own schooling. In each instance, Victor took the time to mentor me and gave me the confidence I needed to continue on. Because of Victor, I finished, and obtained my college degree as the first in my family lineage to do so. I then went on to work at several Fortune 500 companies such as Lockheed Martin, Boos Allen, SAIC, and Leidos. Over a 35-plus year career, I managed the deployment of electronic tolling systems nationwide such as EZPass, SunPass, and FasTrak in California, had the privilege of working for the U.S. Department of Transportation Secretary, the late Norman Mineta, and led the deployment of the nation's autonomous vehicle national test bed that fostered new innovations in transportation. Today, I proudly serve as CEO of a company called Streetline that delivers innovation in transportation supporting customers like Apple, Facebook, LinkedIn,

and the cities of Los Angeles, Dallas, Oakland, and others. None of this would have happened had it not been for Victor's efforts to keep me in school.

Victor Makras is the reason I have a home to raise my family. In 1982, I started thinking about buying my first home and I went to Victor for advice. He spent countless hours teaching me the principles of real estate and encouraging me to save money for a down payment. In 1984, I found a starter home that needed a little work. Although I had been working two jobs and diligently saving my money, I was still $15,000 short for the down payment. Victor personally loaned me the money and the house was mine. After the purchase, Victor came through for me again with an additional loan for unexpected repairs. During the three years it took me to repay Victor, he never pressured me and never charged me interest on the loan. I still own this home and am currently fixing it up so that my 32-year-old son, a San Francisco police officer, and his wife can have a place of their own. For over 40 years, Victor has diligently handled my real estate needs with professionalism, honesty, integrity, and selflessness. I am very grateful to him for the comforts of home my family enjoys each day.

Victor taught me the value of integrity and honesty. When Victor decided to run for the BART Board, I offered to help in the distribution and management of his campaign signs. One day I had reported seeing the opponent's campaign staff stealing Victor's signs and suggested we reciprocate doing the same. I still recall Victor's harsh scold demanding I do nothing of the sorts. He looked me in the eyes and said to never act in an unethical and unlawful manner so as to risk dishonoring your good name. I was a bit taken aback, embarrassed, and felt a tad scorned for a short time. But in time, I came to realize the valuable life lesson he gave me that I adhere to today.

Victor helped me grow into a more involved community service volunteer. In my early professional career, and at a time when I was starting my own family, I was not at all civically involved nor volunteered in community services. But Victor would always reach out to me to invite me to civic functions as his guest and also sponsored me to join several philanthropic, cultural, and community service organizations. Victor's mentorship has enabled me to grow into someone who puts time and energy into giving back to others. An example is my current service as the President of the Greek-American community in California. I owe this honor to Victor.

Victor helped me become a foster and adoptive parent. My wife Judi and I have a son of our own who is now 32-years old and a San Francisco Police Officer. When our son was around ten years old, Judi and I learned we could no longer conceive, and we started working with Catholic Charities to become foster-adoptive parents. Victor helped me with my fears and concerns and gave me the confidence I needed to move forward. In 2002, we adopted an infant boy who was abandoned at birth in San Jose, and two years later we adopted an infant girl also abandoned at birth in Sacramento. Our children continue to grow and thrive, and I am grateful to Victor for all his kind and selfless advice, guidance, and support during a time of contemplating uncharted waters.

Victor is an honest man with tremendous integrity, who has time and time again shown tremendous kindness to many like myself in times of need. He is selfless and I am deeply grateful to him for all that he has done for me and my family. While I am the oldest in my own family, Victor is my older mentor brother who adopted me as his own and has taken great care of me personally and spiritually. I hold Victor in the highest regard, and I include him in my prayers that God keep him and his family safe and well always. I am indebted to Victor Makras. I love him with all my heart. If I could, I would willingly offer to satisfy whatever sentence is assigned to him. However, I sincerely hope that Your Honor will find Mr. Makras' lifelong display of upstanding character as compelling evidence supporting the lightest sentence possible.

I humbly ask Your Honor for mercy in your decision.

Respectfully,

Taso Zografos

# EXHIBIT 54

**Jim Gonzalez**
1830 N Street
Sacramento, CA  95811
jim@jimgonzalez.com

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**RE: Letter of Support for Victor G. Makras**

Dear Judge Seeborg:

Thank you for your kind review and consideration of this letter.

I have had the special honor and privilege of being friends with Mr. Victor Makras for over 40 years. Throughout that entire time, I have witnessed first-hand, Victor's dedication to the highest standards of kindness, generosity, and integrity, in every aspect of his business career; and in his remarkable record as an appointed San Francisco public official.

I first met Victor when distinguished members of the Greek American community recommended him for an appointment to become a SF Board of Permit Appeals Commissioner. I was a Special Assistant to the Mayor reviewing City commissioner appointments at the time.

For his young age, Victor was extremely well versed in property issues, exhibited unique talent, impressive wisdom, and impeccable character; as well as, the utmost sense of honesty and respect for the law. Qualities, I can attest, that he has always exhibited and adhered to - to this very day.

Later, during my time as a citywide elected San Francisco Supervisor, and then as a legislative advocate interacting with various Mayoral Administrations, I kept up with Victor's service on various City Commissions, like Police, Retirement System, Port, among others.

I saw Victor spend thousands of hours, as a volunteer, over the decades, adjudicating disciplinary cases and public contracts solely in the City's public interest. Although these lengthy City Hall hearings took him away from his family

Hon. Richard Seeborg
United States District Court for the Northern District of California
Page 2

and business – he never neglected either.  He is justifiably admired widely in the community as an outstanding brother, husband, father, loyal colleague, and friend.

Victor, with insightful questions and comments, would always respectfully consider testimony and evidence, and then vote for a decision that complied with City law, and was fair to all the parties involved. Victor has always held sacred, and has never compromised, his sworn oath.

I was often impressed how Victor had no problem being criticized by his fellow commissioners for being steadfast in seeking an honest decision- regardless whether it caused inconvenient delays or offended the powerful.

Victor always insisted, whether he was involved in a disciplinary case of a police officer, or recommending a contract for city certification -that the interests of the public came first, over any special interest.

In closing, Victor is among the most kind, honest, intelligent persons, that I have ever met. I've never seen him act disrespectfully towards anyone. I trust him without any reservation on any financial or public policy matter. My family will always be grateful for the many times Victor unselfishly counseled us on financial matters, mentored our daughter in attaining a broker's license, and innumerable other acts of friendship and kindness.

I respectfully thank the Court for the opportunity to provide this letter of support regarding the outstanding character, integrity, and public service of Mr. Victor Makras.

I pray it is helpful in your upcoming decision regarding his case.

Sincerely,

Jim Gonzalez

# EXHIBIT 55

John A. Thiella
314 Washington Avenue
Richmond, CA  94801
john.thiella@gmail.com

November 1, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**RE: Letter in Support for Victor G. Makras**

Dear Judge Seeborg:

I am writing to offer my strongest support for my friend, Victor G. Makras.

I have known Victor for almost 40 years, and count him as one of my dearest and most trusted friends.

I am an attorney, currently working a Legal Counsel for a Constitutional Officer. Since 1975, it has been my privilege to work in politics and governmental service. I have held positions in offices of elected officials in state and local offices, have participated in and run campaigns for elected officials and ballot issues, and served as a consultant on public policy issues impacting national, state, and local governments.

On innumerable occasions throughout these past decades, I have spent time with Victor in casual and non-formal settings.  In all of these meetings, Victor has always expressed a positive attitude and friendly demeanor.  There has never been a time when Victor expressed any negativity or vitriol towards any person. Unlike so many I have encountered in my life, Victor possesses the unique quality of an open and helpful friend who will go out of his way to offer his generosity and support.

Hon. Richard Seeborg
United States District Court for the Northern District of California
Letter in Support for Victor G. Makras
Page 2

In the late 1980's, Victor served as my real estate broker in the sale of my deceased uncle's home in Santa Clara.  I was very impressed with the care and attention he devoted during every step in this transaction.   A few years earlier, Victor located a home in San Francisco for my wife and I to rent.  Even though this could be considered a minor transaction, Victor demonstrated the same care and attention that has characterized all of my pleasant interactions throughout the years.

During the ensuing decades, I have sought Victor's counsel on many professional decisions.   Victor always demonstrated deep concern for me and offered exceptionally sage and helpful guidance.

Throughout my professional career, I have known and encountered scores, and likely hundreds, of persons who would be considered influential and powerful by any measure.

**I know none of these persons who have the combination of kindness, generosity, and integrity that Victor Makras naturally possesses.**

**In short, I absolutely trust Victor; and, would gladly and willingly entrust any of my financial affairs to him without reservation.**

In closing, I hope that this letter sheds some light on the character, integrity, and personal decency of Victor Makras and will assist you in your upcoming decision regarding his case.

Sincerely,

John A. Thiella

# EXHIBIT 56

November 3, 2022

Dean Rally
700 Bromfield Rd.
Hillsborough, CA 94010
Email: rally@icloud.com


Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Victor Makras


Dear Judge Seeborg:

My name is Dean Rally, and I live in Hillsborough, CA. I have known Victor Makras
since we were both very young children. Victor's parents and my parents were close
friends from before the time I was born, so I have known him and his family basically my
entire life.  Victor was also my brother's best man in his wedding, and he baptized my
brother's only son. One of my earliest memories of Victor was from our church festivals,
where he would walk around wearing a poster board filled with dangling earrings that he
would sell to the women at the festival. He was a successful, hard working entrepreneur
from an early age, so it came as no surprise when Victor embarked on a successful real
estate career from the age of 18 years old.

While I have been fortunate to know Victor on a personal level, I also know him on a
professional level. My background is in high tech, and I wanted to begin investing in real
estate, which I didn't know much about. I know several successful realtors, but I chose
Victor to represent me and to manage my properties, not just for his professional
expertise, but because of the quality of his character. Throughout all of my personal and
professional dealings with Victor, I have found him to be a man of high integrity, full of
kindness, empathy, compassion for others, and a sense of fairness. He has always
provided sound guidance, and I trust him unequivocally. Victor is also someone that I
confide in and seek out for advice, on both personal and professional matters.

In addition to being a successful realtor, Victor is a devoted husband, father, brother and
friend. He has been active in the community, with years of service to the city of San
Francisco. He is also generous with his time and money and involved in many
philanthropic endeavors together with his wife. He has also been a tremendous help to
people in and out of the Greek community. In addition to providing care and assistance
for his mother, Victor has helped my parents and my godmother, along with countless
other elderly people. I don't know anyone as busy as Victor that would take time out of
their day to go and visit someone elderly that isn't even a relative, just to see how they

were doing and cheer them up. I saw this firsthand when my father became ill later in his life. Victor would stop by to visit with him and my mother, and when my father passed away, Victor was there to help my mother and my family get through that very difficult time. After my father's passing, my mother's health took a turn for the worse. Victor took the initiative to research doctors and put me in contact with a doctor that helped my mother manage her condition and helped her get through the grieving process. We were all touched by his kindness and compassion.

I hope that this letter helps illustrate the quality of character that Victor possesses, and the contributions to the community that he makes beyond the real estate business. Victor is a gem of a person, and I'm proud and honored to be his friend and business associate. Thank you for giving me the opportunity to share my knowledge of Victor on both a personal and professional level.

Respectfully,

Dean Rally

# EXHIBIT 57

# JASON MCDONELL

2298 PACIFIC AVENUE • SAN FRANCISCO, CALIFORNIA

November 7, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    Victor Makras, Case No. 3:21-cr-00402 RS – December 20, 2022 Sentencing

Dear Judge Seeborg:

I am writing in connection with the above-referenced sentencing of my dear friend Victor Makras to let you know that I have the highest regard for Victor as a devoted family man, a dedicated servant of San Francisco City government, a loyal friend, and a hard-working, honest and ethical local businessman.

I have lived and practiced law in San Francisco for 38 years, including 20 years with the firm formerly known as Pillsbury, Madison & Sutro and currently with Jones Day.[1]

My family and I met Victor, his wife Farah, and their children approximately fifteen years ago, when our sons were grammar school classmates at Stuart Hall School for Boys in San Francisco. We learned early on that Victor and Farah are great community builders, as they generously hosted a gathering of all of the kindergarten families. They extended a warm welcome to all and, by their example, encouraged us all to begin developing friendships. As it turned out, many of those in attendance have stayed in close contact and are surely friends for life.

Since then, our families have developed a great friendship. We have been guests in the Makras' home and they in ours, and we have socialized together on a regular basis, including dinners, Super Bowl parties, hikes through the Presidio and so on.

I could go on indefinitely about Victor's good character, but please consider the following examples to be representative.

One of my first memorable discussions with Victor occurred at a gathering of a few families at Lake Tahoe at a time when we all were still getting to know each other. Victor

---

[1] I write in my personal capacity only, and not on behalf of Jones Day and not as counsel to Mr. Makras.

Hon. Richard Seeborg
November 7, 2022
Page 2

thoughtfully took the lead in generating conversation by talking about his service on the San Francisco Police Commission. While he did not discuss the details of any matters, it was clear that he approached the work thoughtfully, without bias, and with a strong commitment to reaching fair and equitable resolutions that were most likely to satisfy all sides and achieve the greatest public good. I was impressed that it was so important to him that things be done fairly and properly.

Over time, I came to realize that his work on the Police Commission was not an isolated event and that Victor has a passion for serving the City of San Francisco. As the Court may know, Victor has devoted countless hours of service to the City, including turns on the Fire Commission, the Port Commission, the Public Utilities Commission, and the Employees' Retirement System Board.

Victor is also a great proponent of diversity and inclusiveness. When one attends an event at the Makras' home, the guests are widely diverse, representing a cross-section of San Francisco, including a terrific mix of races, gender identities and cultural backgrounds. Victor's guests are diverse, not because he is trying to make a point about the benefits of diversity, but because he knows these people, he realizes that they are wonderful, each in their own way, and they are his friends. The world would be a better place if there were more people like Victor Makras.

Lastly, I have seen time and again that Victor prioritizes the interests of his family, friends and community, over his own comfort. For example, while Victor and Farah were out of town on a short holiday, one of their kids back in the City got into a fender bender and called Victor with the news. It was late in the evening, and Farah was already sound asleep. Rather than awaken her and (quite likely) upset her with news, Victor hopped in his car and made the several hour round trip to San Francisco and back, making sure that all was handled properly with what turned out to be a minor incident. Farah learned about it the next morning.

Some years ago, long before the events of this case, I had occasion to describe Victor and Farah to a friend of mine who was not acquainted with them. My exact words were: "they are a San Francisco treasure." I believed that then and I believe it now.

Your Honor, my sincere thanks for your consideration of my input.

Very truly yours,

Jason McDonell

# EXHIBIT 58

# SHELLEY BRADFORD BELL

775 Post Street #109, San Francisco, CA 94109

(415)749-1083 phone. email: shelley@shelleybradfordbell.com

November 3, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

I am writing to you to share my decades of friendship with Victor Makras. I cannot remember when and where I met Victor. It was one of those connections where in becoming friends it felt as if we'd been friends forever.

My late mother taught me that we serve God by serving others, and it was in the process of service that I met Victor and his wife. Over the past 30 years I have served on the board of many organizations such Florence Crittenton Services, Booker T. Washington Community Center, and The Bayview Opera House, where I later spent 10 years as the director. Somewhere in service I met Victor. He supported organizations with a mission to improve the lives of children and families. He donated his time and his money with enthusiasm and without hesitation.

During my time on the Board of Booker T. Washington Community Center Victor helped raise part of the $34 Million we needed to build the state-of-the-art facility that stands today at 800 Presidio Ave in San Francisco. He opened his heart and his home to us throwing events with his friends who contributed because they too believed in our vision.

As the Executive Director of the Bayview Opera House it was my dream to take youth ages 9-11 to Senegal and Paris. The youth were improvised and from the Bayview Hunters Point Community. None had ever been on an airplane. Only one had been outside of California. We took teachers from their schools as chaperones and we raised 100% of the cost from kind and generous donors. Victor was one of our first. Because of his generosity and help with fundraising events, we were able to raise the funds to pay for airfare, passports, shots, meals, hotel and more. Most of the families of our youth could not afford the cost of a passport, much less any thing else. But Victor was among a group of angels – donors – who understood that seeing the world was a catalyst to success. He and others understood that experiencing life beyond the borders of their zip code would change their lives. We did the trip in 2004 and 2007 and each time Victor was there for the kids. One girl, Sierra, emailed me years later when she was attending Hayward State. She said her teacher had them writing an essay on the subject: "Should schools teach culture in the classroom?" Our trip was entitled Dialogues in Culture and she wrote to tell me the essay made her think of the trips and all I gave her. She just wanted to tell me – she said – that she was thinking of me and wanted to let me know she loved me. Without the help of Victor and others I would never have received such a beautiful gift. Her life was transformed by the experience. Victor helped make a difference in the lives of the kids we took on the journey.

Hon. Richard Seeborg                                                        Re:  Victor Makras
November 3, 2022                                                            Page **2** of 2

I did a fundraiser for the Alliance Francaise of San Francisco.  They had provided free French lessons to our students and teachers before our trips to Senegal and France.  I wanted to give back and without hesitation Victor and Farah organized a dinner to raise money for the School.  They also supported the Alliance by becoming members.  And as always it was done with joy, done with love, and done with enthusiasm.

Victor is a dedicated father.  I have seen him cancel meetings, and build his schedule around his daughter and sons.  His family is his priority.  Once, my sister and I went to lunch at a restaurant on Union Street.  The door opens and in walks a large group of happy laughing girls, one wearing a birthday hat.  Then behind them Victor enters with a large bouquet of balloons.  It was his daughter's birthday.  He situated them all and when they nearly finished their meal, Victor disappeared next door to the ice shop and returned with cake and ice cream for the girls.  When you looked at Victor you could tell he got more joy from the moment than all the girls.  His love for his children transcends everything.

I sat on the San Francisco Planning Commission from 2002-2006, prior to that I sat on the Environmental Commission.  Since leaving public service in 2006, I never lost my friendship with Victor and his wife.  In fact, it has only grown deeper over the last 18 years.

Victor lives for his family, his friends, and his community.  His kindness and generosity to others through the organizations he supports rest in his belief that service to others is a major part of our life purpose.

Sincerely,

Shelley Bradford Bell

# EXHIBIT 59

November 7, 2022

Mr. David J. Shimmon
1742 Jones Street
San Francisco, California 94109

Honorable Richard Seeborg
United States District Court for the Northern District of
California 450 Golden Gate Avenue
San Francisco, California 94102

Re: Victor G. Makras

Dear Judge Seeborg:

It is with great interest and support that I am writing this letter on behalf of my good friend Victor
Makras. I have known Victor for over 15 years. We met through our children who are the same age and
who joined the same group activities when they were young and attending the same or neighboring
schools, and we became close friends. Over the years, our families have grown close.

There is an abundance of words I could use to describe my feelings about Victor and his strong
character: kind, friendly, empathetic, upbeat, generous, unselfish, and reliable. Moreover, extremely
important words are that in any circumstance, Victor is without exception respectful, honest and
trustworthy. Always taking the time to be generous and to help others, Victor is actively involved in the
community, volunteering his time to countless non-profit organizations throughout San Francisco.

Victor is the person who is there for others. When my mother passed away, Victor was the first to call,
provide friendship, and to be there when I needed him. Then 24 months later when my father passed
away, he was once again right there for me. Both times he was sensitive, aware of my feelings, and
provided genuine support.

Perhaps one of the best ways to understand Victor is to see him through the eyes of my children. My
oldest daughter and his oldest son are the same age and are close friends. When Allie would see Victor,
she would tell me how nicely and respectfully Victor had treated her, and how he would always ask how
she was doing and what was new in her life. Victor is a truly wonderful father and an outstanding role
model to his children as well as to their friends.

My experience over many years is that Victor will stand up for others and do the right thing. Victor is a
person who means what he says and sticks to it. You can trust him and rely upon him. To emphasize the
point, I would trust Victor above all others to step in and look after the personal and financial affairs of
my family if something were to happen to me. I trust his judgment, I trust his honesty, I trust him to be
compassionate, and I trust him to spend the time to do whatever is needed for the best interest of my
family. Victor is that person.

Your honor, thank you for your time. I would be pleased to provide any further information.

Sincerely,

David J. Shimmon

# EXHIBIT 60

Ed Harrington
4075 19th Street
San Francisco, CA  94114

November 7, 2022

Honorable Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco 94102

Dear Judge Seeborg,,

I write today regarding Victor Makras.

I have known Victor for over 25 years.  During that time I have seen Victor go out of his way to be of assistance to his friends and the City with no expectation of any personal benefit.  I was the Controller for San Francisco and the General Manager of the Public Utilities Commission during most of that time.

Victor and I served together on the Asian Neighborhood Affordable Housing Board.  We both agreed to be on the Board to help a mutual friend.  Victor's real estate and property management experience insured that we kept 80 units of affordable housing available in the City as we provided oversight to the non-profit managers of AND Housing.

I also had various dealings with Victor when he was on several City Commissions.  When Victor was on the City's Fire Commission the City decided to move the Fire Department's Auxiliary Water Supply System from the Fire Department to the Water Department.  Most Commissioners would just let something like that happen without their involvement.  But since Victor had also been on the Public Utilities Commission he knew both sides of the transaction and fought hard to make sure the Fire Department interests were met in the transfer.

As the Controller I was often involved in hiring City department heads who were from out of town and had no idea where to live. On a number of occasions Victor agreed to show potential leaders the City and explain the City's neighborhoods to them.  You might say he was a real estate agent so it was all part of the bargain. But he was often showing them apartments where he had no financial interest and could not benefit.  He was just trying to show them that it was possible to afford to take a City job and live in the City because he was interested in making sure the City was well managed.

I hope this information is helpful to you,

Sincerely,

Ed Harrington

# EXHIBIT 61

November 6, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

RE: Support Letter for Victor Makras

My name is Ryan Brooks and I have had the honor of being family friends with the Makras family and the Godparent to their daughter Lyla Makras. I have had the pleasure of knowing Victor Makras since 1996. I am humbled to have this opportunity to write a character reference letter in support of an appropriate sentence for Victor. I grew-up in Southern California, graduated from San Diego State University and got my first job in San Francisco in 1992 working at an environmental engineering company and met Victor shortly thereafter.

When I met Victor, I couldn't imagine the positive impact that he would have on my life and on the lives of many others. Being new to San Francisco, I was seeking professional advice on how to navigate this city of 800,000 people, the concrete jungle of the financial district, and the hysteria of the dot-com phase. As a lost and freshly graduated college student, I wasn't sure what the future would have to hold for me. The moment that changed my life was when a mutual friend said, "you need to meet Victor Makras." I had heard of Victor because of his larger than life reputation of public service, "Planning Commission, San Francisco Public Utilities Commission, Board of Permit Appeals, Port of San Francisco, Police Commission and the Retirement Board" to name a few. Nervous and excited at the same time, Victor quickly made me feel at ease. I will never forget the advice and words of comfort at that first meeting. He said, "Brooks, this city is a great city filled with hope and opportunity, but it also can spit you out, especially as a person of color. You will have to work 10-times harder than the next person." He told me I could take one of two paths, the victim or the determined path. As a Greek immigrant in a city that spits you out as quickly as it would embrace you, I looked to Victor's success in life and took his advice. As our friendship grew, I learned more about his background, his family and his moral, thoughtful, giving and caring personality.

Victor is armed with only a high school education and heart that is too big for his body but he truly is the American dream. I don't want to focus my time on his professional career but on who he is to his family, to his friends, and to the community around him.

Victor has been a friend without conditions to many. My son Riley was hospitalized due to mental health reasons, and I felt that my world was crashing down on me and my family. Confused, crying constantly, and lost in a healthcare system that I could not understand. Victor was the first person there for me and my wife. I cannot begin to describe how difficult it is to go through a mental health crisis with one of your young children. I was out of my depth, terrified around the clock and at a complete loss for how to navigate the boondoggle that is youth health crisis system in San Francisco. Victor was there, a level head when I couldn't have one, he spoke with insurance companies, called everyone he knew to find doctors and sat with us side by side

through the entire ordeal. Thankfully, my son was given the help that he needed and I accredited a large part of that to Victor's calm intervention.

This is not unique to my friendship with Victor. Paying all the legal fees for his coworker's husband's immigration case, finding affordable housing for people in his community in need, and providing internships to at-risk youth are just a small sample of what he does daily.

I have had the honor of watching Victor meet and fall in love with Farah. He is a loving and caring husband absolutely devoted to his wife and his marriage. Children learn by example and we become our parents, because of the love that Victor has shown for Farrah, Tyler, Shon, Kameron and Lyla will have a greater opportunity for success because the role models of their parents have demonstrated unconditional love for one another. After having two of their own biological children, Victor had always said to me that expanding his family didn't always mean in the traditional sense. He felt he was in a position to make an impact and identified a country with low adoption rates and a high need for international adopters. He always says that bringing Lyla into their lives completed the perfect family. Being in her senior year of high school, the loving support of her father could not be more critical at this time in a child's maturity and development.

Because of the example of hard work and determination, Victor's sons have been able to navigate young adulthood with a strong moral compass. Tyler just graduated from USC and Kameron is in the midst of his second year at Boston College and Shon has followed in his Dad's footsteps and is thriving in the Real Estate business.

Victor has taught me lessons that I don't think I could've understood or imagined without his guidance and actions. Those lessons include, giving back to your community, your word is your bond, and through love, respect and honesty, your family will thrive. I've seen Victor work as a successful realtor all these years, but nothing has made more of an impression on me more than watching Victor as a philanthropist. He is a devout member of the Greek Orthodox Church and believes truly in his heart that it is better to give than to receive. Every non-profit he has gotten involved with gets his full love and attention, with countless lives, ministries, food banks, art programs, and youth programs the better for it. His mission in this life is to leave the world better than when he arrived here, and in the love for his wife, children, friends and community, he has already succeeded in my eyes.

Sincerely,

Ryan Brooks

# EXHIBIT 62

November 7, 2022

Hon. Richard Seeborg
United States District Court for the Northern
District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     Victor Makras

Dear Judge Seeborg:

My name is Daniel Laguardia, I am a litigation partner and leader at a large international law firm, and I write on behalf of myself and my wife, Maria, to attest to our experience of Victor Makras and his care of, and generosity to, his family, friends and community.

Maria and I, and our children, moved to San Francisco from New York more than six years ago. Victor and his wife Farrah were two of the first friends we made.  Victor is exceedingly generous with his time and expertise.  Victor's leadership in the city and his community is well known.  He has served on numerous city and county commissions, and he and Farrah donate generously to non-profits organizations like the Boys and Girls Club and rehabilitation in Haiti.  He is also a prominent and personal supporter in the Greek community in San Francisco.  Maria was raised in, and her family still lives in, the Greek community in Montreal.  Victor's leadership and generosity in the San Francisco community is uncommon and significant, particularly for the older generation.

But it is our personal experience with Victor and his family that leads us to write.  Discussion at dinners with the Makras's centers on family and community.  From both our experience and observation, we know that Victor is an engaged, caring, and thoughtful friend and father, and a lynchpin in his family and community.  He is free and generous with advice and perspective, in addition to his charitable works.  And he is not just a smart and knowledgeable businessman and leader.  He is a friend who spreads his attention broadly and takes the time to understand context and personal situations at depth.  It is his kindness and attention that set Victor apart.

Respectfully,

**Daniel H.R. Laguardia**

**EXHIBIT 63**

Dominic Maionchi
250 Avila Street
San Francisco, CA 94123


November 6, 2022


Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102


Dear Judge Seeborg,

I have personally known Victor Makras since the fall of 1998 when our two boys started kindergarten together. I know Victor more than casually.  We have shared many family dinners and activities together over the years. I coached one of his two boys on the school soccer team for 6 years. I have come to know Victor well.

Victor runs a real estate and property management company in San Francisco. It is a company that he has built up over many years through hard work. His work day begins every day early in the morning, often before the sun rises, as he drives his pickup truck to his office in Noe Valley. He has many employees. He treats his employees with respect and most are long term. I know this because I have attended several of his company's business Christmas parties and have met many of people he works with. They always have positive words to describe Victor. I recall that on more than one occasion I have heard stories of Victor helping his employees when they were in need beyond the scope of their employment.

Our businesses overlap as I own commercial real estate which I manage myself. I also own an apartment building that Victor manages for me. During the many years he has managed this building I have never had a complaint from any of my tenants about his services. During my business interactions with Victor he has always been professional and honest. I would trust Victor with all my properties and finances should the need arise. I can only say this about a handful of people. He is always available to answer a question or give advice asking nothing in return. I often call him to get advice on real estate matters and to share opinions. This was invaluable during Covid as we both had to balance the needs of our tenants with the needs of our businesses. Victor is a straight shooter in his business affairs and you can rely on him to follow though on what he commits to.

As a father Victor adores his children and there is nothing he would not do for them. I recollect that he attended most if not all of his children's school events including the most important soccer games. He spends time with his children whether it's family

dinners, a movie, or a Warriors game. There has never been a time when I witnessed him raising his voice to scold them. In return his children adore him. He would serve as a role model for other parents.

Victor has always been a gentleman, a loving husband, a great father and a good friend. I believe that objectively anyone looking at victors life and his accomplishments would consider him to be an asset to the community.

Regards,

Dominic Maionchi

# EXHIBIT 64

Christina Brooks
659 9th Ave
San Francisco, CA 94118
415-846-0660
cbrooks1000@gmail.com

November 7, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

My name is Christy Brooks, and I am writing to express my dedicated support for Victor Makras and his character as you consider his sentencing. I was born in San Francisco into a middle-class police family, and have lived the majority of my life in the Bay Area. The heart of my career was spent advising the largest companies and smallest technology developers in navigating the data privacy industry. Yesterday was my 23rd wedding anniversary, and I am the proud parent of two young men who are about to leave the nest.

Victor Makras has been my dear friend for over 25 years. We've celebrated and grieved together and raised our children together. It is my great privilege to be Godmother to Victor's daughter, Lyla. Victor's life story, his devoted relationships, and his accomplishments are compelling and provide ample illustrations of Victor's character and the reliance so many people have on him. He started his work life executing janitorial tasks at a real estate agency and worked his way to building his own real estate company with many loyal clients, driving repeat business and countless referrals. I have personally depended on Victor's professional expertise repeatedly, and we are in our home of sixteen years due in large part to Victor's guidance during the difficult purchase process.

During some of my family's most horrible times, Victor has stepped in, provided love and guidance, and helped us navigate complicated healthcare and legal systems. My son was hospitalized as a 12-year-old with Major Depressive Disorder, and Victor figured out our path to quality care when the healthcare system seemed incapable of providing it. My sister was a domestic assault victim and was beaten until she almost died. Victor offered us financial aid, listened to our tears, organized our travel plans, and helped us navigate the criminal justice system so that we could ensure my sister's safety and that the assailant was held accountable. Without Victor's advice during some critical decisions about life and career, my husband and I would not be where we are today.

His family, Farah, Shon, Tyler, Kameron, and Lyla rely greatly on Victor's presence in their daily lives. Through Shon, Victor is a grandfather to two darling toddlers who live just down the street. Victor is Shon's mentor in parenting and work. Tyler is coming home to SF to launch a new business, advancing the entrepreneurial spirit he undoubtedly gained from his father. Kameron's strategic mind is most certainly a gift from his dad and is developing by leaps at university, and Lyla is a high school senior, about to launch her college career. She is hoping to be as geographically near to her dad as she can be while still living on campus. His children look to him as a guiding light, and his love, support, and presence in their lives are a daily necessity.

Victor and Farah adopted Lyla from an underdeveloped country, Guatemala, because they wanted to give back in some small way to the world that had provided so much for them. He is a primary provider caring for both his and Farah's elderly moms. Victor's free time is spent helping others, whether through civic and community involvement or one-on-one time with those he cares for. He is the person everyone turns to with their tribulations and he always offers innovative, unexpected, and brilliant ideas.

Your Honor, my hope is that from this letter you will glean some of the reasons why I personally have so much faith, love, and trust in my heart for Victor. Thank you for considering my contributions as you determine Victor's future.

Sincerely,

Christy Brooks

Christina Brooks
415-846-0660
cbrooks1000@gmail.com

# EXHIBIT 65

Peter Varelas
420 Yorkshire Way
Belmont, CA 94003

Honorable Richard Seeborg
U.S. District Court for Northern District of California,
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

Not long after I arrived in America as a young immigrant from a remote Greek to seek economic opportunity, I met Victor Makras. He was a successful, important businessman in San Francisco, and I was a struggling carpenter with limited English.

Despite a significant difference between our status in the community at large, Victor immediately made me feel comfortable by asking about my family and life in a way that was most sincere and honest.

Whenever I asked for work on a major remodeling or restoration projects for his clients, he did not hesitate to offer several assignments on one of his crews. There I learned that I was not the only immigrant that Victor was helping to get started in the California as I met and worked with men who were also newcomers  from various countries in Latin America and Asia.

Over the years since 1990, our relationship has grown into a personal one. He invited my family to celebrate holidays or special events in his home where our families got to know each other well. When my wife died suddenly in January 2014 of influenza infection, Victor reached out to me to offer anything my children and I might need during the worst time in our lives.

As you may know from his record, Victor Makras has enjoyed great success as a real estate businessman in San Francisco. After his office was established, he began serving as a commissioner for several mayors starting with Mayor Art Agnos.

However, all this while, he has never forgotten his humble family origins and sees or converses with his 91-year-old mother every day.

These stories are from my personal experience, and I offer them so that you will have a complete picture of Victor Makras as you contemplate a decision that will impact not only Victor, but all of us who have come to appreciate him very much.

And to be completely honest, because English is not my best language, I have asked a better educated friend to assist me in preparing this letter with proper English for a judge.

Thank you,


Peter Varelas

# EXHIBIT 66

November 7, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Your Honor,

I have been acquainted with Mr. Victor Makras for approximately 25 years. We first met in the mid 90's. In the time that I have known him, he has served on various commissions for the City and County of San Francisco. Over the years, when we have had occasion to meet at public functions or at social gatherings, he would often speak of the issues that the commission on which he was serving was facing. He always spoke with great interest in the topic and with sincere concern regarding making the right decisions for the department.

On a personal note, after having been acquainted with Mr. Makras for almost ten years, I was going through a difficult divorce. The issues were around the distribution of real estate. In my particular situation, when we were married, my ex-wife owned her home. We immediately intermingled our resources and used our shared account to pay all bills. Five years later, we refinanced the house and put it in both of our names. During the divorce process, I learned that, though we were married, and I paid half the costs of our household from day one, I was only entitled to the increased equity in the house from the time we formally changed the ownership. There was a disagreement between us over the increased value of the house over that time. Rather than going through a formal discovery process, we asked Victor for his opinion on resolving the matter. Victor sat down with each of us individually and talked about the market and the potential value of the increase, but more than that, he spoke to me about the value of not burning a bridge and trying to keep things as civil as possible. And that while I could go the formal legal route and possibly gain more money in the settlement, was it worth it to drag things out and maintain the angst that was filling my days and potentially impacting our children. I took this to heart and settled on a number close to what my ex-wife was suggesting. It expedited the process and allowed me to move on. I am glad that I made that decision and, in the moment, would not have come to that decision without Victor's guidance. I appreciate his involvement and his council.

Today my ex-wife and I are on good terms and we have successfully raised our two children, both of whom are now off in college forging their own futures.

Sincerely,

Emilio Cruz

# EXHIBIT 67

Hon. Judge Richard Seeborg
United States District Court for the Northers District of California
450 Golden Gate Avenue
San Francisco, CA. 94102


Dear Judge Seeborg,


My name is Lauren O'Sullivan, President of Imbelloni Construction Co. Inc., and I'm writing this letter to support my friend, Victor Makras. I met Victor over 25 years ago when him and my father, Joseph Imbelloni, were working on a development project together in the Mission district. Their working relationship was built on mutual respect and they immediately became friends. The success of that project led them to continue doing business together for many years. My father held Victor in the highest regard as Victor advised and guided my father through many different stages of his development projects, especially my father's last project at 2011 Bayshore Ave. in San Francisco. With Victor's knowledge and assistance, my father was able to complete this 64-unit project, the biggest of his career, during the financial crisis in 2008.

The 2011 Bayshore project was my father's last as he was diagnosed with Parkinson's shortly thereafter. I have always worked at Imbelloni Construction, it was my families' business since 1974, but with my father's diagnosis my role was about to change. In the years to follow my father had to step away from the business to take care of his health. Aside from construction our family owns several residential and commercial properties in San Francisco, Marin County and the Peninsula. The demand of caring for my father, my three children and the operations of Imbelloni Construction grew to be too much for me to handle. I called Victor, one of my dad's closest friends and colleague he respected most, and asked to meet. I was overwhelmed and needed some guidance on how to manage all my responsibilities. Victor had been instrumental to our office many times over the years offering his property management expertise. There were always new situations and issues that arise that we are not familiar with and unsure how to handle. Victor continued to give us honest, spot on advice to help navigate these new and unfamiliar situations. His advice was constantly effective due to his experience and I was grateful that he was quick to respond with any assistance we needed. I consider Victor a mentor so of course he was my first call when I needed help.

Victor knew my situation and was probably anticipating my call. During our meeting I explained my concerns about having too much on my plate and he quickly offered a solution that would alleviate some of our property management responsibilities. He opened his office to mine and said whatever I needed and in any capacity he would help. It was a genuine and sincere offer which I know came from his loyalty and respect for my father and our family. From that meeting on his office works with mine to manage three buildings and Victor handles all of our apartment leasing. This assistance has taken an enormous weight off me and my staff. Our

offices work well together and Victor himself handles all our major property management issues that arise. His hands-on assistance with our buildings had left me time for my family and my father's growing care. There is no issue Victor won't engage in and contend with for me or my office.

This past April my dad passed away and again Victor was right there offering his assistance with anything I may need. He was instrumental in guiding me through all that I had ahead with settling my father's estate. I always know I'm in the best of hands when I talk to Victor and that he truly has the best intentions for me and my family.  Victor's integrity is unmatched and I am forever grateful for all the support and guidance he has shown me over the years.

Sincerely,

Lauren O'Sullivan
Imbelloni Construction Co., Inc.
JNL Properties LLC

# EXHIBIT 68

Stephanie D. Tomao
95 5th Avenue
San Francisco, CA 94118
(415) 350-2383

November 8, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of CA
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

I am writing to give you a glimpse of Victor Makras from my vantage point. I have known Victor and his family for over fifteen years. We first met when our sons started kindergarten together and our families became fast friends. During this time, I have witnessed Victor as a devoted son, husband, parent and now grandparent to his growing family. I have always been impressed by how Victor is continually ready and willing to support his family, friends or a good cause.

After the major earthquake in Haiti in 2010, Victor's wife, Farah Makras, had the idea to do a major collection of everyday goods for the displaced victims. It was Victor, however, who quickly secured storage space and arranged for transportation of all the goods raised in the drive. He saw that they reached the people of Haiti quickly. Victor has donated his time, skills and treasures to many vital organizations. Of the many non-profit organizations Victor has been involved with, one that comes to mind is Family Builders, an adoption agency in Oakland. During a fundraiser welcome speech, I recall Victor telling stories about his mother taking in foster children and that their home was always open to those in need. He and Farah also personally carried out this mission by adopting their now teenage daughter from Guatemala. Despite being a busy business man, Victor is a dedicated family man. I often saw Victor dropping his children off at school, taking them to their favorite breakfast spot and on the sidelines of their sports games. Victor's caring and generous spirit also extends to his friendships. Recently, I was suffering from Covid and it was Victor who dropped off bone broth and fresh juice. Victor has a big heart and everyone who knows him can attest to the quality of his character.

I hope that these small details help to paint a fuller and more accurate portrait of Victor Makras. I appreciate you taking the time to read this letter.

Sincerely,

Stephanie D. Tomao
Stephanie D. Tomao

# EXHIBIT 69

**William M. Matthes**
**3701 Washington Street**
**San Francisco, CA 94118**
**(415) 505-4868 (cell)**

November 7, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of CA
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

I am writing on behalf of Victor Makras. I have known Victor for well over a decade and have always found him to be an exemplary citizen of the highest integrity.  I have lived in San Francisco for over 25 years and spent the vast majority of that time as Managing Partner of Behrman Capital, a SF and NY-based private equity firm.

While my relationship with Victor was strictly social and we did not do any business together I have gotten to know him quite well as we have children the same age who went to the same schools. Over the years I have seen Victor as a civic leader always focused on what is right for the city and its residents. He has spent countless unpaid hours on various civic endeavors to make our city, state and country a better place. He and his wife have also been some of the most generous contributors to a myriad of charitable endeavors in the city and state.

Our college-aged son Cole interned at Makras Real Estate for several summers while in high school. Victor was a true mentor to him and really took the time to help teach him about the real estate business. Cole has always said that Mr. Makras' ethics are above reproach. Cole said that Mr. Makras treated everyone with the same level of respect be it the receptionist or the CEO of a major client. This is a truly admirable trait.

Further the fact that Victor is a self-made man who has built a very successful business despite not having had the opportunity to go to college is another area that really impresses me. Victor built his business the old fashioned way - with hard work over many decades and living the golden rule - treating others as you would want them to treat you.

Being in the private equity business for so long with many state and local pension funds as Limited Partners I interacted with countless folks involved with those entities. While, as I mentioned, Victor and I never had a business relationship I could tell from all our interactions and discussions about investing that he was one of the "good guys" of high integrity. I wish I could say that about all\ of the folks I dealt with.

I am also very impressed with the family man he is with his children. I have seen him interact with them countless times in many different settings and he always has time, patience and models what a good citizen should be.

I hope this letter helps you in your deliberations and feel free to reach out to me if you would like any clarification.

Best,

William M. Matthes

# EXHIBIT 70

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102


Dear Judge Seeborg,


I am writing today on behalf of my dear friend of many years, Victor Makras. I have known Victor since early childhood. Our families were very close, being part of the Greek Orthodox community in the San Francisco Bay Area. We attended Sunday school and High School together and remain very close friends. I am also proud to say he is the Godfather of my son.

I have spent 36 years in biotech with the same company. While there have been many opportunities to move on to other potentially more profitable endeavors, I've always believed in the mission and promise of biotech. I have been told I have an altruistic mindset. I believe in many ways, the same can be said of Victor.

Victor and I grew up on opposite ends of Daly City, attended different elementary and grade schools, but attended the same High School. Prior to HS, our main interactions were family gatherings, Sunday school and church events.

From an early age, Victor had a sense for business. He was very active at church fundraising events. At one event in particular, I recall some traditional handmade earrings were not selling as had been hoped. Victor acted by placing as many earrings as he could fit onto each ear, and paraded among the fairgoers advertising their availability. We thought it was ridiculously hilarious, but he was the star, as sales took off. It was brilliant!
He didn't care that he looked silly. He did it because it was the right thing to do. Victor has always been that guy.

This is just one early memorable example of Victor's efforts on behalf of his church and community. To this day, our community, as well as my immediate and extended family have trusted Victor's counsel without hesitation. He has guided us, identified opportunities, managed all types of property issues, and assisted us with rentals and property management. He has always made the time to be there for us despite the demands of running a business. Between his business and the many years of dedicated service he has provided in various City Government roles its remarkable that he finds time, but he does. He is a tireless, giving, true friend and resource to many in the Bay Area. He has tremendous depth of knowledge and is a man of his word. In my experience, Victor has always proven to be a thorough, thoughtful and trusted professional, providing exceptionally sound service and advice.

Given his attraction to the Real Estate business at the age of 18, and his proclivity of vigorously applying himself in all his endeavors, it's not surprising he built a successful Real Estate sales, investment and management business that has continued to flourish for over three decades.

His office is staffed with loyal employees that have been with him for years, a testament to his respectful, kind and fair treatment of his team. He's a good boss.

Victor overcame many hardships and difficult times in his youth and is truly a self-made man. He lost his father to cancer at an early age and his eldest brother in a tragic accident. The family and our community were devastated by the tragedy. He could have fallen into the victim mentality trap, but that is not his nature. He remained strong, worked hard, kept his focus and pushed forward, ultimately achieving great success.

Victor is a loving husband who works hard to provide for his family. He and his loving wife have three children. They adopted their daughter from South America, after many, many months of effort. It's truly heartening to see what a caring and close family can do for a child whose life would have likely been far different and less secure.
Victor is also very close with his siblings and families. They share responsibility in caring for their mother and do a remarkable job.

Victor is relied upon by many, both personally and professionally. He is a family man and maintains many close long-term relationships with friends. He provides trusted advice and services to his clients in the San Francisco Bay area and three generations of Greek Americans. He is a man of high character who has faithfully served the City of San Francisco, the city that he loves, for many years. It is my sincere hope he continues to do so.

Respectfully,

George Rally

Sr. Business Systems Analyst

# EXHIBIT 71

November 1, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Victor Makras

Dear Judge Seeborg:

We are writing to you in support of our close friend Victor Makras whom we have known for over 40 years. We hope to demonstrate to you firsthand how Victor is a man of solid character- - an honest, generous, humble, and devoted friend and colleague. He has been a pillar of our community, and a man who has touched so many lives in profoundly positive ways during his entire life and career. He has enhanced the quality of life of those around him and has assisted them in achieving their goals and dreams in real estate. Beyond his own business, he has been a public servant in the San Francisco community over his entire career, having served on multiple commissions, and has also been a tremendous positive force in our Greek Orthodox church community.

We have known Victor and his family for our entire lives. We are all members of the San Francisco Annunciation Cathedral Greek Orthodox Church community. We all come from humble beginnings, as we are all children of Greek immigrants who came to the United States with little, and through hard work and perseverance, worked tirelessly to build their families and communities and achieve the American dream. We are thankful for the opportunities and gifts that our great country has given us.

Victor built a very successful real estate business – alone -- beginning at the age of 18. His unwavering work ethic, affable personality, dependability, and natural talent and knowledge for real estate enabled his business to grow and quickly blossom. He was and is a man whom people found trustworthy and honest and as a result, many people over the years entrusted him to guide them in making some of the most important decisions one makes in life.

Stefanie has known Victor for her entire life. Similar to him, despite coming from very modest beginnings, she built a very successful consulting firm based in San Francisco. Victor has not only been a great friend to her but has also been a trusted confidant and advisor in her business endeavors.

John worked hard to become the first physician in his entire family. His entire professional life as an orthopaedic surgeon and as a professor at Stanford University has been devoted to helping and improving the quality of lives of those in our community, relieving pain and suffering, while also training and educating the next generation of doctors and surgeons. Victor Makras, in the context of his career in real estate and also as a public servant for the City and County of San Francisco has similarly impacted so many people in a positive way. When

the name Victor Makras comes up in conversation, it is always followed by "what a solid and good man. He helped us so much". This is common and extends beyond cultural, racial, or socio-economic lines. Victor is good to everyone. Over decades, we have known firsthand how Victor has provided honest and genuine advice and worked hard for many people to enjoy home ownership for the first time.

On a personal side, we can share with you some examples of the solid character that Victor holds. We know his entire family. Victor is a devoted son and brother and has supported his elderly mother and entire family for many years. We frequently see his mother, now in her 90s, attending church servicers at the Annunciation Greek Orthodox Church Cathedral in the Mission District. Victor has provided solid advice to the church parish council related to the operations of the church over many decades. He has donated time and resources to the church community on a regular basis for philanthropic causes that benefit the entire San Francisco community. He has raised a wonderful family which includes two sons and a beautiful, adopted daughter from Guatemala alongside his wife Farah.

Victor assisted us in a competitive housing market to buy our first home as a young family in Hillsborough and guided us through an extensive remodel. His business which also includes property management has assisted us in managing many of our rental properties which we are fortunate to own today. Victor has always been someone that we can count on, and this sentiment is shared by so many others who have worked with Victor over the years.

As Stefanie and I both approached the unfortunate loss of our fathers who both passed away this past year, Victor advised us on matters of our family living trust, and our families both found his advice invaluable as we planned for end-of-life matters with our parents. Not only real estate matters, but issues pertaining to transfer of title, impending taxes, and how to navigate through having the resources available to care for our elderly parents. This help and advice have touched the lives of many over the years -- we hear about it firsthand from many others. He has always been fair, available, dependable, honest, and a man of integrity.

In summary, we hope that this provides you with a small sample of the wonderful man and member of our community Victor is and has been for his entire life. He has touched so many lives in positive ways, not driven by financial gain but driven more from a deep-seated altruistic desire to help others around him. We would trust our own children and families with Victor as he is a solid, good man of integrity and with love for our families and community. The San Francisco Bay Area is a better place because of Victor. I know that if given the opportunity, he will continue to serve so many others for the remaining years of his life.

Sincerely,

John Costouros, MD

Stefanie Roumeliotes

# EXHIBIT 72

November 11, 2022

Dear Judge Seeborg,

Simi and I are pleased to write on behalf of our dear friend, Mr. Victor Makras.

By the way of introduction, I should say that I am a physician and a Clinical Professor of Neurosurgery at UC Davis, and my wife, Simi is a retired CPA. We have been residing in Granite Bay for 33 years.

We have had the pleasure of knowing Victor and Farah socially for a number of years, and we have enjoyed Victor's company on repeated occasions. We both find Victor to be a very personable, thoughtful, fair-minded and caring gentleman, always aware and concerned about the well-being of others. As a friend, he always offered his help, and we cherished his advice and wisdom as a role model.

It is with a heavy heart that we respond to Victor's request for a letter of his character as we think very highly of him, a gentleman of high integrity and honor.

Please contact me should you have any questions.

Sincerely,

B. Barry Chehrazi, MD

# EXHIBIT 73

WILLIAM J. FLYNN
RICHARD K. GROSBOLL
BENJAMIN K. LUNCH
LOIS H. CHANG
TANISHA M. ARATA

**NEYHART, ANDERSON, FLYNN & GROSBOLL**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
369 PINE STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA 94104-3323

(415) 677-9440
Fax: (415) 677-9445

STANLEY H. NEYHART
(1918 - 1996)

FRANK J. REILLY
(1940 - 1991)

MAXINE AUERBACH
(1940 - 1995)

JOSEPH FREITAS, JR.
(1939 - 2006)

October 31, 2022

Honorable Richard Seeborg
United States District Court Northern District of California
450 Golden Gate Avenue
San Francisco, Ca 94102

Dear Judge Seeborg:

I have known Victor Makras for over thirty years as a friend, activist, volunteer, realtor and public servant, among his many other roles.

While Victor is a successful realtor, he is more well known (to me and others) as a public servant who will do whatever is asked of him, from serving on the San Francisco Board of Permit Appeals in the late 1980's, the San Francisco Public Employees Retirement System Board, the Police and Fire Commissions and other Boards and Commissions.  Victor has spent thousands of hours serving in these important roles, some of which are the most important Boards and Commissions in our City. Victor has been diligent, asking the tough questions of staff, consultants and vendors. He was and is committed to making our City work more efficiently.  I am not aware of any individual who has served on such a variety of Boards, which gives you an idea of his talents and why several Mayors asked for Victor's assistance.

Aside from his public servant work, Victor has been generous in supporting non-profit entities, Over the years, he has been a generous supporter of many important causes, such as the Edgewood Center for Children and Families, Asian Neighborhood Design, Clinic by the Bay and other organizations, some related to planning issues, other related to health and/or books.

Victor is also a tremendous friend, as he has been generous when people have needed financial and other support.   He regularly has gone out of his way lending a helping hand, helping a friend in a dire financial situation, and providing names of individuals to help people get things done. I have appreciated his kindness and help over the years.   He is a good man.

Sincerely,

Richard K. Grosboll

Richard K. Grosboll

# EXHIBIT 74



**1-800-44-VALET**

www.alexdryclean.com

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

November 4, 2022

RE: Victor G. Makras

Dear Judge Seeborg,

My name is Alex Najafi and I have been a resident of Marin County since the 1980s. I own and operate a business in Marin County called Alex's Dry Cleaning Valet since 1984. I am married and have 4 children and 6 grandchildren.

I have known Victor Makras for the past 22 years. I met him through my wife Afsan Najafi as she was family friends with Victor's wife Farah Makras for many years prior.

Victor is a kind and caring friend with high standards and ethics, and in our almost quarter- century of friendship, he has been a trusted advisor to me in both personal and business affairs. I have never had any concerns over his decision making and if anything I felt that I could trust him implicitly. I appreciate and value my friendship with Victor.

Our friendship is multifaceted as I go to him for both personal and business advice. We talk about business, politics, the stock market, kids and family issues and challenges we face in our daily lives. I always know Victor listens and offers solid advice and he always encourages patience and temperance, just like a good friend would. I trust him like a brother, and I know that I can always count on him.

In 2004, we purchased a property in San Francisco, through Victor and became his client. Victor did not charge me any management fees other than stamp fee for a few years, showing his gratefulness for our friendship. Victor has access to our bank account at First Republic Bank for managing our properties and we trust him fully. At no point have we ever faced any issues or had any negative experiences. Victor uses great judgment to guide us as his clients and friends.

**Alex's Dry Cleaning Valet**
628 Lindaro Street
San Rafael, CA 94901

Phone: (415) 458-8180
Fax: (415) 532-1660

Your **Finest Clothes**
Deserve the **Finest Care**

To give you an example of his care and supportiveness, when my wife Afsan was laid off from a tech company in Palo Alto called Noosh, in 1999, according to my wife, Victor immediately reached out to her and offered her a job knowing she is going through a divorce and has two small children. She ended up working for Victor for a year and always sings his praises about his generosity and support. He is loved by his employees and runs a reputable real estate company with long term staff and clients and vendors that work for him.

Soon after I met Victor, he and his wife demonstrated compassion towards children when they decided to adopt a little girl even though they already had children of their own. I know how much he cares about his Children and how he is focused on raising good men/women for our society. I have known these kids since they were just toddlers, and I do see that he and his wife have done a great job and they have a respectful family.

Being a stepfather myself, I know it is very challenging to raise another person's child like your own but I have to admit that Victor makes the job of being a father to his stepson, Sean effortless. He has done what a good father will do by leading by example teaching him to be a responsible person with high work and family ethics. Sean now is an important support for Victor at his office.

In fact, Victor has been a great father to all his children. He treats them with care and love and attention. That is a dedication he has for the higher good and I have learned that from him and I sincerely hope he can continue to prove to them that when facing obstacles, you must stay the course, learn the lessons and turn trial to triumph so his sons and daughter can continue to hold their head up in the community and amongst their friends and learn from their father's very difficult experience.

In conclusion, I can confirm in all the time that I have known Victor, he has been a gentleman, who values friendship and long-term relationships. He is generous with his time and his advice and wants the best for his friends, clients, and community.

Victor cares for others very much and the way I can describe him from what I have known from him is that he runs his life with the intention of helping others and maybe sometimes to his detriment. He is the person you can call and ask for advice because you know and trust that he will listen and will offer guidance.

Victor is an upstanding member of the community, and in any occasion that we had an opportunity to meet his friends, whether personal gathering, or community fundraiser we have witnessed that everyone has positive experience with him and highly respects him.

Please feel free to contact me if I can be of further assistance.

Warm Regards,

Alex Najafi
415-720-1016
alex@alexdryclean.com

# EXHIBIT 75

10/31/2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

My name is Jorge Maumer and I came to the US from El Salvador to finish
my studies and to make a life for myself in San Francisco.
After finishing my degree in Economics at Golden Gate University I worked
as a financial planner for New York Life then a Business Banker for Wells
Fargo, finally after my corporate life I became a full time entrepreneur. I
ended up owning 7 businesses in SF of which 5 of them where restaurants.

I have Known the Makras for a little over 15 years and I treasure our true
friendship . Victor as always been the most helpful friend whenever I have
had any real estate questions or help referring me to great people to work
with. Besides his " what can I help you with" attitude he is the kindest friend
you could have, always positive and cheerful.

What I admire the most about Victor and his wife Farah is their compassion
for people in need. I am a single dad of a 7 year old boy and even though
the Makras already had 3 children, in their hearts they always wanted to
help a child that needed a home. I would understand that from parents that
have no kids and they want to adopt, but to want to adopt a child after
having 3 of their own is truly a selfless act only people with a wonderful
heart and soul would do. So they did adopt their daughter Layla from an
orphanage in Guatemala when she was just a few days old. An interesting
story Farah mentioned to me when describing her husband Victor ( and this
is a few years ago ) Farah said the sweetest thing Victor told her regarding

picking up their new daughter for the orphanage in Guatemala. There was a big conflict in their schedule and what worked best was leaving two days after they where told they could pick up Layla. But Victor told Farah no matter what we are leaving today and he asked Farah " would you want our daughter to spend one more night in the orphanage ?" and even though they had nothing prepared to receive a new baby in their house, both of them flew to Guatemala and got their daughter that day . Fast forward Layla has special needs regarding learning and I salute both of them on how on top of all her needs they have been, requiring special tutoring, special schools etc. Bless them for having changed one girls life in this world and also for always being so supportive of their friends and family .

I could go on and on about how much I respect and admire Victor for being such a wonderful kind soul,  but I think short and to the point is best. ( please excuse my grammar as english is my second language).


Very respectfully,


Jorge Maumer
2201 Sacramento Street PH3
San Francisco, CA 94115
Tel 415 370-3727 (cell)

# EXHIBIT 76

# LIZ HAWKINS TAHAWI

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

October 31, 2022

Dear Judge Seeborg:

I'm writing on behalf of Victor Makras, whom I've proudly called a friend for over two decades, and share insights that I hope lend you a glimpse into his humanity.

Our children met during their preschool years in San Francisco where we became friends with Victor, his wife Farah, and their children. We also share a wonderful friend group I'm grateful to Victor for fostering experiences for us to stay connected, especially after I moved to the East Bay with my family a dozen years ago. To me, Victor and his wife are Sunday dinner, ring the doorbell and pop-in unexpected, and stay up late talking together about life type of friends.

As you've gotten to know Victor and heard from his community, my guess is you'll hear a pattern of words describing him: generous, hard-working, loyal, and dedicated. He is all of those things. I think of him as someone who puts others first. He does this initially by making an effort to intuit our shared human love for connection and what might drive that person or that group of people to personally find joy. He then puts in the effort to embody this kindness and sensitivity to personal preference through hard work and attention to detail. Victor is a rare person who embraces the mundane efforts that help make the world a better place.

When I was getting to know Victor, I found him to be a person who transmits calm, quiet energy. This story reminds me of who Victor is at his core: When our children were younger, they loved playing video games together. Imagine a group of kids playing Indiana Jones and Batman Lego on a console with twisted cords, scattered cartridges, discarded candy wrappers, and joysticks that needed charging. Imagine also being the parent who has to untangle these cords, connect to the wifi, moderate taking turns, and facilitate clean-up under protest. I've seen Victor enjoy his children's fun and encourage sharing their games with friends and classmates. However, Victor would always go back later after everyone had long lost interest and quietly organize the cords, locate the errant pieces, and make it tidy, so that it'd be ready for the next round of fun. He took on this routine with patience to personally complete an endless task that would serve others.

That's who Victor is. I'm grateful to him for both his friendship and these acts of quiet, small kindness. I appreciate your consideration, here, as well, in allowing me to share my thoughts.

With warm regards,

Liz Hawkins Tahawi

# EXHIBIT 77



**TARLSON & ASSOCIATES**
*Certified Public Accountants*

220 Sansome Street, Suite 900 • San Francisco, California 94104 • (415) 956-5700 • FAX (415) 982-2528
nick@tarlson.com • mauna@tarlson.com

October 31, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Victor Makras

Dear Judge Seeborg:

I am writing you concerning Victor Makras, defendant in Case No. CR 21-0402 RS.

I am a Certified Public Accountant, and the founder of Tarlson & Associates, an independent public accounting firm based in San Francisco. I serve as a California Probate Referee, sitting on the Contra Cost County Panel.

I have known Victor for more than 30 years. During this time, I have become aware of the fact that he started work at an early age and built a successful real-estate business. In the course of this work, he has displayed extraordinary generosity to clients, employees, and friends. Victor has helped many members of the local community with limited English skills by assisting them with a wide range of challenges, from simple vehicle licensing matters to more complex challenges in real estate, finance and taxation. For example, he has referred small independent contractors to my firm for assistance with income tax problems, and he has assisted local charities and decedent trusts and estates with real estate acquisitions and sales.

As an example, several years ago, when I was serving as the Treasurer of a theological institute in Berkeley, he negotiated the purchase of a property for use by the Institute as offices and student housing. Although he was entitled to a substantial fee for his service to the Institute, he very generously donated the commission back to the Institute. In connection with three unrelated decedents' trusts for whom I served as Trustee, he managed the preparation of trust real estate properties for sale. These properties suffered from deferred maintenance and, in one case, was occupied by squatters. Victor displayed a high degree of professionalism, good character, kindness, integrity and honesty in arranging for the sale of these properties. He personally advanced significant funds for fixing up expenses and executed the sales promptly to substantial benefit of the trust beneficiaries, some of which included charitable organizations.

In addition to his work with clients, he devoted many years of service to City government, all without pay. He has served on the San Francisco Police Commission, Retirement Board, Board of Appeals, Pubic Utility Commission and Port Commission, displaying unusually high levels of civic responsibility and leadership. He advised and supported me in my appointment as a California Probate Referee by the California State Controller in 2006, 2010, 2014, 2018 and 2022.

1

I am also well acquainted with Victor's family, and know him to be a loving son, brother, husband, father, and uncle, and active member of the Greek Orthodox Cathedral of the Annunciation, here in San Francisco, where I serve as Director of Church Music. Victor is a supportive colleague and devoted friend.

If I can be of additional assistance in this matter, please do not hesitate to call on me.

Very truly yours,

Nick G. Tarlson

# EXHIBIT 78

1220 Jones St. #601
San Francisco CA  94109
415.336.3550
jeff@jeffschlarb.com

November 1, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

This is a letter of support for my friend and colleague Victor Makras. I would like to share
a few of my experiences and my overall impression of Mr. Makras, and the respect that I
hold for him.

I have known Victor for two decades. I know him as a professional, as a friend, and as a
friend to the San Francisco Community. I have known him to have nothing but positive
hard-working attributes, and I am of the opinion that those relationships he holds with
others help make a large city a different place. People exactly like Mr. Makras, and
precisely he himself, create a glue that allows for trust and integrity to reverberate
throughout our city.

As an interior designer and stager, I've worked alongside him as a professional service
provider. The projects that we were lucky enough to support him and his clients have
always run smoothly with courteous communication and with a collaborative spirit.  His
clients have enjoyed having someone champion their best interests, and they have also
enjoyed an experienced businessman's advice who also garners respect that
invigorates vendors like our team to show up for them, one hundred percent.

As a friend, I have enjoyed many lunches with Victor at various restaurants around the
city.  I've dined with him downtown; I have done so in Cole Valley and places in
between. I know that Victor picks these spots because they are meaningful to him, and
know that they are important locations because his support and patronage is meaningful
to the proprietors themselves. Holding onto traditions and traditional restaurants makes
a city great; without this type of support proprietors of small businesses cannot survive. I
have always found this to be a charming attribute of his also.

When we're dining or catching up in general, I find Mr. Makras to be curious, engaging, and he gives great advice. Although I've never bothered to ask, I do know that Victor is a little bit older than I am based on the age of his children; having friends that span a generation or a decade is fundamental to growth as a person and again for our community writ large. Mentorship, good advice, storytelling, and support is the best thing a friend could offer. I could carry on, but I just wanted to share that as a friend, I have found Victor to make himself available, he is non-judgmental, and he demonstrates wisdom and kindness.

Judge Seeborg, I wrote about his engagement with the city and the communities that make up the city. I know you will find with little effort the positive influence he has had and continues to have on San Francisco through his many other friends and colleagues. He opens his home, he shares his life with people, includes his family at gatherings that he hosts and always makes people feel welcome. He is bright, energetic, and I ask on his behalf that you take all of this into consideration.

I support Victor Makras, and I hope that this letter finds you well.


Health and Abundance,



Jeff Schlarb

# EXHIBIT 79

Leigh S. Matthes
3701 Washington Street
San Francisco, CA 94118

Novermber 11, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of CA
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

I am writing in support of Victor Makras. I have known Victor since our kids were in middle school which was over 10 years ago. I have lived in SF for over a quarter of a century and am an active real estate investor/remodeler and am very involved with National and Bay Area charities. I am serving or having served on the boards of UCSF Foundation, Every Mother Counts, Challenge Success at the Stanford School of Education, the Haas Center for Public Service, Parent Advisory Board of Stanford University, Katherine Delmar Burkes School, the Bay Area Discovery Museum and Hearing Society of the Bay Area.

I have interacted with Victor many times and in many capacities over the years though we never did any real estate business together. That said I always find him to be a very honorable person with very high character. As someone who really values giving back to society (especially for those of us who have been fortunate economically) I have always been impressed with how Victor and Farrah generously support numerous charities in the Bay Area (including our schools). And I've also admired how Victor has done some much for the city and state with his vast civic engagement over the years.

We have also traveled with the Makras family over the years and I've witnessed what a important role model Victor is for his kids and mine. A self-made man who despite a lack of a college education built a very successful business. Our son Cole also had the opportunity to intern at Makras Real Estate and it was a great experience for Cole who really viewed Mr. Makras as a true mentor.

I hope this letter helps and would be happy to expound on anything if you might need.

Sincerely,

Leigh Sherwood Matthes

# EXHIBIT 80

1925 Gough Street
San Francisco, Ca 94109

Hon. Richard Seeborg
United States District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca 94102

November 4, 2022
Dear Judge Seeborg,

Permit me to introduce myself. My name is Heide VanDoren Betz. I have
lived in San Francisco most of my life, raising a family here as well as
participating in the art world,  first as a business (Van Doren Associates),
now a supporter and advocate. I have written for various magazines (Nob
Hill Gazette,  Gentry – Gentry, Destinations, Home) and now write for
international PLPG, specifically, Business Concept and Luxury Trending.

Your Honor, We are living in very challenging times across the world with
crimes being committed by men of no moral compass and even
desperation - murder, rape, robbery, assault, burglary, arson and white
collar assault on our system -  too much for even the worst nightmare . Not
to speak of multiple illegal wars leaving people in desolation, hopelessness
and starvation. We need men amongst us …and women… who are
generous, kind, understanding. Victor Makras is such a man.

I have known Victor Makras for several years, not as family, friend or
insider (no, I do not recall having been inside their home) nor a business
colleague or client. I have an objective view; I have known him through his
graciousness, kindness and gentlemanly behavior at many charity and arts
- oriented events. He has been a generous supporter of organizations – the
opera, ballet symphony, schools, who depend on the generosity and good
will of people like Victor to make a difference in their lives.  He never fails to
offer a kind or encouraging word, to someone who is an outsider in a social
setting. I have observed Victor being an attentive and loving family man; he
adores and appreciates his wife Farah and the charitable work Farah does;

he speaks proudly of his children, he supports his friends with kindness and generosity.
Victor Makras is the kind of gentleman whose social actions and interactions  define his soul.

Thank you, your Honor,  for allowing me to give you my impression of Victor Makras. Thank you for all you do for our city of San Francisco.

Respectfully yours,

Heide VanDoren Betz

# EXHIBIT 81

10/31/2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg.

I hope and pray you are doing excellent both in family and work. I am writing this letter from my heart so please forgive me for any grammar or punctuation. My sole intent of this letter is to tell you the STORY of my good friend Victor Makras. I have known Victor now for almost a decade and in that time, I have become not only a good friend but a fan.

Victor started working around 18. He worked very hard since the beginning of his early life and became not only a successful businessman BUT also a great husband, Father, brother, friend, a Boss and a Son. He has done many great deeds of righteousness to help not only the people in need and to his friends and whomever knows Victor, they all can tell you he will lend a helping hand whenever he is called upon.

I have had the pleasure to spend much time with him on many occasions such as holiday events and simply get togethers to hang out, I can tell you he has HUGE heart and I know sometimes in life no matter how much you try to help but some deeds will come with a price.

knowing Victor, he will always take the high road, always speaks from his good heart.  He has a charming personality even sometimes I love to make fun of the way he talks, although a little shy at first but once you engage into a conversation with him you will feel right at home and his sincere character wins you over.

Victors' life journey is a bit like mine. I started working when I was 14yrs old and quickly learned the humbling experience of hard work, working 16hr days 7 days a week for decades never looking back always helping others in need and bringing JOY, love and kindness with a HUGE heart is what I always believed in and what people say about me even today.. these type of work ethics pays off lifetime of dividends. This is WHO Victor Makras is as well. That is why we both become good friends and he is always surrounded by good people.

It is from my heart I speak of these words to tell you the Story of Victor and I try to put them in words of his good character, kindness, integrity, and honesty, and the ways in which through word and deed he has enhanced the lives of others.

With Sincere and Best Regards,

Rick Ali

# EXHIBIT 82

Spiros Tsifourdaris
2490 Alemany Blvd.
San Francisco, CA 94112

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Dear Judge Seeborg:

I am writing you this letter in support of my dear friend, Victor G. Makras, who has been by my side ever since I emigrated from Greece in 1977 with my wife. First, I would like to provide you with a little background information about me. I was born in a village in the Peloponnese region of Greece, where I grew up with 5 other brothers and sisters amongst a very meager but loving household of farmers. I eventually made it out of the village, served many years in the National Greek army, eventually becoming a lieutenant, went to the National Theatre of Greece, where I was a stage and also film actor for several years, touring with the national company. When I met my wife and we decided to settle down, we left everything behind and followed our dream of moving to America, where my brother had just established a small grocery business in San Francisco where I worked. A few years later, I eventually took over the business upon my brother's sudden tragic death. Although America was a very foreign place, my wife and I fell in love with this great country and decided to established ourselves and our family here forever, bearing our twin daughters in the beautiful San Francisco, and intertwining ourselves amongst a very supportive community of Greek Americans. This is where Victor Makras comes in.

My wife and I came here with very little but a bounty of dreams and hopes. Victor Makras was pivotal in establishing our roots in the city of San Francisco, advising me and befriending me. I know that without Victor's sincere interest in my and my family's well-being, I would not be in the place I am today. He has helped with donating his time and expert advice to help me build my family's legacy, all without ever asking for anything in return. My story is truly an immigrant's American Dream, which could not have been possible without Victor Makras. Despite his busy schedule, he would constantly just call to check on my well-being. He is a true loving friend, and I am so indebted to him for all his invaluable, honest and selfless support. I cannot quantify the hours he has spent to help me and my family over the last 30+ years, not just as our realtor, but as a dear friend. Victor started working at the age of 18 and built a successful real-estate business, and I believe that he connected with me because he also saw my strong work ethic and wanted to see me reach my highest potential whilst building a network of trusting, loving friends whose only desire is to see their friends succeed, of which he is the center of, never asking for any monetary return. His friends' happiness and success were the only payments that truly fulfilled him. Now that I am

able to help others, I am proud to emulate Victor in his selfless generosity and good deeds. The Victor I know is an honest, humble, unmalicious, devoted family man, who has served the city of San Francisco faithfully, upholds his faith in God proudly and values the strong and true relationships he has built around him.

I thank you for taking the time to read this letter and learn about my relationship with my dear friend, Victor G. Makras.

Wishing you all the best.

Sincerely,

Spiros Tsifourdaris

# EXHIBIT 83

November 3, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

My name is Angelo Tonas, I am eighty-six years old, and I am very happy to say that I have known Victor Makras and his family since he was a very young boy. I knew his parents even before Victor was born, seeing them at various Greek local events and mostly at our Greek Orthodox churches in the Bay area. I met Victor at the Church in San Francisco when his mother introduced him to me, respectfully, as "Theo Anglo" (meaning Uncle in Greek), which he still calls both me and my wife to this day.

Most recently, I saw Victor at basketball games when our Church in Belmont played the Church in San Francisco.  I was at the games to watch our grandsons play and Victor was there to watch his two sons play. In one basketball season we noticed that the San Francisco team had new uniforms and we were told that Victor had donated the uniforms for the team. That was no surprise to most of us because we knew of many other philanthropic activities that he had donated to in the past.

Over the years, we saw each other at various Greek social events, baptisms, weddings, festivals, etc., and recently at many funerals. I would see Victor at funerals to pay his respects not only to family member but also to casual friend's funerals. At all such events he never failed to make time to come say hello and greet us.

In recent years, we had the opportunity to go into some business opportunities with Victor in the real estate market. My wife and I found Victor to be honest, trustworthy. and transparent on all the investments that we had and have with him. He has built a successful business which he started as a very young man through hard work and determination.

I have observed over almost his entire life that Victor has demonstrated to be good and loving family man, very generous in supporting his church both physically and financially, and give his service to the city government, even without pay. I know and believe that he is a man of good character and integrity.

Respectfully,

Angelo Tonas

3 Goodwin Court

Redwood City, CA 94061

# EXHIBIT 84

# THOMAS WM. GILLE

November 7, 2022

Hon. Richard Seeborg
United States District Court for the Norther District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

I am a fourth generation, lifelong resident of San Francisco writing in regards to
Victor Makras. I have known him since the mid 1980's when we both served on the
board of the San Francisco Association of Realtors. As a fellow board member, he
proved to be a tremendous resource and a 'straight shooter' who could be trusted.

At that time I was also president of an affiliated organization, the Institute of Real
Estate Management. There were occasional conflicts between the two
organizations. It was Victor who acted as a mediator in bringing both sides together
to find solutions. That is but one example of many areas in which he was a mentor
to me early in my career.

In the mid 1990's, I submitted plans to build a basement room at my house for one of
my then teenage sons. The approval process was more complicated than I thought
and it was Victor who, as a friend, gave me his time and helped me to understand
the issues and reach a resolution.

When my mom passed away in 1999, I had to sell our family home. Victor went
above and beyond in prepping and selling it. As a trusted advisor, he "held our
hand" during a very difficult time.

More recently, in my role as a board director at the San Francisco Historical Society,
I have witnessed the benefit of Victor's very generous support of our museum and
educational programs.

Over the nearly 40 years I have known Victor, he has been an active, contributing
citizen of our city. I consider myself truly fortunate to have his friendship and the
associated advice and support he has provided.

I would be more than happy to answer any questions regarding this letter, and can
be reached at realsystems@msn.com or (415) 751-5669.

Sincerely,

Thomas W. Gille

# EXHIBIT 85



Since 1979
CHANDLER
PROPERTIES

November 4, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Dear Judge Seeborg:

I am writing to you to tell you about my experience with Victor G. Makras. Victor is in the same business as I am. We both are owners of our own real estate and property management companies. I knew of Victor for many years. I heard about some of his real estate dealings and I heard about his company. I heard he was very successful in his business, and I never heard during these years anything negative, but I did not know him on a personal or business level. I just heard about him because he was in the same business. However, about ten years ago, I was introduced to Victor and his wife Farrah. They were my neighbors in the Marina District of San Francisco. We live two blocks from each other. They invited me to their home, and I also would see them at various activities around the city. I enjoyed talking to Victor about our similar businesses, and I was so impressed with his story. He was in his office every day very early, and I began to realize from our conversations just how he had created such a great business – he worked hard and took care of his business. I also saw the other side of Victor – not just his business side. I was incredibly impressed by the way he always treated his wife. He was always by her side and supporting her in her activities. He joined her in her interests, and they both were involved in joint interests relating to supporting the arts and other charities in the city.

I would run into them walking at Crissy Field together on a Sunday evening. And I would see Victor with his daughter on Chestnut Street going into our local movie house to enjoy a movie with her. I began to realize as a neighbor seeing he and his family coming and going, that Victor was much more than a good businessman. He was a very involved and totally committed husband and father.

He has always treated me with kindness and respect. We might be in competitive businesses, but I never felt that in any way from Victor. He was gracious and supportive to me, and I respect him for treating everyone that way. I believe Victor is an honest and hardworking man, who puts his family and friends first in his thoughts and actions. I hope he and his family continue to live in their home near me. They are great neighbors, and I am lucky to have been able to get to know them in these last ten years.

Very truly yours,

Carolyn Chandler
President
Chandler Properties

# EXHIBIT 86

To the Hon. Richard Seeborg
United States District Court of the Northern District of
California
450 Golden Gate Avenue
San Francisco, CA 94102

Nov. 5, 2022

I'm writing this letter so that you can look at the character of Victor Makras from my perspective. I had met Victor when he was in high school, I was a good friend of his older brother Peter who I had met in high school. After I married in 1979 and needed to purchase a home for our family I worked with Victor to help make that purchase. I also know Victor because I became the Godfather of his niece Victoria Makras, I was able to keep in touch with him over the years as I attended many family activities that we were all involved with. During this time Victor has always been a good friend, a great father and husband and I have never heard him say a bad thing about anything or anyone nor heard anyone say anything negative about Victor.

Victor's character has always been to help people and has been very generous with his time in doing so. He has built a great real estate business which he started right after high school, over the years I have seen him hire many young people so that they could start their own careers and offer them his time and expertise so that they could excel and grow.

Victor has also given his time in his involvement with city government, during all that time I had never heard one negative thing regarding Victor, his personality nor his work with any of the departments he had interacted with.

With Regards,
George Allen

# EXHIBIT 87

# LAW OFFICES OF JAMES T. COIS

1656 14th Avenue
San Francisco, CA 94122
415-561-1445 (Office)
jtcois@aol.com

November 4, 2022

Hon. Richard Seeborg
U.S. District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Victor Makras
     1193 Church Street
     San Francisco, CA 94114

Dear Judge Seeborg:

I have had the privilege of knowing Victor G. Makras for approximately twenty-five to thirty years. I was impressed with Victor and the manner in which he conducted himself in his real estate business when he was called upon to do so. I can recall how diligent he was when he was preparing to list the sale of a house or commercial property.

I met Victor when we were both members of a Greek-American organization referred to as DYNAMIS. This organization was dedicated to the purpose of electing young professional Greek Americans who were interested in participating cultural and political events. It was a pleasure to observe Victor's career grow and develop as he provided his real estate expertise to various investors. He worked hard to satisfy the needs of the buyers and sellers. Whether his clients were large or small, all clients were certain that they obtained the services of an experienced and ethical real estate broker.

As a member of the Greek Orthodox Church in San Francisco, (Annunciation Cathedral of San Francisco) the church council and the parishioners were assisted by Victor and others as it endeavored to rebuild due to the devastating Loma Prieto Earthquake. I have always been proud of the work Victor has done to benefit his community.

I have practiced bankruptcy and tax law for over thirty years and found the need, on a few occasions, to seek Victor's market input. While it is beyond the scope of this letter to comment on any past cases, I would like to disclose that the United States Trustee and the United States Bankruptcy Court were pleased with the manner in which the Chapter 7 was administered.

Please contact my office should you have any questions.

Thank you,

Respectively submitted,

James T. Cois

# EXHIBIT 88

EDWARD E. WINGER, M.D.
611 WASHINGTON STREET, #2106
SAN FRANCISCO, CA 94111
November 3, 2022

To Whom It May Concern:

I am a physician specializing in immunology.  I am the former
director of Immunodiagnostic Laboratories, now a division of
Laboratory Corporation of America, "LabCorp" where I was the
medical director.  Subsequently, I was the director of the
Laboratory for Reproductive Immunology (LRMI).  In the
former role, I was active in laboratory research working in HIV.
Subsequently, in my role as director of LRMI, I have been
actively developing laboratory tools to identify pregnant women
likely to suffer preterm birth and preeclampsia enabling early
and effective intervention.  My group is collaborating with
Stanford University and King's College Fetal Medicine
Research Institute.

I have known Victor Makras socially and have been involved
with him in charitable activities.  Most recently, we made a
charitable donation to a San Francisco company training young,
promising individuals in dance.  I have had the privilege of
knowing Mr. Makras over a decade and have numerous
conversations regarding improvements to the city of San
Francisco.

Edward E. Winger, M.D.

# EXHIBIT 89

OCTOBER 28 2022

TO: HON. Richard Seeborg
United States District Court
For the Northern District O California
450 Golden Gate Ave.
San Francisco Ca. 94102

Honorable Judge Seeborg

My Name is James Kay,  I am retired and living in Sacramento Ca., I met Victor Makras in the

Church over 35 years ago, all these years me and my family knows Victor, as a good

family man, a friend, and a good citizen, I remember victor, in his First years as a young man

working so hard to better himself without much family support because His family was not

rich, he worked hard in his life to bring himself up and he made it for himself and his family,

he is a good citizen, a philanthropist, and he was always there to help when asked.

Throughout the years when Victor worked for the City of San Francisco, He was always there

to serve the City and be fair to the citizen's issues.

All the years I know Victor Makras, he has never done anything to Hurt anybody, and he was
very fair on his business dealings, I know firsthand.

I believe and I hope Victor Makras will have your leniency

Very Respectfully

James Kay
3600 Power In Rd Ste H4
Sacramento Ca 95825
916-439-2219

# EXHIBIT 90

William H. Hedden
1838 15th Street
San Francisco, CA 94103

November 8, 2022

Hon. Richard Seeborg
U.S. District Court for the Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94114

Dear Judge Seeborg:

I'm writing to you on behalf of Victor Makras.  I was born in San
Francisco and have worked in the City for 30+ years.  I received my
undergraduate degree at Stanford University and my Juris Doctor
degree from UC College of the Law, San Francisco.  I was a founding
director of a community bank at the age of 29, served on the Board of a
local non-profit, United Policyholders, and I'm a past president of a local
country club.

I have known Victor Makras for approximately 20 years.  I initially met
Victor through a mutual client and have maintained a close working
relationship as well has a friendship.  I have long respected Victor for
his dedication to his work, family, friends and the City of San Francisco.
I trust him implicitly with the management of several properties.  I
marvel at Victor's ability to "do it all" and always with grace and a smile.
Victor is a person that I can count on to be there for me even though he
is extremely busy.

In light of the above, I would ask that you for your leniency in
sentencing Victor Makras.

Yours truly,

William H. Hedden

# EXHIBIT 91

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

I am writing on behalf of Victor Markras. I have been a resident of San Francisco for the past 33 years having relocated from New York in 1989. I came on a three-year assignment for my former employer, American Express, but decided not to return to New York. I love living in San Francisco and have raised two children here in the city.

I met Victor Markras through our two sons who attended pre-school and kindergarten through 8th grade together. My son is a junior in college now so I'll say I have known Victor for roughly 17 years.

I have had a opportunity to know Victor socially and got to meet his wife and children, relatives, friends, and employees over the years.

I can say having attended two holiday parties that all of his team sung high praises of him as a kind, decent and generous boss who truly cared for his people.

As for me, I saw a loving husband and father and developed a good friendship. Victor and I first got to know each other on father/son outings through the school. What struck me was how much he cared for his son Kameron's, well-being and how much he spoke about his wife and other family members.

When a good mutual friend got cancer, it was Victor who came to his aid and helped out. I did not ever know of any circumstance where Victor was not there to lend a hand to someone who needed help or advice.

I had the opportunity to visit Victor's home on a number of occasions and he and his wife Farah were gracious hosts for whatever the occasion was. He was always happy, friendly, caring. He never spoke negatively about anyone and treated his guests and family with the upmost respect.

This is the Victor Markas I have come to know over the years.

Sincerely,

Robert Yakominich

11-7-2022

# EXHIBIT 92

# STEVEN KAY

### ATTORNEY AT LAW

November 14, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     Victor Makras

Dear Judge Seeborg:

We write this letter in support of Victor Makras.

We have known Victor for approximately 15 years, consider him an individual of complete integrity, honesty, and the highest moral and ethical character possible. We have dealt with Victor in a plethora of ways, including transacting business with him as a real estate broker and advisor, as well as appearing before him at the Port Commission when he was a Commissioner.  To that end, Victor has been an incredibly loyal public servant to the City of San Francisco and has dedicated much time and effort to helping to improve the City and all its citizens.

I have witnessed Victor's loyalty, dedication, and devotion to his clients and friends, and have always seen him tirelessly work on behalf of his clients and citizens, many times without compensation, but in the spirit of kindness, generosity and concern.

Victor, in my opinion, possesses the embodiment of a friend in his demonstration of doing whatever is necessary when requested by clients or friends (my experience) and he will go to the utmost level when clients and/or friends express concern or request Victor's assistance.

I consider Victor a great friend and as fine an individual as I have ever had the pleasure of knowing. I unhesitatingly and unequivocally am proud to state that Victor Makras is a good man, a good citizen, a good family man, and the embodiment of what we should all seek to strive and achieve in our respective lives. It is therefore my privilege and pleasure to respectfully request that Victor be granted every consideration possible at this time as he is, simply put, a terrific, loving, and considerate human being.

Very truly yours,

Steven Kay

100 The Embarcadero
Penthouse
San Francisco, CA 94105

F:\Makras, Victor\Ltr. to Judge.docx

Main: (415) 278-9800
Direct: (415) 278-0800
sk@stevenkay.com

# EXHIBIT 93

SCAMPINI, MORTARA & HARRIS

ANGELO J. SCAMPINI (1899-1993)
BEN MORTARA, JR. (1926-2007)
HAIG A. HARRIS, JR.
NEIL S. TURNER

ATTORNEYS AT LAW
235 MONTGOMERY STREET, SUITE 715
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE
(415) 421-8556

FACSIMILE
(415) 296-9322

1 November 2022

The Honorable Richard Seeborg
United States District Court Judge
for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA   94102

Re: Victor G. Makras

Dear Judge Seeborg:

As a long time friend of Victor Makras, I send this letter to the Court to express my personal 0feelings and thoughts about the character of Victor, about who he is as a man and who that man is and has been for so many years to his many friends as well as to the citizens of the City and County of San Francisco.

My thoughts are premised upon years of a social friendship; I have never done business with Victor.  But, during the many, many, times I have sat to table with Victor to "break bread," I have been able to watch his facial expressions, see his eyes and hear the tone of his voice as he speaks of his responsibility towards his fellow man to be supportive; to show kindness; to understand and attempt too satisfy one's needs; to help.  To be kind and not judgmental.

Victor, as I know him, is not one to turn his back to those who reach out for his help.  He has always been a giving person and these are traits I have personally observed.

His many years of past service on Boards and Commissions of the City and County of San Francisco also reflect Victor's commitment to his fellow man at large -- all people/citizens of this complex city.

Victor Makras, Your Honor, is a good, kind man; he is a man of integrity; who I am proud to call my friend.

This letter may be made a part of the public court record.

Sincerely,

HAIG A. HARRIS, JR.

HAH/lp

# EXHIBIT 94

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

I am writing in support for Victor Markras in the consideration for his sentencing. I have known Victor for over 15 years since our kids were in school together. We bonded over our kids and our desire to contribute to the society. He has been a friend whose generous advice I have always highly valued. I am not sure if I'd be as successful with what I have managed to contribute to Jackie Speier's work without his observations. He has also been a valued businesses partner, and he helped me navigate the complexity of the economic meltdown in 2007, and his sage advice guided me through the worst of the real-estate meltdown and its many fallouts. I have never had any reason to doubt his integrity, as a matter of fact, It has been my experience that he has never stray into even any grey areas. I will continue trusting him to manage my buildings if he is able to do so. I must add, trust is the most important qualification in this business, and having been in the business for a long time, Victor is most deserving of it.

He was also a board member of San Francisco Employees' Retirement System, and I am personally familiar how the changes that he advocated, at a personal political risk, saved the system $10's of millions for SanFrancisco Employees. He has put in tremendous amount of work into it, all without pay, dealing with all the complexity of that position, for the benefit of the city.

His  public service work was taking place all the while running a demanding business and being an active father to his kids – among them a special needs daughter that he had adopted. These are not just words, I was with him at the many games and family events that we particpated together. To this day, I have no idea how he managed to get it all done, while being a good friend to me and many others. I am extremely sad about the events, as Victor is a beloved friend, and a vaued member of the community. It is not often that I meet people with such extraodinary minds, and the abity to contribute in the most complex cituations.  I am proud to count myself as one his friends.

Having started work at 18, and having built everything in his life by himself, he has never made a point of it – just working, building, taking care of the family, contributing, and getting things done. I deeply hopeful that we would not be deprived of his presence for too long.


With Respect,

Michael Bykhovsky
2350 Broadway
San Francisco, CA 94115

# EXHIBIT 95

My name is Dino Farmas, and I have known Victor Makras for almost 40 years, through business, community and family. He has been a valued, respected member of the community, and a great friend to me.

In 1972, my wife and I immigrated from Greece and made San Francisco our home. We owned Noe Valley Pizza Restaurant on the corner of 24th and Sanchez and later Bambino's on Cole Street. We raised our daughters in San Francisco before moving to Hillsborough. We are now retired but still are property owners in San Francisco and use those investments to provide for our retirement.

Throughout my many years knowing Victor, I have seen him as a businessman helping and guiding his clients - many of whom he has had for decades. He is a man of high values and character, always helping our community both here in San Francisco and afar by donating, fundraising and bringing awareness to many important causes like providing relief to those in Haiti devastated by earthquake.

I have also seen first hand who Victor is as a friend, both to me and others. He is selfless and compassionate, and many of us have benefited from his expertise and guidance . His friendship and kindness has meant a lot to me and I know I am not the only one.

Sincerely,

Dino Farmas

# EXHIBIT 96

George Tsiplakos
262 Delmar Way
San Mateo, CA 94403
November 17, 2022

Hon. Richard Seeborg
United States District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

I am writing this letter on behalf of my family friend, Victor Makras. My name is George Tsiplakos and I've known Mr. Makras for over 40 years. My father Nick Tsiplakos and I were successful business owners of Orangeland and 23rd and Mission Produce in San Francisco. Our families became acquainted well over 40 years ago through the Greek community and the many church functions which evolved into a long standing wonderful relationship with Mr. Markras and his family.

Our relationship grew not only on a personal level through the Greek community which Mr. Makras became an integral part of always lending a helping hand volunteering for multiple functions and never wanting anything in return. But also on a professional level when Mr. Makras became a successful Realtor who helped manage my father's properties until his passing in 2011 and then helped me with my own over the last several years.

When my father came to this country from Greece he worked hard over the years building a reputation for himself as a hardworking, honest man and during this time he befriended Mr. Makras in which he became the property manager for my father's Estate. My father always respected and admired him for his ability to professionally guide him regarding real estate matters, always providing my father with hours of free consultation and advice, never asking for anything in return. He appreciated Mr. Makras' outstanding work ethic, impeccable reputation and always looking out for the best interest of others not only professionally but he admired the love he showed for his family as well. Their relationship was built on trust, mutual respect and honesty.

After my father's passing Mr. Makras continued to provide my family with the same honesty and respect that he gave my father, helping me on numerous occasions with some difficult property issues, never asking for anything in return. He is truly a pillar of strength for our family and continues to take pride in helping others.

Sincerely,

George Tsiplakos

# EXHIBIT 97

 **CLINT REILLY**

November 17, 2022

Clint Reilly, Chairman and President
Clint Reilly Holdings
465 California Street
San Francisco, CA 94104

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

I am writing as a character witness for Victor Makras. The first time I met Victor, I was in a group of prominent business leaders and Victor was introduced by one of the group – a highly respected owner of a San Francisco construction firm and partner in the San Francisco Giants franchise – as a "serial server ". Indeed, Victor has been a Fire Commissioner, Port Commissioner, Police Commissioner and a Member of the San Francisco Retirement Board. These volunteer positions are time consuming, taxing and require a genuine commitment to public service. Victor Makras has spent as much time and effort volunteering for our city as any person I am familiar with.

Victor has meticulously built a highly successful real estate company that is based on the trust he commands from a wide range of small investors who hire Victor to manage their residential rental properties. These owners invest their life's savings in relatively small multi - unit buildings that Victor manages with a high degree of personal, hands-on involvement. He is known for his deep knowledge of the San Francisco market and the remarkable number of independent owners who trust Victor to manage their buildings honestly for their benefit.

Victor and his spouse Farah are extremely generous donors to numerous San Francisco causes and organizations. Their generosity extends to scholarship funds for low-income students such as Bay Scholars to community organizations such as the Booker T. Washington Community Center to major Arts organizations such as The San Francisco Symphony and the Museum of African American Art.
I have been acquainted with Victor for many, many years but I have known Victor very well for the past seven to eight years. I frequently have lunch with Victor, see him at charitable or political events, talk to him on the phone. In public and private moments, Victor has never said an inappropriate word or gratuitously besmirched the reputation of another person. Victor is a well-known advocate for racial equality and diversity. His roster of friendships crosses all ethnic groups and income levels in our community.

Public life can sometimes be an ethical minefield as opportunities for personal financial gain arise in unexpected contexts. I have never known Victor to cross a line in any endeavor related to his many years of public service to San Francisco. From my perspective Victor Makras' sole agenda has been to serve San Francisco faithfully and well.

Sincerely,

Clint Reilly

1

# EXHIBIT 98

**PETER J. PANAGOTACOS, M.D.**
*Board Certified Dermatologist*
*Hair Restoration Surgery*
*2001 Union Street, Suite 520*
*San Francisco, California 94123*
*Telephone: (415) 922-3344*
*Fax: (415) 921-7759*

November 17, 2022

To : Honorable Richard Seeborg
Re: Victor Makras - Character Reference Letter

I have known Mr. Victor Makras for over forty years as a friend of the family, as our mothers were good friends working together at the Greek Orthodox Church Food Festivals at 245 Valencia St. Over the past twenty two years I've asked Mr Makras to manage a small apartment house at 516 Stanyan St which I've owned since 1971. Twelve years ago he helped me with the renovation of the building which has historical value as it was built in 1909 by William Randolf Sr- as a get away home next to Golden Gate Park. In 1980 when the small cottage next door to it was about to be demolished to build a large apartment house I intervened and purchased it from the developer in order to preserve the last cottage of its kind in San Francisco. During all these years of acquaintance I've been fortunate to have had good honest advice and consul from Victor.

Sincerely,

*Peter Panagotacos MD*

Peter Panagotacos MD, FAAD

# EXHIBIT 99

November 15, 2022

The Honorable Richard Seeborg, Judge
**United States District Court**
**Northern District of California**
San Francisco, CA 94102

Dear Judge Seeborg,

I respectfully submit this letter which is written in full and unequivocal support of Mr. Victor G. Makras.

Victor Makras has been my friend for close to 40 years. In all that time, I have had nothing but the highest regard for his character, for his compassion and generosity in all matters, and for the depth and breadth of his pro bono services to the City and County of San Francisco as well as to the Bay Area's myriad and diverse communities.

I have dealt with Victor Makras on many issues over a significant span of time and at many levels of involvement. Throughout all these interactions, my respect and admiration for him never faltered or lessened to any degree whatsoever.

Prior to my 2011 retirement and in addition to my private sector business activities, I served in the administrations of six San Francisco mayors from Dianne Feinstein through to Edwin Lee. Four times I was President of the San Francisco Public Utilities Commission. Three times I was President of the San Francisco Civil Service Commission. For twenty years I was Chairman of the San Francisco-Manila Sister City Committee, an adjunct respectively of the Mayor's Office of Protocol and the City's Departments of International Trade and Business Development. Concurrently with those positions, I was Chairman of the national advocacy organization for the Filipino American community as well as Chairman for the broader coalition of national Asian and Pacific Islander groups.

In all these public sector and civic activities, Victor Makras was a staunch and unfailing ally who worked tirelessly in behalf of his fellow San Franciscans as well their diverse communities, constantly contributing his exemplary talent, time and treasure for the greater good.

I hope that the above information will aid in broadening the court's perspective in regard to Victor Makras as well as his long record of solid and positive achievements in behalf of a great number of people.

Sincerely,

E. Dennis Normandy
2769 Brooks Range Drive
Prescott, AZ 86301

# WORK

# EXHIBIT 100

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

In these days of cynicism and rancor in the American media, politics and culture, it's hard to believe that a person's life could be based solely on helping others.  Over the past 17 years, this is all I have seen from Victor Makras.

Mr. Makras is the property manager of my Outer Sunset entertainment venue and bar, The Riptide, which I have owned for nearly 20 years.  Victor was hired by the landowners to manage the property about 4 years into our tenancy.  The owners had a better offer for rent and our lease was nearly up.  After meeting with Victor and speaking on the phone with him to explain the unique community of neighbors, musicians and friends that this space had created, he spoke with the landowners and they assigned us a new 10 year lease, at the same below market rent.

It's hard to imagine that a person exists who simply loves to help others and gets excitement and reward from making people's dreams and careers blossom. This is who Victor is.  He is selfless and never wants any recognition for his efforts.  His reward is seeing others succeed.

My story gets absolutely, unbelievable from here.

By 2015 The Riptide had become a bit of an iconic community hub and the only entertainment venue on the West side of San Francisco.  On August 18th of that year the venue was destroyed by a fire emanating from the liquor store adjacent to it.  As I watched the flames being extinguished by the SFFD, I received a call from Victor.  This was the first call I got that day and the first words out of his mouth were, "Don't worry David, I have been through many of these situations, we will get through this."

The following day at 10 am I received a call from my architect, Suheil Shatara.  He told me that I needed to walk 5 blocks over from my apartment in the Mission District to 998 Valencia St.  Upon arrival, I was shown one of the most magnificent independent entertainment venues I had ever seen.  Suheil told me that the venue was being demolished the following day.  He said "What if you can't rebuild The Riptide?  This place is rustic and so much in the same vein as Riptide, it's worth knowing about."  I knew it was impossible for a broke, ex landscaper with a burnt down bar to ever consider trying to save this truly magical space in the heart of the Mission.  It was very tragic that in just 48 hours the city was loosing 2 entertainment venues.

Jonathan Siegle, the owner of the venue, introduced himself that day and I asked who the landlord was.  He replied, "Victor Makras."

Stupefied, I hit redial on my phone and Victor picked up on the other end.  He told me not to worry, he's dealt with dozens of these types of situations.  I said, "Actually... I'm at 998 Valencia".  Victor talked about what a shame it was that Jonathan couldn't continue on.  (Jonathan had trouble making money during his 9 years at the address due to the lack of a liquor license.  Victor helped Jonathan also, deferring $50,000 in rent, but Jonathan had had enough and needed out) I asked Victor what he thought about the possibility of me trying to get a liquor license into the space to save it.  He replied with 3 words, "Let's do it!!"

And so, began the past 7 years of my life.  Victor assigned Jonathan's lease to me in December of 2015.  The Riptide was rebuilt in less than a year due to Victor's mastery of navigating these disastrous situations and his experience working with insurance companies.  That venue has been thriving ever since.  We were then able to bring in a liquor license to 998 Valencia, which is now called Amado's.  This was no small feat as Amado's is located in the Mission Liquor Moratorium Special Use District.  Thankfully, after 3 Years of working with the Planning Commission, community members, Senators and Supervisors who had a desire to save any of the dwindling independent entertainment venues that were at risk, we made this impossible dream a reality.

Now, I mentioned that I was broke.  Year after year went by and I sporadically paid some rent.  I felt guilty as the amount of money I was owing Victor was getting to be around $250,000 then $300,000.  I could see in my mind's eye that this venue would become a profitable landmark someday, but I needed time.  Can you imagine ANY landlord allowing this to happen??  When I sent Victor emails crushed by exhaustion and guilt about the debt, his reply would be...  "You are the best operator in town.  It will all work out."

Victor is one of the most unique human beings ever created.  These series of events are just too unbelievable to fathom... but there's more.  2 years ago during the heart of the pandemic Victor, still believing in my vision and myself, gave me a loan of $520,000 at 2% interest. This was for a portion of the back rent and working capital to get through yet another disaster and finally cross the finish line to profitability.

I am very proud to say that last month we crossed that finish line.  Both venues, Amado's and The Riptide, are now operational and profitable.

50 San Franciscans are employed at these places, as well as 40 subcontractors, because of Victor's selflessness, generosity and kindness.  Tens of thousands of local and touring artists have 2 beautiful venues to perform in 365 days a year.  Hundreds of thousands of San Franciscans and visitors to our beautiful city are coming through these establishments bringing them joy, love, happiness, but most of all, a break from the cynicism and broken, hateful politics of our times.  These are places to forget about the troubles of the world and celebrate each other and life itself.  Places to hear differing points of view and perhaps learn something from others to start bringing people back together again after too many divisive years. These venues exist because of Victor's willingness to offer such unbelievable favors to one of his tenants.  His mark on the arts and culture of San Francisco is now indelible.

Mr. Makras has become the greatest mentor a person could ever have.  My dreams are only alive today because of him.  As I've gotten to meet some of his friends at holiday parties and events, they all say the same thing, Victor has simply always loved to help people.  I hear this from all walks of life including his childhood friends.  They say he's been helping people since he was a child.

Thank you for listening to my story.  Victor is too humble to have me mention him in any of the dozens of articles written about these venues for publications of all kinds.  None of my employees or the artists who perform know of Victor or that he is the reason for their employment or the stage they are playing on.

You are one of the few people to have ever heard this story.  I hope this letter sheds some light on the reality of this incredible human being.  Victor will spend the rest of his life helping others with no fanfare or credit, just the satisfaction of seeing others succeed.

Thank you for your time.  Feel free to contact me with any questions, clarifications or documentation regarding anything in this letter.

Sincerely,
David Quinby

Amado's / The Riptide
415-240-8360
david@amadossf.com

# EXHIBIT 101

November 7, 2022

Re: Victor G. Makras

Honorable Richard Seebord:

Hello, Your Honor, my name is Amaranta Celena Colindres. I was made aware of the situation involving Mr. Victor G. Makras and would like to add my account of who this man has been to my family and community for your consideration.

I consider California home, and my first memories are from San Francisco. I met Mr. Victor G. Makras in 1988, when I was seven years old. He began a working relationship with my father, Raul Eduardo Colindres, Sr., a building maintenance and repair person. My father had the good fortune of being introduced to the young, ambitious Mr. Makras, who needed a reliable person to help him provide maintenance and repairs for his real estate and property management business. My father, a recent widower and single parent, needed consistent work to support his family. It was a symbiotic relationship. Over the decades, Mr. Makras and my father gained deep respect and affinity for one another.

My siblings and I would often accompany my father to work. Staff at the Makras Real Estate office became like our extended family. His administrative assistant, Judy, his realtor, Beverly, and several others saw us grow from children into confident, thriving adults.

I remember waiting in the office while he and my father discussed work. His level of patience no matter the urgency of the issue was admirable. He was always available to advise my father on taking care of a client or to provide thorough instructions. It didn't matter that my father was covered in dirt and grease, Mr. Makras, or Victor, as we called him, treated him with the same dignity that he did mayors and other prominent figures.

I admire him for this and for all he has achieved—starting as an 18-year-old real estate agent to an accomplished broker and civil servant who cares about improving properties, families, communities, and the future of San Francisco.

Victor's success speaks to his high standards, whether that be diligently following building codes and tenant law or giving people his complete focus and attention. I saw firsthand the properties Victor's business managed, and there were many. I saw how he treated people. I saw him try to do right by people, helping tenants, building owners and others meet their professional needs. If a tenant needed a new toilet wax seal, doorbell, paint job, or an owner needed to buy or sell a property, each need was well considered, managed and resolved.

Victor's success is the success of many, as he does not hoard his blessings. Without the opportunities he provided for my father to support our family, we would not be who we are today. And for that we will always be grateful to him.

As a person of faith, Your Honor, I am confident that Victor Makras is a good human being based on his integrity, respect for others, how he honors his commitments and how much he has helped improve people's lives.  Victor Makras is a devoted husband and father. It would very much hurt our families and community if he were to be removed from us.

Lastly, Your Honor, please know that my siblings and I lost our mother when I was six years old. By my father's hard work and the stability Victor provided, we were able to move beyond the neighborhood violence that took her from us. We are a success because of Victor.

We are grateful for Your Honor to consider this in your judgement, as well as the negative impact on the community if Victor were to be removed.

Thank you for your time and attention to my words, and I send blessings to you and your family.

Kind regards,

Amaranta Celena Colindres

# EXHIBIT 102

November 11, 2022

United States Chief District Judge Richard Seeborg
San Francisco Courthouse, Courtroom 3 – 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

Re:  Letter of Support for Victor Makras

Dear Judge Richard Seeborg,

I am writing this letter on behalf of my sister Beatrice Jackson Henry (Bea) in support of Victor Makras. Bea Jackson Henry passed away on November 2, 2022 so she could not write this letter herself. Prior to her death, she frequently expressed her sincere desire that I provide support to Victor Makras as he had supported her tremendously in her life.

My sister Bea met Victor Makras in the late '80s. Bea had just passed her Real Estate Broker examination but could not find employment. As an African-American woman, she was not accepted in the predominately white San Francisco Real Estate industry and had repeatedly applied and been denied job opportunities. Victor Makras opened the door for Bea to work as a Real Estate broker when others would not. Victor was the only broker who offered her that opportunity. Bea worked for Victor Makras until her death earlier this month. Victor treated Bea with tremendous dignity and respect throughout their relationship, not only as a colleague but as a valued family member. Victor's children called her "Aunt Bea."

Please consider Victor's character. Victor has dedicated much of his life to providing opportunities for people of color, like my sister Bea, who only needed an opportunity to thrive in San Francisco. He is a very open and giving and does not ask for anything in return other than friendship. Victor has done many good things for the people of San Francisco, many of which are unknown due to his humble nature. The African-American community in San Francisco needs more people like Victor.

Thank you for hearing about my sister Bea's relationship with Victor. I hope you understand that he is a good person.

Sincerely,

*Zula Jones*

Zula Jones
354 Waller Street
San Francisco, CA 94117
415-716-3557

# EXHIBIT 103

Gerard O'Keeffe
188 King St., Unit HOA
San Francisco
CA 94107

Nov 7th 2022

Hon. Richard Seeborg
United States Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

I am writing to you to express my full support for Victor Makras who has been a trusted colleague to me for the past 20 years.

A brief background on myself... originally from Ireland, I moved to California in 1988 and worked in the High Tech business for 13 years before converting to a real estate investor in San Francisco.

Victor's company provides property management for properties I own in San Francisco. Being new to the real estate industry many years ago, I was fortunate to collaborate with Victor. He mentored me in how to deal with the trials and tribulations of rental property management in the City. His knowledge and insight in his specialist field are truly remarkable and his personal approach and the manner in which he conducts himself and his business are impeccable in my experience. He has always been at the end of a phone, no matter if its day or night, weekday or weekend, to offer sound advice and support whenever I have needed it. He gives his time freely, selflessly and without reserve in a friendly, professional and extremely competent manner. Whatever the problem, no matter how simple or complex, Victor has gone out of his way to guide me through the varying situations that have arisen and I have had nothing but positive outcomes as a result. He is a priceless resource to me and my business and I cannot thank him enough.

On a personal note, I must make reference to his compassion and understanding. Not only has he given me support and advice through my business dealings, he has also been a most valuable source of knowledge and experience when dealing with children with mental health illness, a difficult and painful scenario that we both have had to deal with. Victor's frank, truthful and heartfelt sharing of his situation have helped me to guide my own child through what was a very difficult time for myself and my family. For this I will be eternally grateful to him.

In conclusion, I would just like to say that Victor is one of the world's remarkable people and I feel honoured to be able to call him a colleague and also a friend.

Sincerely,
Gerard

# EXHIBIT 104

Hon. Richard Seeborg
U.S. District Court
Northern District of California

Nov. 2, 2022

Dear Judge Seeborg:

My parents (deceased) and I have known Mr. Makras for over 50 years. He was manager of my parents' property on Mission St. and later handled the sale of this property.

My experience with Mr. Makras was always a positive one. In all the years I have worked with him, I never once questioned his integrity. I truly believe and feel — all the desiseons he made were with the best of entenreons — for his clients.

In closing, I am thankful that my parents and I had the privilege of working with such an honorable man.

Sincerely,
Diana Piombo
DIANA PIOMBO

# EXHIBIT 105

October 28, 2022

Honorable Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, cA 94102

Dear Judge Seaborg:

I am writing to you regarding Victor Makras. I'm pleased to say that I was Victor Makras's first employer. Our families have been friends for over 50 years first meeting at The Annunciation Greek Orthodox Church in San Francisco. I have known Victor since he was very young. His father brought him into my office when he had just turned 18 and asked if I would please hire him to learn the real estate business. I was most happy to do so as I felt this young looking man would be an asset and, quite frankly it was a favor to his father. Victor, as it turned out was a quick learner always anxious to complete his tasks in the most professional manner. He was always anxious to learn. He always conscientious and followed the real estate rules and regulations.

I have personally known Victor, his immediate family and extended family. I can honestly say that they are all upright, devoted and dedicated loving family. They have instilled these values in their children which includes Victor.

In all the years that he worked with me I found him to be honest, hard working and diligent in all that he took on to complete a sale or task.

Victor has genuine good character and kindness to all.  During his employment with me we never had a negative incident regarding our transactions with our clients.   All transactions were completed without issues.

I'm very proud to say that I gave him his start in real estate and, he took it to the top opening his own office with a very successful business.  He also made time to volunteer many days, hours and months to the various city positions he held.  In addition he served as President of the San Francisco Real Estate Board which, is quite an accomplishment.

Victor has been most helpful and kind to me since my retirement.

Most Sincerely,

Constantine Glafkides
873 Tioga Drive
Millbrae, CA 94030
650-697-0244

# EXHIBIT 106

November 1, 2022

The Honorable Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Ave.
San Francisco, CA  94102

Dear Honorable Seeborg,

My name is David F. Gallagher.  I am 82 years old and a native San Franciscan.  I was born Feb. 8 1940 at St. Joseph's Hospital.  I lived in Bernal Heights, graduated from St. Anthony's grammar school in 1953 and Riordan High School in 1957.  I joined the California National Guard that year.  In 1959 I was made a sergeant and I left in 1965 when my listing ended.  I was married in 1966 until my wife of 51 years passed away from melanoma cancer in 2017.  We have 3 children, all of whom are school teachers – two in high school and one in grammar school.  I was president of the South End Rowing club in 1967, the San Francisco Real Estate Board in 1976 and Vice President of the State Association of Realtors in 1977.

I have known Victor Makras for about 40 years.  I have done business with him, and when I retired I turned my business over to him.  My customers are very happy to have Victor in charge of their needs.  I have been with Victor at Joe's of Westlake quite a few times; when he sees someone in a military uniform he buys them lunch.  He is a patriot and a straight shooter.  I totally trust Victor as do my customers.  He always takes cares of clients with honesty and respect.

I cannot think of many people I respect as much as Victor Makras.  I do hope that he and his family will have a very very merry Christmas.

Sincerely,

David F. Gallagher
1675 Escalante Way
Burlingame, CA  94010
(650) 697-0946
(415) 860-0946

# EXHIBIT 107

*Colby A. Matthes*
*3701 Washington Street*
*San Francisco, CA 94118*
*(415) 440-3878*

November 8, 2022

Hon. Richard Seeborg
United States District Court for Northern California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

I am writing this letter on behalf of Mr. Victor Makras. I am a sophomore at Stanford University but am from San Francisco and have known Mr. Makras for many years as I intervened at Makras Real Estate over the summers throughout high school.

I look back at the internship opportunity that Mr. Makras afforded me and view it as truly transformational. I had never worked in an office before and Mr. Makras made sure that I worked in all facets of his firm, from helping the receptionist, with mundane tasks, depositing bundles of rent checks at the bank, touring remodeling opportunities to attending open houses and going to important business meetings and lunches with Mr Makras himself, it really ran the gamut. This broad overview of real estate property management and brokerage really helped get me rapidly up the learning curve.

Given the multiple summers I worked at Makras Real Estate and the wide variety of areas I worked in I really got a great sense of the corporate culture and Mr. Makras himself. I always witnessed Mr. Makras having the upmost integrity and was always seeking to do the right thing. Mr. Makras always treated me as a high-school intern with the same level of patience and respect that he afforded clients or more senior folks. He really was a great mentor to me, I learned a lot from him and for that I am very thankful.

I hope this letter is useful to you.

Respectfully,

Colby A. Matthes

# EXHIBIT 108



ATTORNEYS AT LAW

GOLDSTEIN, GELLMAN, MELBOSTAD, HARRIS & McSPARRAN   LLP

1388 SUTTER STREET
SUITE 1000
SAN FRANCISCO
CALIFORNIA 94109
(415) 673-5600 TEL
(415) 673-5606 FAX
**www.g3mh.com**

November 14, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:   United States v. Victor Makras - Sentencing

Dear Judge Seeborg:

I have been a San Francisco real estate transactional attorney for 39 years and have lived and worked in the City throughout that time.  I also serve part time as a Governor appointed member of the Architect's Board of the State of California, and I serve as Secretary of that  State Board. I have served on the Boards of several San Francisco nonprofits including Friends of the Urban Forest and The San Francisco Historical Society, and I served as Chair of  the Western Addition Neighborhood Association early in my career.

I am writing to you to discuss my knowledge of Victor Makras.  I first met Victor about 30 plus years ago when I appeared many times before him when he was a Member of the San Francisco Board of Appeals. At that time, I represented a number of property owners whose permits to building or renovate had been appealed to his Board. I was always impressed by his professionalism, his good judgement, and his clear communication to the audience about the reasons for his decision-making.  It was well known to me and my clients that we could not expect a favorable vote from Mr. Makras because I or my clients were members of the real estate industry in town. Victor would thoroughly vet each party's brief and presentation and it was well known that Victor had no tolerance for dishonesty in legal arguments and in the delivery of facts.

After he was no longer a Member of that Board, we got to know each other better as we had clients in common and supported many of the same charities and the same political candidates and ballot initiatives. As far as I can recall (and 30 years is a long time)   Victor has never been a client of mine at my previous firms and I have not been a client of his.  Nonetheless, we remained in touch over the years, and I have always valued our friendship.

While I am aware of the many charities that have benefitted from Victor's assistance, I  will not cover that territory because I am sure that others will do so.  I simply wanted to express my long-held belief that Victor is a fair and wise person who has provided an enormous amount of his free time over many decades serving on a number of City Commissions.  I do not know of any other Commissioner who has been appointed or reappointed by as many Mayors as Victor Makras, indicating to me that the highest elected officials in our City have consistently shown great confidence in Victor, his judgement and his honesty.

November 14, 2022
Hon. Richard Seeborg
U.S. Dist. Ct., Northern Dist. of CA
RE: Sentencing of Victor Makras
Pg 2


I would like to mention just one of the instances in which Victor has provided me with assistance with no compensation or advantage to Victor. I once had a firm of Gladstone and Associates and employed several non-attorneys as staff. One of my staff members at that time had a difficult time with her emotions and acted out to the detriment of other employees and in once instance, that employee physically threatened another, and I had to shut down my law office for several days at great expense. I filed a report with the Police Department but received no response at all. Victor had formerly been a member of the San Francisco Police Commission, so I called him for advice as to what to do. Victor provided me some valuable advice and called the local Precinct Captain, which resulted in a small Police Department intervention which brought the matter to an end without criminal proceedings or harm to any party.

Thank you for your consideration.

Very truly yours,

Brett Gladstone, Of Counsel
**111122B.docx**

# EXHIBIT 109

Daniel Ariza
148 Montalvin Ave
San Pablo, CA 94806
November 7, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Hon. Richard Seeborg,

My name is Daniel Ariza, and I have worked for Makras Real Estate Company as an independent
contractor since I started in January 2018.

The reason for this letter is to attest that I have worked under the supervision of Mr. Victor
Makras, and in the short time I have known Mr. Makras, he has been very supportive of my
day-to-day job duties as an independent contractor. I have always been able to count on his
support to conduct my job responsibilities effectively and efficiently. I have seen his willingness
to help the tenants resolve housing issues appropriately and promptly. In my experience, Mr.
Makras has been responsible, honest, and reliable. A quality I admire about Mr. Makras is his
communication skills;  where I have seen him handle work situations with staff, contractors, and
tenants in the most respectful manner.

Please know that under his leadership, I have felt supported and continue to do my work with
pride and excellence.  Should you have any questions, please feel free to contact me at (415)
573-8156.

Sincerely,

Daniel Ariza
(415) 573-8156

# EXHIBIT 110

October 29, 2022

James Franklin Krohn
501 E 87th St 3K
New York, NY
10128
415-515-9048

Honorable Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA
94102

Re: Victor Makras

To the Honorable Judge Seeborg,

I was a resident of San Francisco, CA for twenty eight years before moving to NYC in early 2020. I first came to know Victor Makras when I took tenancy in a building that he owned at 400 Dolores St. Apt 9. SF, CA, 94110 where I lived from 2008 until 2020.

My first experience with Mr. Makras was at lease signing when the leasing agent for the building had made an error in quoting the monthly rent rate, below what the unit was permitted to rent for according to the city of San Francisco. Because of this error Mr. Makras honored the lower price and I moved into the building where I lived for a little over twelve years.

Victor Makras was the type of landlord that would pick up the phone himself if there was a problem in the building or a repair that needed to be done. He was proactive, detail oriented, and worked quickly to solve problems related to maintenance.

In 2014 I started to have issues in my bathroom with mold which commercial cleansers were not solving. I stayed in communication with Mr. Makras about the issue and he was responsive trying first to remedy the issue with deep cleaning and re-caulking all the fixtures. After a brief while it became clear that the mold was reappearing and Victor voluntarily pulled out all the fixtures, removed the dry wall and re-installed a new bathroom with mold-resistant finishes. He did this at no charge to me and without an increase to my monthly rent.

Over the years I ran into Mr. Makras and his family at cultural events and philanthropic happenings in San Francisco and he always greeted me warmly and as an equal despite our very different socio-economic stations in life. I frequently saw Victor and the Makras family listed as benefactors for charitable events, cultural happenings, as well as Family Builders which is a non profit family and adoption agency that connects prospective parents with children in foster care. Victor personally supported my Aids Walk SF fundraising drive on more than one occasion.

During the pandemic Mr. Makras personally reached out to me several times to check in and see how I was doing. I wish I could tell you that the experience that I had in a Makras owned property was similar to other landlord/tenant relationships but I can't and I have never had such a kind and compassionate landlord in my many years as a renter in San Francisco.

The gesture that was perhaps most meaningful to me personally was a final one: when I had decided to leave San Francisco and move to NYC Victor Makras allowed me to store most of my belongings in the building at no charge as I moved my personal possession in stages over course of the next year. This saved me thousands of dollars in storage fees, at a time when I had concerns about my financial future

There are many more anecdotes that I could relate to the court, but some are more personal and perhaps a bit harder to quantify.  It is my firm belief that Victor Makras is a good and honorable person, with a strong and many year commitment to civic duty, to community involvement and giving, and with a degree of caring about the city of San Francisco that is rare.

I remain at your disposal should you wish to discuss this with me further.


Sincerely-James Franklin Krohn

# EXHIBIT 111

Patrick W. Johnston
1964 16th Avenue
San Francisco, CA 94116


November 7, 2022


Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102


Dear Judge Seeborg:

I am writing to offer thoughts and reflections on my friend, Victor Makras.

I have known Victor, personally and professionally, for almost 30 years. I was a young, green junior staff person, making the crossover from journalism to politics, when I first met Victor in the mid-1990s. Like virtually all of my contemporaries, I looked up to Victor, who even then was a giant of civic affairs here in San Francisco, and I wanted to learn as much as I could from him. And like so many others, I benefited from his great kindness and generosity, as he mentored and supported me throughout my early career, and in my evolving personal life.

Through his good works and professionalism, Victor has uplifted countless people, by helping them find, or remain in, their homes; by providing critical support to fledgling businesses and mom-and-pop shops looking to hang on; by offering free advice and counseling; by steering good governance and sound policies at some of the City's most important public agencies; and through his massive charitable causes and contributions.

Professionally, Victor showed me the way through his hard work and dedication to public service. Despite running a large, complex and always challenging business of his own, Victor has dedicated just as much energy and countless hours to volunteerism, principally but not solely through his decades of service on local boards and commissions. When I left government after eight years to open my own small business, one of the lessons from Victor I took with me was that public service doesn't end when you "graduate" to the private sector; in fact, one needs to rededicate oneself to public life, and continue to give back.

Throughout his tenures on these many boards and commissions, Victor very directly and vociferously kept the focus on the public, the people that we in government are there to serve. He was laser focused on getting results for real people, most especially on the Police and Fire Commissions and the Retirement Board – and, as a result, he helped thousands of police officers and firefighters, and tens of thousands of retirees, do their jobs, build their pensions and secure the resources they needed.

Personally, Victor also helped me with the greatest "crossover" of my life – that from single young man adrift to responsible family man, husband and father. Victor provided counsel and support through the early years of my relationship with my wife, now of 21 years. He helped mentor us through the challenges of parenthood, especially when we were young and unprepared, always providing an extra set of hands, or a warm meal, or just timely advice, when we needed it. He helped us find and move into every home we've ever lived in together.

One summer, when a loved one of mine suffered a life-threatening scooter accident on a remote island in Greece, she and her family needed urgent help. I called Victor. Without batting an eye, Victor leapt into motion, securing a place for the family to stay and helping negotiate with Greek authorities while they secured emergency medical treatment and transportation home. Victor has never met this family. He never sent them (or me) a bill for the accommodations or any of the other costs he covered. He simply helped a friend of a friend who was in dire straits. That's who Victor is.

Later, when one of our children's beloved schoolyard teachers – a victim of horrific gun violence – was in danger of becoming homeless, Victor helped us find and secure an apartment for her. And because my wife and I are subsidizing her housing, Makras Real Estate has refused to pass through the charges for ongoing property management services.

Victor has always embodied a steady hand at the wheel, especially when it comes to parenting. He showed us how and why it "takes a village" to raise strong children. He also conveyed the flexibility and unconditional love that is required to raise kids, and the realization that they, or we, may not always *feel* strong. That's a lesson only a person like Victor could teach me.

Being a father of four is never easy, but Victor has always described it as a gift, embracing a grown son by marriage, two rambunctious boys born in quick succession, and a daughter by adoption with the same profound sense of optimism, dedication and unconditional love.

Simply put, Victor Makras has always been and remains today one of the finest people I have ever known.

I sincerely hope you will take into account his integrity, his legacy of public service, and the enormous good he has done for so many people.


Thank you,

Patrick W. Johnston

# EXHIBIT 112

November 1, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

RE:  Character Reference for Victor Makras

My name is Herb Meiberger.  I was awarded an MBA from UC Berkeley in 1980
and a Chartered Financial Analysts [CFA®] designation in 1987.  I began working
at the San Francisco Employees Retirement System [SFERS] in 1986 and
managed a $1 Billion bond portfolio.  I was elected as commissioner of the San
Francisco Retirement Board in 1992 and served in that capacity for 25 years.  I
have had no financial dealings with Victor Makras.

I have known Mr. Makras since he was appointed by Mayor Gavin Newsom to
serve as a commissioner of the San Francisco Retirement Board in 2010 and re-
appointed by Mayor Ed Lee in 2012.  We served together for seven years, and we
attended monthly Board and committee meetings, as well as interviewed
prospective money managers and service providers who wanted to do business
with the $20+ billion pension fund. Mr. Makras always acted with
professionalism and adhered to high standards of a *fiduciary*, which requires
that decisions be based on the "*exclusive benefit of the members and their
beneficiaries*".  I was impressed with his leadership skills and encouraged him to
run for the Board presidency.

During his two-year presidency, Mr. Makras presided over controversial issues,
most notably staff's recommendation in 2014 to commit 15% of the Fund's
assets, or $3 billion to "hedge funds".  These funds are usually domiciled in the
Cayman Islands [avoiding taxes and regulations] and are managed mostly by
billionaires.  SFERS beneficiaries are not told which managers were hired and
their funding amounts, and no information is provided with FOIA requests.  When
the staff made their presentation, I read a letter written to me by Berkshire-
Hathaway CEO Warren Buffett, which stated "I would not go with hedge funds –
would prefer index funds".  President Makras gave staff ample time to present
their case, which held off the decision for three years.  This decision to hold onto
stocks during the greatest bull market in our lifetimes saved the Fund millions of
dollars … as well as the 2% management fees [$60 million annually] and the 20%
"carried interest".

As mentioned, Mr. Makras and I interviewed many money managers and service providers, and he usually picked up the tab at upscale restaurants. At one of our dinners, I will never forget one of his gracious acts which showed his character and respect for public service. Mr. Makras was always punctual, and we had a drink at the bar waiting for our guests. Near us was a Marine in full military uniform with a woman, wearing a beautiful wedding gown, obviously celebrating their nuptials. Without hesitation, Mr. Makras got the attention of the maître de, obtained the wine list, and sent a bottle of fine champagne to their table to help them celebrate.

Mr. Makras has served without pay to help citizens in his roles on these San Francisco boards: Permit Appeals, Public Utilities, Fire, Police, Retirement, and Port Authority. I don't believe anyone else has served on six San Francisco commissions. Consider that this translates to tens of thousands of hours of public service. And this is tedious work and requires preparation, expertise, and curiosity. Consider how many people he has helped in these roles over the last thirty years.

Therefore, I respectfully request that Mr. Makras's prior service to the city and its citizens be considered in your sentencing decision. Thank you for your consideration.

Sincerely yours,

Herb Meiberger, CFA®
75 El Verano Way
San Francisco, CA 94127

(415)812-2649

# EXHIBIT 113

November 7, 2022

Hon. Richard Seeborg
U. S. District Court for
the Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

**For Victor Makras**

Dear Judge Seeborg:

My name is Raul Colindres and I live in Benicia, California.

I am an independent handyman and have done handyman work for Victor Makras for over 34 years. I met Victor Makras when he had just started to do real estate.

During this time, my wife was murdered in San Francisco and I was completely devastated. I had three little children, ages seven, five and 18 months old which I had to raise as a single parent.

I raised my children all these years with the help of Victor Makras as he gave me a lot of work so I could take care of my children. Without the help from Victor, I would never have raised my children the way I did.

He has been supportive, kind and a generous human being throughout the years, but most importantly during my most difficult times.

The kids have grown up to become productive and decent persons all because of the help from Victor Makras.

For these reasons and more I will always be grateful to Victor.

Sincerely,

Raul Colindres

# EXHIBIT 114

November 4, 2022

Hon. Richarg Seeborg

Unites States District Court for the Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94102

Dear Judge, Seeborg,

My name is Lucia M. Valle, I am a Single mother of one and I have worked at Makras Real Estate for almost twenty-three years now, I Met Mr. Makras in November of 1999 when I was merely 24 years old, my son was almost three years old, at the time staying at home seemed to be the best option for me and luckily I was able to be with my son and care for him myself for over two years but living on one income was not easy.

As I started to look for work and apply, I realized that it was going to be harder than I had anticipated, I was able to get a job at a bakery. I knew that this was not what I wanted to be doing hence it would not be enough to help with the expenses at home with my son etc., while working I was informed about a receptionist job opening at a Real Estate nearby my mother's neighborhood not thinking about it twice, I made a call and scheduled a meeting with the manager at the time, Judith Larios.  Met with Ms. Larios and was introduced to Mr. Makras, he was very welcoming and warm which made me comfortable.  I was accepting of the opportunity he was giving me to start in his company and be part of his working team and eager to start learning something new, my job was reception and to help Maria and Judith on anything they needed, little by little my duties became

more and more, as was excited to help them and learn more along the way. My duties are now different and that is thanks to the opportunities that Mr. Makras has presented me with.

Mr. Makras ash also been very accommodating with time as I needed it with son due to circumstances that would come up at school and family emergencies that have presented themselves in the past, he was and still is very understanding and accommodating.  Throughout the years I have worked with Mr. Makras he has always been a very understanding kindhearted and extremely hardworking honest boss, I have seen how hard he has worked to build his Real Estate practice,

Mr. Makras is a very honest, dedicated, and loving husband and father to his four children, nieces, and nephews and extended family members he has helped other young men by allowing them to get a summer internship in the office.  throughout the years I have seen numerous friends and clients asking for help and him not hesitate to give it.  Mr. Makras gives the opportunity to others if they want to pursue being an agent as a career and would welcome them with open arms to his office.

Having worked here for this long has allowed me to have a better quality of life for myself and family and for that I am extremely grateful.

Lucia M. Valle

# EXHIBIT 115

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Avenue
San Francisco, CA 94102

Dear Hon. Richard Seeborg:

I met Mr. Victor Makras on June 29, 1979, the day I was sworn in as a Commissioner on the San Francisco County Rent Stabilization Board. During my time on that Board, and later as an assistant to Mayor Feinstein, then later as Director of the Rent Board for 9 years, and 12 years as Public Administrator, Public Guardian, and Veteran Service Officer for the county of San Francisco, I found Mr. Makras to be a conscientious realtor and commissioner of various city boards.

Working in the various roles, I found Mr. Makras to be the most honest person working in real estate and a very honest person overall. As a result, my wife and I often referred friends looking for an agent to Mr. Makras. All those who used his services to buy, sell or rent properties found him to be straightforward and honest to deal with. For example, one friend who was having trouble selling her home in the city went to Mr. Makras on our recommendation. Within a brief period, he recognized what was needed, got the work done and sold the house, for which she was very appreciative.

Through the years, we have seen Mr. Makras marry, have children and be a pillar of rectitude in our community. He is honest and straightforward to everyone in his personal and professionally dealings. After years of knowing him, personally and professionally, I still would recommend him to anyone for real estate and believe him to be the most honest person and realtor I have ever known.

Sincerely,

Ricardo Hernandez
1357 Church Street
San Francisco, CA 94114

# EXHIBIT 116

United States District Judge Richard Seeborg
United States District Court for the Northern District of Califoria
450 Golden Gate Avenue
San Francisco, CA  94102

Dear Judge Seeborg:

My name is John Paharis. I am writing this letter in support of Victor Makras.

I have been an employee with Makras Real Estate since 1985 to current. I have the highest regard for Victor as my employer. He has a high-level of professionalism and integrity. Victor provides a great work environment which creates productivity and good morale to his staff. He prides himself on honesty, communication, being a good listener, but most importantly, treating all his employees fairly with the upmost respect.

I have enjoyed working for Makras Real Estate over the years and will continue to do so because I share the same values and work ethics as Victor does. All his employees continue to thrive and succeed under his leadership and guidance. I am grateful and appreciative to Victor for the employment opportunity he has given me with Makras Real Estate throughout the years.

Over the years, I have attended wonderful holiday parties for Makras Real Estate employees hosted by Victor. He makes it very special for his employees by showing his gratitude and generosity to each and every one of us for the work we do for Makras Real Estate every day of the year. It is heartfelt how much he cares and values us as his employees.

Without hesitation, I can truly say, I value Victor not only as my employer, but as a friend and a mentor.

Sincerely,

John Paharis

# EXHIBIT 117

November 2, 2022
Hon. Richard Seeborg
United States District Court for the Northern District of California

Dear Judge Seeborg,

I, Maria Beatriz Lopez, American Citizen, married and with two kids, have known Mr. Makras for about 27 years.

I have worked with Mr. Makras since he started his independent business known as Makras Real Estate. My first position was as a receptionist and then transitioned over time to an accountant assistant. Throughout my years at Makras Real Estate, Mr. Makras has helped me tremendously in growing my skills. On top of growing my skills, he has always treated me with the utmost respect as an employee and person along with my peers.

With my growth in the company, I owe a lot of the credit to him for believing in me and giving me the opportunity to develop not only my work skills but also as a person. He has also helped me learn within the Business Administration field of the properties that Makras Real Estate owns and manages.

Mr. Makras has been a person of tremendous honesty, integrity and respect as well as very responsible with his business throughout my experience as an employee during all these years.

For my personal life outside of the workplace, Mr. Makras even helped my family and I in the purchase of our house located in Antioch, CA. He helped with the negotiations of the price for the property. It was the biggest help anyone could have given me during a tough time in transitioning with my family.

For Mr. Makras, I have the utmost gratitude, appreciation and respect for how he has impacted my life in and out of the workplace. The support he has given me along with my family will never go unnoticed. His character, honesty, and willingness to help others is what makes Mr. Makras an all around great human being.

Best,

Mrs. Maria Beatriz Lopez

# EXHIBIT 118

October 30, 2022

Hon. Richard Seeborg

United States District Court for the Northern District of California

450 Golden Gate Ave.

San Francisco, CA  94102

Dear Judge Seeborg:

My name is Sheila Hagen.  I have worked with Victor Makras for approximately 24 years.  I started working with Victor in 1998.  I am a licensed real estate agent.  I sell and lease properties under Victor Makras' broker's license.  It is during these past 24 years that I have come to know Victor on a professional and personal level.

My experience working with Victor has been nothing but positive.  The fact that I have worked in his office for the past 24 years speaks for itself.  I am not the only person who has been in Victor's office for such a length of time; most of his employees/contractors have worked with Victor for MANY years.    Victor provides a supportive, respectful, and fair work environment. There is a strong feeling of family. He is a mentor and a leader.

Over the years, I have been amazed by his strong work ethic.  He is the first person in the office, and often the last person to leave.  He has built a very successful property management company and real estate business all while raising four children and investing his time in his beloved City of San Francisco.   He is very passionate about his political contributions, and has spent countless hours with NO pay to be a part of our great City.

I started working with Victor around the time he met his wife, Farah.  I attended their wedding reception.  I have watched Victor raise his 2 biological sons, his adopted daughter from Guatemala, and his step-son, Shon Garibaldi.  His two sons are in college, one is graduating soon. His daughter has had some emotional struggles, and Victor has provided love, support, and encouragement.  I have seen her grow tremendously.   Shon started working at Makras Real Estate while in high school.  After graduating high school, like many kids, he did not know what direction to take professionally.  Victor took Shon "under his wing," and has mentored him in his real estate career.  Shon is now married with 2 beautiful children.  He is thriving in his real estate career.  I have seen Shon grow from a boy to a successful, confident man and father.  I give Victor much of the credit.

I started working with Victor in my 20's, and I am now 52 years old. Over the years, I have faced times of difficulty and hardships, as everyone does in this thing called LIFE.  The one person I have always known I can count on is Victor Makras.  He has reliably been available, not only as my "boss," but as my friend.  He has treated me like family. Having a contentious separation from the father of my 2 children, Victor stood by my side.  He offered advice, support, and requested help from his lawyer.  After the separation, I needed to find another source of income as a single mother.   I bought a property with the intention to remodel it for use as an Airbnb (vacation rental).  The remodel project went above budget, and when I needed capital to finish the project, Victor was there to help me.  He did it for FREE.  He pulled me out of my mess, helped me solve my problem, and now the home is finished and I am able to comfortably support my family.  I think it goes without saying, finding a friend like Victor is like finding a needle in a haystack.

I appreciate you taking the time to read my letter.  It is with much gratitude to be given this opportunity.  Victor is always available to everyone, now it is my turn. The Victor that I know is a man of the utmost integrity, a family man, a HARD worker and an achiever.  I have only seen good, fair, business practices throughout my tenure at Makras Real Estate.

Sincerely,

Sheila Hagen

# EXHIBIT 119

*11-1-22*

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102

Dear Judge Seeborg:

I write to to express my support for Mr. Victor Makras. I have been a client of Mr Makras for almost 30 years and in that time have experienced a person of great integrity, honesty, and character that I would match with anyone I have known in my 85 years in the San Francisco Bay Area. There is no one I would want to represent me other than Victor Makras. I have conveyed this to my four children who are partners with me ( since my wife passed away 10 years ago ) in some small real estate holdings I have in San Francisco and on the peninsula. In the past almost 30 years with Mr Makras, I have never had to questioned or challenged any transaction relative to my personal or business dealings. I consider Victor a mentor with regard to my business activities.

While I consider myself to have the most wonderful family on the planet, I have socialized with Victor and his wife, met his children and admire his relationship with his family. Victor is truly a devoted husband and father and a dedicated champion for the people and city of San Francisco.. We try to meet for lunch frequently to discuss my property and when we do much of the time is spent talking about family and friends.

I was born in San Francisco, raised on the peninsula, attended Serra H.S. in San Mateo and the University of Colorado. I was married to the same wonderful woman for almost 60 years, have four children, ten grandchildren and seven great grandchildren. I worked in the banking industry for my entire career and am privileged to have been associated with many great men and women in our society. I would place Mr. Victor Makras among the top on that list. I pride myself on making good decisions and selecting Victor as my real estate manager was one of the best.

I hope and pray for all the best for Victor Makras,

Sincerely,

Robert Kidwell
217 Irving St.
San Mateo, Ca. 94402

# EXHIBIT 120

October 31, 2022

Honorable Richard Seeborg
United States District Court Northern District of California
450 Golden Gate Avenue
San Francisco, Ca 94102

Dear Judge Seeborg:

I have known Victor Makras since 1988 when he and I were appointed to serve a four year term on the San Francisco Board of Permit Appeals. The Board of Permit Appeals is a "quasi judicial body which provides final administrative review for appeals on a range of City permitting and determinations" (description taken from website). We met weekly, with most meetings lasting hours. As Victor is a realtor and I am a community activist, we often had different points of views. However, I never once questioned our differences because I knew Victor did his homework, listened to all points of views, and made a decision based on balancing all considerations. Because the parties involved in any one case have such a personal investment in the outcome, emotions often ran high. Victor always treated everyone with respect and had empathy for their perspective. In the meetings, he insisted that facts be presented and raised critical questions if more information was needed to make a determination. He would also not allow disrespect for any of the parties or points of views. Victor was fair and had integrity.

We remained friends over the decades. I served on the Board of Directors of a non profit organization that had three affordable housing projects. Because the housing developments needed special oversight, I asked Victor to serve on the Board of Directors of the housing entities. He agreed to serve even though his real estate practice had grown and he was extremely busy. His dedication in serving on this Board for 10 years is a reflection of his commitment to community service. His professional expertise and ethical conduct was critical to the success of the housing entities.

I can think of so many times when he has helped his many friends without hesitation. He can be described as a person of integrity, hardworking, dedicated, capable, and generous. When I think about Victor, I feel his kindness and caring for other people.

I will share an early memory as an example of Victor's many fine qualities. When I first knew Victor, his real estate office was in Daly City.  He used sandwiches for his office events prepared by an older Greek mom and pop store owner.  I remember vividly the owner telling me how his friendship with Victor began. When Victor was in high school, his church was organizing young people to visit Greece.   As Victor knew his family could not afford to pay for such a trip, on his own initiative, he woke up early to buy flowers at the Flower Mart so he could get not only the best value but the best quality flowers.  He did not want his parents to feel badly because they couldn't afford to pay for his trip to Greece so he saved the money.  The store owner permitted Victor to leave the flowers in his refrigerator so they would remain fresh while he attended school.  After school, Victor stood on the street selling the flowers and remained until all were sold. The store owner said he admired this young man who was so hard working, respectful of others, and dedicated to selling a top quality product.  Victor was forever appreciative and as a result, he would have the store owner "cater" the food for his office gatherings.  This illustrates Victor's work culture, appreciation of the goodness of others and loyalty.

Sincerely,

Esther Marks
125 Upper Terrace
San Francisco, CA 94117

# EXHIBIT 121

October 27, 2022

Hon Richard Seeborg

United States District Court for the Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94102

Dear Judge, Seeborg,

I was introduced to Victor Makras by very close friends.  Victor helped them with their commercial property. Both the husband and wife spoke highly about his integrity & professionalism. When her husband passed away suddenly, Victor was always available to guide her & for the past seven years is there to advise and take her for lunch or dinner.

When I needed advice this friend suggested Victor, telling me that everyone she knows who works with Victor considers him to be very straightforward and honest. When I met him, I liked him immediately, he was very generous with his time, I asked to pay him and he refused, I then tried to pay the dinner check. He explained that because of his position on the Port Commission, he could not accept.

I consulted Victor again about a property I own in Napa Valley, again Victor spent a great amount of time helping me, and I felt guilty about imposing on his busy schedule. When I sent Victor a gift card, he returned it. Again, because I am a Port of San Francisco tenant & have been for 53 years, he felt it was improper.

Victor Makras is a very kind man; he always helps the elderly and people in need. I feel privileged to know him.

Sincerely,

Cheryl Falchi

# EXHIBIT 122

**October 27, 2022**

# HON RICHARD SEEBORG

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

Dear Judge Seeborg,;

Today I am writing with regard to the matter of Victor Makras. I know that in a few short weeks, you will be considering an appropriate sentence. I wanted to take a minute to share the Victor Makras I know.

First off, I am a property owner in San Francisco (with my family), a lieflong Bay Area resident and a former attorney and general counsel. I have known Victor for over a decade through his work with my family business. It has been my honor to work with Victor in a close role over that period of time.

As you know, being a property owner in San Francisco is one of the most complex business undertakings in business. It has given me an opportunity to witness Victor's work and ethics up close in many challenging situations. Time and time again, I have seen Victor never waver in wanting to do what is ethical. He has always been a voice for doing the right thing, and I have never see him attempt to cut corners. We have many day to day challenges and never once did Victor try and shortcut the hard work required to deal with challenges. I have found him to be trustworthy, ethical and a sage counselor. One of the reasons we are proud clients of Victor's.

The Victor I know cares deeply about doing things the right way. He cares deeply about San Francisco, and in my estimation has always done his best to make sure he does things in he

right way.  His long passion and respect for San Francisco rings clear in his day to day activities. I hope his character will be a credit.


SINCERELY,

DAN SCHEINMAN

# EXHIBIT 123

Yemsirach B. Ayele
1280 Fulton st. Apt 8
San Francisco, CA 94117

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

I am writing to you on behalf of Victor G. Makras in hope that it will give you a glimpse of who he is as my Boss and as person whom I get to know from working for him. I've been working for Victor at Makras Real Estate as a receptionist since 2016. I have a privilege to work under his leadership for the last six years and also be able to see his characters as a person from interacting with him daily.

As a boss Victor is very fair, understanding, and generous to his employees. He communicates with respect and leads his team by example. In fact, Victor is the first person to be at the office and most days the last to leave. I am always amazed how organized he is for the amount of responsibilities he carried.  His work ethic is very inspiring to me. While I am able to learn from him, he also allow me to use my own ability and talent to do my job. That's a quality of great leadership to me.

To me, how someone treat a person speaks a lot about one's character and how Victor interacts with everybody allowed me to see his. He is friendly and always gives the utmost respect to everyone. I even remember the first time I've witnessed how he responded very calmly and respectfully to a short tempered tenant who was speaking to him rudely. Seeing those things, I quickly learned that he is a man of character and cares a lot about people.

Lastly, to put his generosity into words is hard for me but Just to mention few, Victor, not only allowed me to take a month off to visit my family in Ethiopia but also paid me fully for those times just from the goodness of his heart. Also during covid-19, his business was affected as everybody else. Therefore, I worked short hours during those times but Victor paid me my full wages which I am forever grateful. I genuinely say he is the best boss I've ever had and I consider myself blessed to get a chance to work for him. As I thank you for reading my letter, it's my hope he will have your leniency.

Sincirely,

Yemsirach B. Ayele

Yemsirach B. Ayele

# EXHIBIT 124

# MANOLI NURIS
858 SKYLINE DRIVE
DALY CITY, CA 94015

November 1, 2022

Hon. Richard Seeborg
United States District Court for
the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

### RE: VICTOR G. MAKRAS

Dear Judge Seeborg:

My name is Manoli Nuris and I am a realtor at Makras Real Estate. When I entered San Francisco State University, 7 years ago, I decided that I wanted to pursue a career in real estate. Our family has been lifelong friends with the Makras family and when Victor learned of my interest, he offered me the opportunity to intern at his office to learn the practical side of the business.

During the years I worked at Makras Real Estate, prior to my graduation and acquisition of my real estate license, I was an assistant to Victor Makras. He directed me to perform a wide variety of tasks at the office, which presented me with experiences that have assisted me greatly going forward.

After graduation, Victor offered me a position at the office as a realtor, engaged in the buying and selling of properties and working in the rental and management division, which has allowed me to interface directly with tenants and clients.

Victor is my broker and I work directly under him when involved with clients seeking to buy or sell property. He has successfully guided me through all of the deals I have worked on by sharing his wealth of knowledge and experience. This is something I could never have gotten on my own through classes or books.

Victor is a very busy man, however, he always has time for me whenever I need to ask a question or get his advice. I have always felt comfortable being able to talk with him about many issues and he has guided me not just as a boss, but as a genuine mentor.

The things that I have observed about Victor, over and above real estate, is that he places a high value on honesty and integrity and makes that a priority in dealing with people, whether they be clients, colleagues or friends. These are the core values which he expects of all of us that work with him and represent his firm.

I consider myself very fortunate to have the opportunity to know and work with Victor Makras and hope that our relationship will continue for a very long time.

Sincerely yours,

Manoli Nuris

# EXHIBIT 125

**Denis McMahon**
**1335 Larkin Street**
**San Francisco, CA 94109**


November 4, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

I am writing to support my friend and advisor Victor Makras. Suffice it to say I never imagined finding myself writing something like this, but I do so with heartfelt conviction.

I have known Victor for about 25 years. I was born in Ireland, emigrated to the United States in my twenties, and have spent my life working in the construction and development business in San Francisco. Anyone who has been actively involved in San Francisco real estate has likely met Victor. And as a residential builder, my initial contacts with Victor were through his support of builders, in particular Irish immigrant builders such as myself.

Over these many years Victor helped me and other colleagues source opportunities to build housing of all types in San Francisco. He also listed and sold our inventory helping assure successful projects and providing a foundation for moving on to the next venture. I am grateful for the help he gave me which contributed to my success. But Victor has qualities that set himself apart and above many of his fellow brokers. He genuinely cares about his clients, their well-being, their success. And because of that care, a strong friendship sprung from our business relationship.

There are few people in life with whom one can be truly comfortable with a hand-shake deal. Victor is one of them. He is "old school." His word is his bond. One need look no further. And everyone he deals with knows that. His conduct commands the respect of those with whom he interacts.

As my friendship grew over the years with Victor, I observed similar relationships that my colleagues, including lawyers and other professionals I worked with, enjoyed with Victor. He is a man who is generous with his time, wise in his advice, and loyal in his friendships. He has vast knowledge of San Francisco real estate and has always been there to answer a question, or give sage advice, on how to navigate the labyrinth of project approvals, or solve a difficult landlord/tenant issue, for example. That advice is offered freely. He never has asked for anything in return from me when I sought his counsel. He helps because he believes that friends help friends.  A rare quality in the environment we work in.

The best evidence of Victor's generosity may be his continuous *pro bono* service in City government for over 30 years in more administrations than I can count or remember. I suspect that aside from his intelligence, hard work and dedication there is one quality that gave each one of those mayors' great comfort in their appointments of him: they could count on Victor's integrity to always do the right thing.

Victor shares similar values of faith, family and friendship as me. I have watched him raise his 3 children and stepson over the years to become great young adults. He is active in the Greek community, and faithful to his Greek Orthodox heritage. Victor has the character traits all fathers want their children to observe and emulate.

In closing, I may have been overly effusive here, but I have also been totally genuine and honest about how strongly I feel and respect this man.

Sincerely,

Denis McMahon

# EXHIBIT 126

November 8, 2022

United States Chief District Judge Richard Seeborg
San Francisco Courthouse, Courtroom 3 – 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

Re:  Letter of Support for Victor Makras

Dear Honorable Judge Richard Seeborg,

I write this letter of support on behalf of Victor Makras.

My name is Virginia Harmon.  I have been an employee for the City and County of San
Francisco for nearly 25 years. I met Victor Makras in 1997 when I first worked as a Contract
Compliance Officer assigned to the San Francisco Public Utilities Commission (SFPUC), where
he served as the Commission Chair. It was my job responsibility to ensure compliance with San
Francisco's small business program, the primary purpose of which was to remedy business
discrimination against woman and minority owned businesses by creating opportunities for them
to bid and compete for City contracts. As Chair of the SFPUC, Victor was a strong advocate for
leveling the playing field to provide equal access to contracting opportunities for all small
business owners. On every contract the SFPUC considered for award, Victor inquired about
small business compliance to ensure that diverse teams of contractors were able to access those
opportunities. Victor ensured that I had a seat at the SFPUC Executive Team meetings so that I
could represent the needs of minority and woman business owners to departmental leadership.
After several years of Victor's partnering with me to create economic opportunities for the
under-represented at SFPUC, I promoted to the Director of the San Francisco Human Rights
Commission with Victor's support.

Prior to making a sentencing determination, I ask you to consider the entirety of who Victor
Makras is. He is a very generous, kind and caring individual, who selflessly works to help other
people develop their potential, all without seeking to gain personally. It is in that spirit that I
believe his actions should be viewed. I cannot overstate my gratitude and support for Victor for
his generous willingness to open doors for me in my career path and for many others who would
not have had access but for his efforts.

Please do not hesitate to contact me if you have any questions. Thank you for considering my
comments.

Sincerely,

Virginia Harmon
423 Perry Avenue
Pacifica, CA  94044
ginaharmon17@gmail.com
415-846-7164

# EXHIBIT 127

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Date November 7, 2022

Dear Judge Seeborg,

I hope this letter finds you well.

I am writing to you today about my friend Victor Makras. The purpose of my letter is to give you a brief but personal account of Mr. Makras and our relationship over the past 25 years. When I think of Victor, I think of a man that would be there for me in the best and worst of times. A person that I could pick up the phone and seek friendship and advice based on whatever the need or situation.

Like every relationship in our lives Trust is gained, rarely immediate. My background is in Construction and Development of mainly smaller residential properties. I first met Victor in 1995 while working on a construction/development site that Victor marketed and sold. Victor, at that time established a good name in the Irish community. As immigrants we take a lot of comfort in referrals from other successful countrymen that came before us and paved the way. During this period Victors name appeared more and more often, he was referred to as extremely hard-working.

While being hard working is admiral, I believe our families are our legacy. Victor Makras is first and foremost in my opinion a family man. I have observed this over the years and he is inspirational in this regard. He told me one time that he would "keep giving his children a kiss on the cheek as they grew to teenagers when saying good bye as long as they would let him in life!" I just loved that statement. It simply illustrates a parent's love!

Victor Makras and his family are extremely charitable. Victor has volunteered his time for years on so many San Francisco commissions and has worked tirelessly for the common good.

In conclusion, Judge Seeborg, I appreciate your time in reading my words here as a lifelong friend of Victor Makras and his Family.

Yours Sincerely,

David O'Keeffe

1410 Villa Drive, Los Altos, CA 94024

# EXHIBIT 128

November 4, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

In 2004 I had the honor to be appointed to the Deputy Chief of Administration position for the San Francisco Fire Department. Part of my responsibilities was to report to the Fire Commission the financial and administrative status on a monthly basis. It was through that process I met Mr. Victor Makras when he was appointed to the Fire Commission, by then Mayor Gavin Newsom. From the start, Commissioner Makras was very interested in all aspects of the Fire Department whether administrative or operational. He studied our commission meeting information packets and came to every meeting prepared with questions and frequently requested follow up reports. He was dedicated to ensure the Fire Department met the needs of the residents of San Francisco by holding the Department to a high standard.

Around 2008/2009, the Museum of Modern Art (MOMA) approached the Mayor's Office and Fire Department to purchase an active fire station property to expand their adjacent museum. In exchange they would fund the relocation of the fire station. The two sites they originally proposed were evaluated by the Department and it was determined both locations would increase the emergency response times of that station.  It was with the assistance of Commissioner Makras, the three parties, MOMA, the Mayor's Office and the Fire Department, were able to find a property that was agreeable to all parties. In June of 2010 I retired.

In 2016 I contacted Mr. Makras regarding the possibility of selling my house in San Francisco's Portola District. His approach was very professional and yet personable. I had interviewed other real estate agents and ultimately went with Makras Realty. He marketed the property with veracity and always had my best interest throughout the entire escrow process. In June of 2022, after my father had passed away, I called him to take a look at my parents' house.  My sister and I were thinking of selling at the time. He provided information on the current market and in addition, guidance to improve the marketability of the property.  Mr. Makras, once again did an excellent job and even reduced his commission for our family.

Over the 16 plus years I have known Mr. Makras, he has always been professional and had integrity in the interactions I had with him while he was on the Fire Commission as well as personal business after my retirement from the Department.

Sincerely,

*Gary Massetani*

Gary Massetani
1546 Rancho Del Hambre
Lafayette, CA 94549

# EXHIBIT 129

# Frederick F. Postel

23 Sinaloa Ct.
Novato, CA 94947
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
ffpostel@comcast.net

November 7, 2022

Hon. Richard Seeborg
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seaborg,

I am writing this letter  on behalf of Victor G. Makras, a friend and a former associate
at the City and County of San Francisco. I met Victor when he was City Commissioner
and I was the Chief of the San Francisco Fire Department (SFFD) in about 1988.
During my tenure I was responsible to implement the Consent Decree which provided
guidelines for integrating the SFFD both in hiring and promotions. This was a very
challenging and stressful task for me because the Rank and File of the SFFD and the
Firefighters Union did not agree with the terms of the Consent Decree which was
adopted under the supervision of US District Court Judge Patel.

When met Victor I shared with him the issues that I was facing and the negative impact
that it was having on both my family and on me. It was becoming difficult to manage
the SFFD with the challenges I faced and not have the stress and negative responses
affect both me and my family. During conversations, I was able to share my situation
and challenges with Victor. He was helpful in his advice and he showed concern for the
well being of all the people involved—beneficiaries of the consent decree and those
who felt that they were negatively impacted by the Consent Decree.

Victor and I have remained friends since that time and in all of my dealing with him I
found Victor to show a sincere desire to help people and showing a concern for the
well being of people in general and of his friends and acquaintances.

Again, my personal experience and in my social contacts with Victor Makras, he has been a good person with a sincere concern for the well being of others and for the well being of our entire community.

Sincerely yours,

Frederick F Postel

Retired Chief of Department

San Francisco Fire Department

# EXHIBIT 130

**Stephen C. Theoharis**
**45 Pizarro Way**
**San Francisco, CA  94112**
**Telephone:  415-672-3625**
**Electronic Mail:  sctheoharis@sbcglobal.net**

November 3, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

Re:  US Vs. Makras

Dear Judge Seeborg:

I have known Victor Makras since 2002 and consider him a friend.

My wife, Anita Theoharis, the former President of the San Francisco Planning Commission has submitted her own letter describing our family's personal and professional relationship with Mr. Makras. I will avoid repeating that submission and incorporate it by reference.

However, I also wanted to offer the Court my own observations about Mr. Makras and his character.

I practiced law for 35 years specializing in civil litigation matters before federal and state courts. For 23 years I was Director of Litigation for Visa USA, retiring as a senior vice president and associate general counsel.

As a lawyer, I have always been committed to conducting all my affairs, personal, financial and professional, at the highest levels of integrity, honesty and ethics.

In our personal interactions, which included advice on financial and real estate matters, I found a kindred spirit in Mr. Makras.

I hope the Court takes my observations, along with those of my wife, into account on December 20, 2022.

Thank you for your consideration.

Sincerely,

Stephen C. Theoharis

# EXHIBIT 131

Hon. Richard Seeborg

United States District Court for the Northern District of California

450 Golden Gate Avenue

San Francisco, Ca 94102


November 5, 2022


Re: Mr. Victor Makras


Dear Judge Seeborg,


My name is Sereen Omar and I am an employee of Victor Makras. I have been working for Makras Real Estate since July of 2018. I was working for a rental tour company when Victor Makras offered me a position to work at Makras Real Estate. I was elated. I knew I was going to work for an exceptional gentleman who is well known for his knowledge and experience in the real estate business.

Victor Makras has the utmost respect for the position he holds as an exceptional broker and agent and in the responsibility, it comes with. I have worked for many different companies in 30 years, and I have never seen an owner of a company so dedicated to his company, his owners, his tenants, and his employees. Mr. Makras has high work ethics and makes sure to listen to all sides. If Mr. Makras is aware any of his owners are not being responsible for their buildings or to their tenants, Mr. Makras is not afraid to speak out against them even if it means he might lose that client. Victor knows that he is responsible not only to the owner of the buildings we manage but to our tenants as well. Honest and fair is how I describe Victor Makras which is why many of the clients of Makras Real Estate have full confidence in Victor as a distinguished broker who is exceptionally knowledgeable in his field, and they also know he is trustworthy, impartial, and fair minded. When our tenants have complaints or issues that need to be addressed Mr. Makras makes sure to address them right away and fairly.

The clients of Victor Makras know that they are able to count on him due to his diligence and hard work to make sure that everything is operating smoothly. When his clients are disgruntled, concerned, or have questions they are able to come to Victor because they know Victor will make himself accessible to them and will always lend an ear to them. I cannot stress hard enough how fair- and open-minded Victor is. He truly conducts his office in a just manner. That has been the key to his success. He tells everyone the truth even if it may be hard to hear or swallow. He is a sharp man who is not afraid to tell it like it is.

When Covid first hit the Bay Area, our office was hit hard with many of the tenants abandoning their place of residence due to job loss. I could not help but admire how Victor Makras reassured our clients that everything will work out. Mr. Makras was able to not only reassure our clients but also help them navigate through this difficult time period. We as employees were also reassured. Mr. Makras could have easily cut our hours in half or could have laid us off, but he didn't. Mr. Makras kept us in our positions, and we were getting a steady paycheck even when times were difficult. This proved again and again how faithful he is to his employees as well. The proof is that many of the employees have been working for Makras Real Estate for over 20 years. He is sincere to us as his employees and dedicated to us as well. Those qualities add on to the gentlemen that Victor Makras is. His honesty, generosity, and fairness has kept Makras Real Estate successful.

In the beginning I said I was an employee of Makras Real Estate but that is incorrect. I am an employee, but I also feel Makras Real Estate is also a family. I do not feel like I am going to work for a company. When I walk into the office, I feel like I am going to work with my extended family. I as well as my colleagues feel blessed because we enjoy walking into the office every morning. I know I am blessed because not many people are able to say that about their work environment. That is owed to Victor Makras. I trust him unconditionally because of the gentleman Victor Makras is and the integrity he holds to himself, his work, his clients, and to us his employees.

Sincerely,

Sereen Omar

# EXHIBIT 132

**Dolores (Dee) Muratore**
**170 Pacific Avenue # 5**
**San Francisco, CA 94111**
**(415) 818-3747**

November 4, 2022

The Honorable Richard Seeborg
United States Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

I feel compelled to write to you to share my positive experiences with Victor Makras. Victor was a friend to both my deceased husband, Richard Muratore, and me since the late 1990's and subsequently a friend and trusted advisor to me since Rich's death in 2015. Rich and I owned Muratore Corporation General Contracting and Cabinet Maker operating in San Francisco for 35 years.

As native San Franciscans, our friendship was built on our love of the city and common life experiences. We often lunched together and always had so much to discuss: family, business and life in general.  When my husband tragically passed away, Victor was there for me from the very beginning to help me establish my new life running the business without Rich.

I was always the inside person and my husband was the person who worked with the clients and employees. He was very good at that. Me not so much. I had so many questions and concerns and could I tackle this without him. I would call Victor to ask what he thought of this or that, did he think something was possible and what could be the potential outcomes. Victor was incredible showing me how I could make problems that were so difficult seem doable.

At that time we had 51 open construction projects on the books and 42 employees. It was necessary to reassure both my clients and employees that projects would be completed on time and staff would be employed until all work was completed. Victor was extremely generous with his time and very good at helping me be able to make the best decisions for myself and the company. This was achieved through Victor's character, honesty, integrity and expertise.

Dolores Muratore                          - 2 -                          November 4, 2022

The result was that I decided to keep the business open for one year in order to complete all the existing projects to Rich's high standards, take on new short term work if possible and, very importantly, take care of our long term dedicated employees. As projects wound down, I was able to reduce the staff from 42 to 11, making sure that each of them was employed elsewhere. They were all master craftsmen and their skills were in high demand.

Victor helped me think through the decision on whether to close or sell by explaining the ramifications of each option and which one would make me most comfortable. I decided to close because the company name was our family name, and it is true that all good things do come to an end.  Six years later, it was the best decision, Victor helped me make it and we remain good friends.

I cannot begin to tell you how much Victor's friendship means to me.  He has helped me both personally and in business making difficult decisions. He can see the forest, not just the trees. He is a good man, trustworthy and honest. I am proud to say he is my friend.

Very truly yours,

Dee Muratore

# EXHIBIT 133

November 4, 2022

To Whom It May Concern:

I am gladly writing this letter at the request of Mr. Victor Makras - boss, mentor, and family friend.

I have known Victor for over 10 years and to say that he has been a blessing to my family and me would be an understatement. Victor is an admirable man - genuine, caring, kind, personable, respectful, trustworthy, loyal, and hard-working. Without exaggeration and in all honesty, Victor has been the best boss for which I have worked. He was God sent, as he came into my life at a time in which I was in need of employment. Over the years, I have gotten to know Victor very well and have had nothing but pleasant experiences and positive interactions with him. He has helped me to grow as a professional, and he has been a support in aiding my personal growth also.

I very much enjoy working for Victor and am thankful to know him and his family on a personal level as well. Victor is attentive to the needs of not just his family and loved ones but of his friends and employees as well. His generosity is much appreciated year round, including during the Christmas season when he graciously gives gifts to each one of his employees. In addition, for the past 2-3 years, my family and I have taken donations, for the Christmas season in particular, to my home country of Guatemala and Victor has willingly jumped in without a second thought to participate in sending donations as well. He is truly a good-hearted and giving man who desires to help those who are in need. I have experienced this first hand many times with Victor as he has shown such goodness to my family and me. One of those many times which stands out was when Covid 19 first hit. Victor pulled me aside and asked me if I was doing well financially and if I needed anything to let him know. My wife and I were very touched by his thoughtful gesture and genuine concern and, again, were reminded of what an honorable man Victor is.

In conclusion, Victor is a well loved boss, admired mentor, and trusted friend. He has always shown care, concern, and kindness to me as well as to those around him and I am truly thankful to have him in my life.

If you would like further information, you may contact me at aldoapple777@gmail.com.

Thank you,

Aldo Morales

# EXHIBIT 134

Hon. Richard Seeborg

United States District Court for

Northern District of California

450 Golden Gate Avenue

San Francisco CA 94102

November 1, 2022

　　Re: Mr. Victor Makras

Dear Judge Seeborg,

I have been in the Title and Escrow industry for over 37 years.  I have held various positions as an Escrow Officer, Branch Manager, Escrow Operations Manager, County Manager and Field Compliance Leader.

In my role as a Field Compliance Leader, I conducted internal escrow file audits, investigated fraud and provided training in California, Oregon and Washington. I provided training to ensure compliance, specific to the company's Operational and Internal Escrow Audits.  I also worked closely with the auditing, underwriting and legal departments, working on claims, fraud, and defalcation.

As an Escrow Officer I have closed over ten thousand transactions to date.  My experience and training are in many types of transactions, including purchases, refinances, exchanges and private loans for both commercial and residential properties.

I met Victor Makras in 1990.  I was 24 years old and was new to my position and territory, as a branch manager in Daly City, CA.  He was a successful real estate broker and was respected in the community and industry.  He was someone I needed to meet in my new role and was a prospective client.  When we met, he was professional, engaging and kind and remains the same today.

As an Escrow Officer, I have worked with numerous national title insurers in San Francisco and the Peninsula.  In my experience working directly with Victor, he is extremely ethical and professional and is focused on his clients and a providing expertise and the highest level of service.

Victor and I have many mutual colleagues and friends. His reputation in the industry is among the best. He is extremely well known, respected, trusted and a valued client and customer. Professionally he is known as a hardworking and successful, self-made businessman, and a true gentleman. Most importantly he is known as a devoted father and husband, loyal friend and community servant.

In the past two years, I have had personal experience with Victor in my own real estate transactions. He helped me navigate uncharted territory when I purchased a home in San Francisco, after my recent divorce. I was nervous and overwhelmed mentally and emotionally, as it was a big step and a first step to take alone. I had many questions and financial concerns and wasn't clear on what I wanted to do. He guided me through the process with patience and expertise. He helped me determine what would be best for me, now and in my future. He asked meaningful questions, provided insight and ultimately advice. He helped me determine what was most important to me, what would make me happy and financially secure. He truly cared about me, my family and my future.

While working with Victor, I had the pleasure of learning more about him on a personal level. He shared his thoughts on parenting his children, the importance of their higher education and how to ensure that they become successful and productive adults. He also shared his respect for his parents and the work ethic they instilled in him, along with his Greek heritage.

He speaks very respectfully and lovingly about his wife and frequently talks about their weekend walks around the City, the restaurants they tried and their recent or upcoming travels together.

He openly shares his views on the community and is passionate about how he thinks it can be improved. It is obvious, from his community service, that he doesn't just think about making a difference, he truly takes the time and does the work.

Victor is a very genuine, special and amazing man of great character. I consider him a dear friend and someone I respect and admire greatly both personally and professionally.

Very sincerely,

Cirina Valdivia

8 Jordan Avenue #1, San Francisco CA 94118

# EXHIBIT 135

11/07/2022

**Hon. Richard Seeborg**
**United States District Court for the Northern District of**
**California**
**450 Golden Gate Avenue**
**San Francisco, CA 94102**

Dear Judge Seeborg,

I Elim Urbina, of legal age, single, business owner of "Artistic
Methods" residing in this city of San Francisco, California.

I am writing to you Mr. Judge Seeborg with great respect, to express
that from 2012 to date I have known Mr. Victor G. Makras, with
whom I have had a very close working relationship, who has always
been characterized by being very respectful, friendly, cordial, with
an enormous human sensitivity but above all for being a very
professional person in what he undertakes.

Mr. Makras has been very important for me, my family and my
company since by providing me with work he has not only benefited
me, but all those people who work in my company and together with
them our families, For which I will always be very grateful, on a
personal and professional level.  This has been much more relevant
in recent times when we have been affected in the economic sphere
by the current situation, not only referring to the pandemic but also
to the inflation that we are going through at the national level.

He concluded, not without first mentioning, that I wish him the best
in the world, my most sincere affection for him and his family,
whom I have also treated at times and without a doubt, are great
human beings.

My support for Mr.Victor Makras, which I express, through my
signature at the end of this letter.

Sincerely,

Elim Urbina
Owner of Artistic Methods
License No. 1280307-06-211
Phone: 650 219 7194
Email: elim_urbina@yahoo.com

# EXHIBIT 136

Ryan Gallagher
219 Naples St
San Francisco, CA 94112


November 6, 2022


Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: Victor Makras

Dear Judge Seeborg:

My name is Ryan Gallagher. I am a graphic designer, and lifelong resident of San Francisco. I
have known Victor Makras for 15 years, as an honest and dependable professional
acquaintance and a good friend. I have done contract work for his office for many years. I
write this letter in support of his character.

I have always observed Victor to do the right thing toward his clients, friends, and members of
the community. He has been a reliable and understanding as long as I have known him and
always allows and encourages people to do their best on their own terms. I consider our
association very valuable to myself, on many levels including the personal. I know many others
who have dealt with him over the years feel the same. He often goes far out of his way to help
people, including me and my family, but also even those he does not know well, without
expectation of reward.

As I mentioned I have worked on a freelance basis for Victor's real estate business. I worked
on one project for him for many months, much longer than it was supposed to take and he
was patient and encouraging the whole time. Also, I have seen firsthand how Victor
approaches his professional responsibilities toward San Francisco tenants, with an often
surprising and heartening fairness. Often, when I am helping to prepare contracts and other
documents for the office, I see that he has personally involved himself to make allowances and
permit leniency toward tenants in circumstances where other property owners or managers
would be more stringent, even callous. (As a longtime San Francisco renter, I am well-
acquainted with this spectrum.) I am convinced the renters of the City are, in aggregate, better
off due to his efforts over the years.

Hon. Richard Seeborg

November 6, 2022
Page 2

I personally believe Victor to be a person of high integrity and honorable behavior, well ahead of the minimum expected in his business. If more of the people in that industry were like him, this city would be an even better place. He has an inestimable value as a member of the San Francisco community.

Sincerely,

Ryan Gallagher

# EXHIBIT 137

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

November 2nd 2022.

Your Honor,

My name is Joe Hernon, and I'd like to share my experiences with Victor Makras.

I immigrated to the California from Ireland in 1986. I had initially worked as a carpenter progressing to became a General Contractor and ultimately a developer. I live in Los Altos with my wife and we have one child a junior in high school with two children in College.

I met Victor around 1994/95 before I started to get into real-estate development. Victor was one of several Agents who were active and successful in the market at that time and I met him as I worked as a carpenter/contractor for another developer.

For me, seeing him come out to the construction site and show the same genuine respect to the framing carpenter, or plumber as he showed to the Architect or Lender, was something that had a profound effect on me. Later as I started my own development projects, this experience helped give me more confidence to see myself as equal and worthy of being at the table and working with these same Architects and Lenders.

Victor was helpful in educating me on the market and in making decisions for my first projects. Our business relationship has been mostly using his company to market two of my projects and facilitating a private real-estate Loan in about 2016.

Construction and speculative Real Estate development is very stressful and high-risk occupation for developers. It is also an extremely competitive business for Real-Estate Agents, and I think this leads to short-term thinking for many.  I count Victor as one of the very few who I can meet or call up to get advice and get an honest answer to whatever the question or concern that I have. I have been around long enough to know when people are genuine and when they are simply trying to cultivate business clients for future work.

I have not owned any property or business in San Francisco for over 15 years, yet I have kept in touch with Victor as a friend and have benefited from and appreciate his perspective on business and Real Estate and life in general, many times, from when I started, until today.  I am not someone who is naturally great at keeping in touch with people, I do not work at developing contacts, yet I have known Victor for over 25 years.

Victor is warm and genuine with his friendships. I remember in stressful times, having calls with him during the 2008 financial crisis when I was trying to avoid losing everything. Lots of calls

when I was embarking on new purchases in 2014-2016 and during Covid we had calls when I was trying to figure out what lay ahead and to make good decisions for the longer term.
Our meetings or calls often leads to discussing Children and college and navigating life in general, and of course lots of good times over the years.
I am grateful to know Victor and consider myself lucky to have crossed paths with him early after I immigrated. I cannot express enough the positive effect that he has had on my life and my family's life. I cannot imagine a better way to define friendship than that which I have enjoyed with Victor.

Feel free to contact me with any questions.

Sincerely,

Joseph Hernon.

# EXHIBIT 138

Alberto's Iron Works
3348 San Jose Ave.
Daly City, CA 94014
Tel: 650.755.0244  e-mail: albertosiron@gmail.com

Honor Richard Seeborg
United States District Court for the Norther District of California
450 Golden Gate Avenue
San Francisco, CA 94102

November 1, 2022

Dear Judge Seeborg,

I am Alberto Zamudio, owner of Alberto's Iron Work. I've been in business for 44 years. For the past 20 years, I've been providing services to the buildings under the Makras Real Estate Management Properties. My services have ranged from repairing hand railings, balconies, and stairs.

In these last 20 years, I've known Victor Makras to be a very honest, decent & professional person. My interactions with him have always been one of respect and admiration. Having my own business for the last 44 years, I've dealt with many people, and can attest that it is not easy to maintain working relationships with companies for as long as the one between my company and Makras Real Estate Management of Properties. Victor Makras is at the top of my list of clients. He has earned that with his character.

Thank you for your time and attention.

Sincerely,

Alberto Zamudio
Owner of Alberto's Iron Works

# EXHIBIT 139

Stephen H Dunbar
2829 Carson Street
Redwood City, CA 94061

November 1, 2022

Honorable Richard Seeborg
United States District court for the Northern district of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

I am writing this character reference of the Victor G Makras that I know.

My name is Stephen Dunbar, age 79, married, with a blended family of five adult children, and 16 grandchildren. A Farmers Insurance Agent for 43 years, now retired, I live in Redwood City, California, and, I have known Victor Makras in excess of forty years.

I first met Victor when he was just starting in the real estate business (wet behind the ears, so to speak). He was looking for an insurance agent that could take care of his clients who were in need of insurance as well as his personal insurance needs. We met, we talked, and came to an understanding of what each of us would need. He needed an agent with the ability to place easy as well as, "hard to place" risk. I needed complete information and access to the risk for inspection. And so began a long, respectful and rewarding business relationship.

Some of the business he referred to me needed some upgrades or attention to maintenance issues. I remember one risk (an apartment building) that needed an electrical panel replaced, security system repaired and serviced, some plumbing replaced. I advised him of the issues that would need to be addressed with documentation, in order to place coverage on the risk. He response was, "Ok, I'll get it done". Sure enough within a few weeks, he provided the documentation of repairs. Upon my re-inspection, all issues had been addressed. I was impressed that he had gotten it done in such a short time span, and I was able to get the insurance issued in time for the closing of Escrow. When we spoke about it later, he just said, "I've got to take care of my clients needs". And through the years, he constantly took care of his clients needs and protect their interest.

On a professional level, he has shown that hard work, long hours, and compassion in the way you treat people, makes for a great outcome. He started out at a young age and grew his agency dramatically with these skill sets. He worked hard to achieve the growth and recognition that his agency now enjoys.

Over time our personal relationship grew as our families grew and our agencies grew. All the time remaining in touch with each other via phone, fax, text and always, the catch-up personal lunches.

Victor was much more active in supporting social programs and fundraisers then I, but he always made sure I had an invitation to what ever event he was involved in. Over the years I did attend several events and always supported with what I could, when I could the social causes he was active in. My time was spent going to soccer, baseball and football games, and swimming meets, supporting the activities of my children. Now in my later years (I retired in 2019) my wife and I are raising a Granddaughter (age 17) and supporting her 4H activities. LIFE is Great.

In all of the time that I have known Victor he has always been what I call a "straight shooter". Never holding back on what he believes in and is always ready to discuss any issue with factual truths. He is a Husband, a Father, a business person, a community leader and he has always been ready to help anyone who called on him for help or assistance. I believe that he is a man of compassion, humility, personal integrity and honesty. And I can honestly say that I can call him a friend and associate.

Respectfully,

Stephen H Dunbar

# EXHIBIT 140

**Anita Theoharis**
**45 Pizarro Way**
**San Francisco, CA  94112**
**Telephone:  415-987-1772**
**Electronic Mail:  atheoharis@sbcglobal.net**

November 2, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: U.S. vs Makras

Dear Judge Seeborg,

I have known Mr. Makras since the mid 1990's when I was President of the San Francisco Planning Commission.

When Mr. Makras appeared before the Planning Commission, he was consistently truthful and candid about the issues before the Commission. Beyond that, I so appreciated that when I ruled against him or his colleagues, Mr. Makras accepted my decision with respect and never held a grudge.

After I retired from City Hall, Mr. Makras was one of the few individuals who made a point of thanking me for serving the city. This led to a friendship that endures to this day.

And I can say there are few better friends to have. Victor became a sounding board for my family and generously gave of his time to offer insights into real estate and other personal financial matters with no expectation of personal gain.

For us, coming from immigrant working class families of modest means, the insights he shared were invaluable.

We chose Mr. Makras to be our agent for a real estate transaction involving the sale of our first home in the Outer Mission and then the purchase with the proceeds of a condominium downtown. He also managed that home and condo, which was our only rental property, and did it for a nominal sum as a friend.

In all of these real estate matters, along with the financial insights he so generously shared, Mr. Makras was aboveboard and totally ethical in his advice.

Hon. Richard Seeborg
Page 2 of 2
November 2, 2022

Based on our times together, I can also say that Victor is a devoted son, father and husband, especially in caring for his elderly mother, about whom he speaks so fondly.

Moreover, I saw that he was a man of faith, involved throughout his life with the Greek Orthodox church.

Based on these personal and professional interactions with Mr. Makras, I can say, without hesitation, that he is a compassionate, generous, kind and caring man of integrity and honesty.

In short, I wanted you to know that Victor is a good and decent man. I hope my letter conveys that.

Thank you for your consideration.

Sincerely,

Anita Theoharis

# EXHIBIT 141

November 2, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: Victor Makras

Dear Judge Seeborg:

I am writing this letter in support of Victor Makras, who helped our family at a time where we needed guidance. Our family supports and trusts Victor Makras.

When my father passed away in 1997, my mother needed assistance managing her buildings in San Francisco. We hired two different property managers who had taken advantage of our inexperience, but it wasn't until we met Victor in 2006 that we found someone we could rely on.

Victor came into a difficult situation but took the time to explain and guide us through proper building management. He is reliable and deals with all issues in a professional manner. All buildings have been managed well and even underwent earthquake retrofit under his watch.

His work ethic, compassion, and honesty allowed us to feel confident in his ability to handle my mother's source of income. My mother trusts him, and every Christmas, she makes Victor holiday cookies, as she feels he has become a member of our family.

I hope this letter provides insight to Victor Makras' character as a trustworthy, professional, and reliable member of our community.

Thank you,

Metaxia Dalikas
(Daughter of Anna Papoulias- Property Owner)

# EXHIBIT 142

**NIBBI INVESTMENTS**
**1000 BRANNAN STREET, SUITE 102**
**SAN FRANCISCO, CA.  94102**

November 10, 2022

Hon.  Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Ave.
San Francisco, Ca.  94102

Dear Judge Seeborg:

My name is Larry Nibbi and I have known Victor Makras for nearly 25 years.  I met Victor through a business associate who had handled our firm's real estate portfolio, and that person highly recommended Victor to take over our property management, as the person that was handling our property management at that time was retiring and moving out of state.  We hired Victor at that time and he has handled our real estate ever since.

Over the years, I have not only had a business relationship with Victor, but also a friendship and social relationship, as we both have a great deal of pride in San Francisco.  Victor has always been ready to help with any charitable or civic activity that I have been involved in.  I have gotten to know Victor personally and have found him to be a very hard-working Real Estate Professional and someone who has worked tirelessly on many different City Commissions as a volunteer and without pay.

I am honored to call Victor my friend.

Sincerely,

Larry Nibbi

LN/pm

# EXHIBIT 143

# REUBEN, JUNIUS & ROSE, LLP

**James A. Reuben**
jreuben@reubenlaw.com

November 4, 2022

**Delivered Via USPS**

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    **Re:**   **Victor G. Makras**

Dear Judge Seeborg:

Victor Makras is a mensch. I met Victor in 1988. Victor had observed me making a presentation to a San Francisco Commission. He called me the following day and said he'd like to meet me. We scheduled lunch. I was less than 10 years into starting my own law practice and Victor was in a similar stage in his real estate business. We have led parallel lives since in business, marriage and children, and participation in City politics. We remained in frequent contact over those 35 years and I would say that our trajectories have led to similar levels of success. I expect Victor would agree that the friendship has enhanced and benefited each of us in multiple ways.

Now that I am in my 70s, I am entitled to reflect and occasionally become tiresome when talking to younger people starting out on their own careers. That doesn't stop me. What I tell those people is that they should find mentors and models and that there is nobody better than Victor Makras to serve in that role. Victor's whole life is the embodiment of the character traits that lead to success---treat all people fairly and with respect, always be prepared and do a good job, work hard, return calls and emails promptly, be available, dress appropriately and look the part, offer advice and support with no agenda other than what might be in the best interests of the client. It's not magic but it seems that few people realize that over time this formulae will work. Victor understands.

I've also found over the years that referrals are dicey. I have developed a list---one Doctor, one Accountant and one Real Estate Professional and that is Victor. I know that with Victor I am never going to get a dissatisfied call back about anything. And I know with confidence that if Victor cannot help my referral he will find someone who can and that he will both report back and thank me for thinking of him.

**San Francisco Office**
One Bush Street, Suite 600, San Francisco, CA 94104
tel: 415-567-9000 | fax: 415-399-9480

**Oakland Office**
492 9th Street, Suite 200, Oakland, CA 94607
tel: 510-527-5589

www.reubenlaw.com

Hon. Richard Seeborg
November 4, 2022
Page 2

If you didn't know Victor directly you would know by his reputation in the community that he is one of those people you'd want to have as part of your life. The simple fact that his employees have been with him for 20 years plus should tell you something. All the earmarks of the mensch I know are there. You don't have to look hard.

I was told to keep this short. Here's the wrap up. It is clear to me that in order to function well, schools, institutions, clubs, businesses, and most importantly communities need resourceful people with good ideas and the energy and will to make those good things happen. Victor is one of those people. I wish there were more of them.

I am glad Victor made that call to me 35 years ago and I am proud of what my friend has accomplished.

Respectfully Submitted,

**REUBEN, JUNIUS & ROSE, LLP**

Enclosures:

cc:

# EXHIBIT 144

**Paul A. Conroy**
**48 Paloma Avenue**
**San Francisco, CA 94127**
November 9, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Victor Makras

Dear Judge Seeborg:

I met Victor Makras in 2005 when he was appointed by Mayor Newsom to the San Francisco Fire Commission. I was president of the Commission at the time and served with Victor until I resigned from the Commission at the conclusion of my term in January 2010. I participated in meetings and personal discussions with Victor three to four times a month during those five years, so I got to know him fairly well.

By way of background, I was born in 1949 in San Francisco and received my degrees from the University of California, Berkeley and Hastings College of the Law. I have been a member of the California State Bar since 1978. I'm now retired from active practice. In addition to serving nine years on the Fire Commission, I have served on the boards of San Francisco neighborhood organizations, a Citizens' Bond Oversight Committee and San Francisco mayoral committees. I have volunteered as a mediator with San Francisco Community Boards and with the San Francisco Superior Court as a pro-tem judge.

I have a great deal of respect for Victor's dedication to public service, the work ethic he brought to the Commission and his ability to formulate creative solutions to the Fire Department's many challenges. He evidenced great concern for the Department members and the public. He worked harder than most other commissioners - I believe this was because he took very seriously his responsibility as a public official. I expect that the considerable time Victor spent on the Commission detracted from his business endeavors.

Victor demonstrated empathy – he cared about other people. In our meetings and discussions he often took the side of the "little guy," and explored issues from the perspective of those who are not as fortunate as others. In my experience with him, I found that a strong characteristic of Victor was his wanting to be of help to others.

I hope these observations are of assistance to the Court.

Respectfully,

Paul A. Conroy

# EXHIBIT 145

Peter Naughton
Shamrock Realty
630 Taraval Street
San Francisco, CA 94116

November 6, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

My name is Peter Naughton and I write this letter in support of Victor Makras.

I immigrated to San Francisco from Ireland. In 1976, my wife and I founded a small
real estate brokerage and development company called Shamrock Realty. I met Victor
in the early years of my career. We had much in common since he, too, had founded
his own small company. Each of us understood the challenges the other faced in a
very competitive business dominated by larger, more well-established companies.
Victor and I often shared information, resources, and advice with each other. Victor
was never the type of businessman who felt others needed to lose in order for him to
win. Rather, he was and is among the people who operates on the philosophy that a
rising tide lifts all boats, and he focused on making the tide rise for everyone.

Victor and I both I served the San Francisco Association of Realtors. While there,
Victor worked hard to upgrade the profession. The policies that he helped implement
made the business more fair for all of the professionals involved. More importantly,
the assistance that he provided the SFAR ultimately benefited the public by
increasing the transparency of the profession and establishing specific guidelines and
principles that resulted in expanded consumer protections.

In all the years that I have known him, Victor has shown himself to be a man of
honesty and integrity. His support and camaraderie were invaluable to me in the early
years of my career, and I believe that the real estate industry and profession in San
Francisco have been shaped for the better by him.

Sincerely,

Peter Naughton

# EXHIBIT 146

November  5, 2022

Honorable Richard Seeborg

US District Court for the Northern District of California

450 Golden Gate Ave

San Francisco, CA 94102

Regarding        VICTOR MAKRAS

Honorable Judge


For the last some twenty years I know and recognize Mr. Makras as a distinguished professional, who has been concerned about our country's ethics and how to improve our society.

Thirty some years ago, he was a customer of mine in a restaurant in Daly City. In later years I was present while he was dealing with a customer who he was or about to be named the property manager of the customer's small commercial building. There I heard him directly explain to the customer the importance of following the rules of the City, the laws and the need to be transparent and honest to the customers tenants, and vendors.  In second hand conversations, I heard others express their experience and knowledge of Mr. Makras as an honest professional and a person with integrity.

I also believe that you as an experienced jurist, do understand.


I hope and pray that Lady Justice and **you** your Honor will have mercy on him on all matters in front of you. Please do.

With respect

Athan Magganas

Engineer, scientist, small businessperson

808 Shevlin Drive

El Cerrito CA 94530

# EXHIBIT 147

# SAM BROWN INVESTIGATIONS                CA LICENSE PI 10194

PO Box 31212 San Francisco, CA  94131 Business: (415) 621-5918
WWW.sambrowninvestigations.com  EMAIL: sbgroup@att.net

November 6, 2022

Honorable Richard Seeborg

United States District Court for the Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94102

Re: Case Number: CR 21-0402 RS Letter of Support for Mr. Victor Makras

Honorable Judge Seeborg,

My name is Samuel Brown. I am the owner of Sam Brown Investigations, a full service,

world-wide, investigative network. I have nearly 50 years of experience in the private

investigative field including holding California State License PI 10194 since 1983, being a published

author, owning a private postsecondary and vocational education program, and publishing articles on

property management by the utilization of hiring a private investigator.

Victor Makras has been a client and friend for over 25 years. As a fellow San Franciscan,

and small business owner, Victor has the same love for his business and

community as I do. I found his knowledge and professionalism in the real estate market to be

unsurpassed compared to his competitors and is always willing to help others.

Victor is not only an accomplished businessperson; he leads with his heart and is full of

compassion. There have been many times I have called on Victor for advice, and he has without fail,

taken the time to speak to me and offer his expertise.

Victor is not only an astute businessperson and upstanding citizen that gives back to his

community, he is also a man of God, loving husband to his wife, Farah, a father, supportive colleague,

and devoted friend. I have attended dinner events at his home on many occasions, where a wide

A variety of guests are present from politicians and professional business owners to members of

his congregation and neighbors.

It takes a special person to dedicate and commit himself not only to his business and

customers but as well as being a devoted husband, father, and member of his church.

This person is Victor Makras, and I am proud to call him a business colleague and friend.

Please contact me if you have any questions. I can be reached at (415) 307-7549 or sbgroup@att.net.

Sincerely,

Samuel Brown

Linkedin.com/in/sam-brown-5479a220

www.sambrowninvestigations.com

# EXHIBIT 148

Hon. Judge Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

I'm writing to you today on behalf of my confidant Victor Makras. He has been instrumental to me and I've learned a great deal from him so when I was asked to send a letter for him there was no hesitation.

I was introduced to Victor Makras through my employer Imbelloni Construction Co., Inc. specifically, Joseph Imbelloni and Lauren O'Sullivan. When our founder became ill, Lauren needed to take on a much different role which left me to figure out my role as a property manager in San Francisco. Their trust in him was magnetic and I was instantaneously at ease knowing I had someone to bounce things off and knowing I wasn't alone and that's how Victor became so special to me.

Being new to the industry and working in San Francisco he became a safe haven to ask questions without judgement and provided guidance through my journey. His knowledge is apparent in the way he speaks gently yet with intent and never made me feel insecure and no question was irrelevant. He would let me come to my own conclusion and answered in a way that you felt heard with compassion but would offer how he would proceed which was always the correct way to go with an ethical and logical explanation.

I now work with him in a different capacity as he manages the buildings that I did at one time did so we speak more frequently and I anxiously await to hear from him as I know I'll be drenched with his knowledge of real estate and life. During the SIP orders due to COVID-19 he would frequently call me to check in and I honestly don't think I would have made it through without his calls and support.

During the past 7 years that I've had the privilege of working alongside him and his team there's nothing too small or irrelevant and he's always available for a quick call/email which always puts you at ease. He's a real estate ace and a class act and has shown me nothing but kindness throughout the years and for that I'm truly touched.

Thank you kindly,

Monica L. Zertuche
Imbelloni Construction Co., Inc.
833 N. San Mateo Drive
San Mateo, CA 94401
650-464-1074 mobile
monica@jnlicc.com

# EXHIBIT 149

*Song Hawthorne*
*531 Midvale Way*
*Mill Valley, CA 94941*
*Mobile: 408.656.4689*


November 3, 2022


Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102


Dear Hon. Richard Seeborg,

I was a client of Victor Makras in 2003, soon after I moved to San Francisco from Los Gatos to start my life as a newlywed.  My then husband, Stephen and I quickly realized to keep our promise caring for our rescued border collie, Rusty, we needed a home where he could play outside daily in a more dog friendly environment - It seemed like an impossible dream given the high real estate prices in San Francisco albeit we were living frugally and saved as much as we could.

Victor Makras was very generous with his time and professional resources - Understanding my growing family needs, financial constraints, future goals and teaching us how best to navigate through a complex process with confidence as a first-time homebuyer (Intimate journey with significant consequences).

Stephen, Rusty and I were beyond happy when we closed on our first home in Mill Valley with a large garden near a luscious Eastwood dog park.  Perfect!

Victor Makras did not pressure/encourage us buying a bigger and more expensive home to earn more in broker's commission for himself, he supported us in purchasing a home that was best for me and my family - True professionalism and compassion in action.

My marriage to Stephen didn't survive and our friendship remained. In fact, I met my current husband of 13 years, Lou while Rusty, my border collie was playing with Lou's husky, Mira at Easywood dog park.  What a blessing!

My connection with Victor Makras is a blessing which I hold in high esteem.


Sincerely,

Song Hawthorne

# EXHIBIT 150

**DALY APPRAISAL CO**
**1 Winant Way, Alameda,**
**CA 94052**
**415-860-3403, Lic#AR012315**

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Mr. Victor Makras

Honorable Judge Seeborg,

My name is Richard Chiu, a certified Real Estate Appraiser.   I started to know Mr. Victor Makras more than 20 years ago through business referral of other real estate professionals. Since I knew Victor, he has referred me appraisal business and used my services. Over the years, I am in the receiving end of our business relationship and benefit from Victor's referral. Victor is such a gentleman and professional. He never use his business advantageous position to leverage me to do anything beyond my professional boundaries. I am very grateful of his business referral and integrity.

I have met Victor and some of his employees several times over the years when I perform my professional work. I know Victor has built a successful real estate business and treated his employees very well and his employees all enjoy working with or for him.  I also know Victor has provided years of service to City government, all without pay.  Victor's generosity and cares to his clients and friends are impressive.  He is a supportive colleague and devoted friend.

I only learned about his court case thorough the media and don't know much about the details. Victor asked me to write a character reference letter. Knowing his character and integrity, I am more than happy to obligate.

Sincerely

Ricard Chiu, Certified R. E Appraiser

# EXHIBIT 151

Melanie Jones
460 N Central Ave
Stockton, CA 95204

November 2, 2022

Hon. Richard Seeborg
United States District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

I am a Senior Escrow Officer with Old Republic Title.   I recently relocated to Stockton,
semi-retired working for Old Republic Title 3 days a week at their branch in Lodi.

I have been in the title and escrow business for about 30 years.   I have worked in
different counties but most of my time has been in San Francisco.   San Francisco is
where I met Victor Makras about 14 years ago as an Escrow Assistant working my way
to a Senior Escrow Officer position.   Victor had been a loyal client through all those
years.

I always enjoy working with Victor.   His transactions are varied from basic residential
sales and loans to apartment buildings, mixed use properties, condo conversions and
working with small developers in the area.   I continue to see the same principals which
is a hallmark of the loyalty that he has built with his own clients.

Victor Makras has contributed to my success professionally as well for which I am
thankful.   He always reviews the statements and paperwork before his clients sign,
letting me know and explained what might need to be changed or updated, something
as simple as a proration of taxes or more complicated rents.   This allows for a much
smoother transaction for everyone and helped build my knowledge of the industry.

Victor always treats everyone with respect and kindness - no matter their position at the
company, in a business transaction or in life.

Best regards,

Melanie Jones

# EXHIBIT 152

Nov. 1 2022

Dear Judge Seeeburg,

I feel compelled to write to you tell you about the victor Makras that I and my family know.

Victor and I have been very good friends for many years as well as his being our property manager for our property, as well as our sons. He has managed our property extremely well for many years, and continues to be an absolute, upright manager. I/we could not be in better hands. His business is almost like a family business with employees who have been with him for many, many years. His son, Sean also works with him, and is also here for us at any time should I have questions (which, of course, I hardly do).

On a personal note, he and his wife,Farah are outstanding members of the community, philanthropists, and beautiful entertainers.

We have had many wonderful times with Victor, and hearing all the lovely stories about his children – Lyla who is a senior at Marin High, and Tyler who had graduated from USC – a really wonderful family.

Ron and I cannot speak more highly of Victor Makras .

Sincerely,

Joyce Castellino

# EXHIBIT 153

November 1, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

I am a child of God and I believe His Grace and Mercy is sufficient for me; therefore, it is my fervent prayer that the Lord will humbly work through you to show Victor mercy, as the Lord showed Paul in 2 Corinthians 12:9 - But he said to me, "My grace is sufficient for you, for my power is made perfect in weakness." Therefore, I will boast all the more gladly of my weaknesses, so that the power of Christ may rest upon me. The bible also says in Luke 6:36-37 – 36 Be merciful, just as your Father is merciful.
37 "Do not judge, and you will not be judged. Do not condemn, and you will not be condemned. Forgive, and you will be forgiven."

In 2004, I became personally and professionally acquainted with Victor, when he and I served on the San Francisco Fire Commission. I was relatively new to San Francisco and Victor, through his generous spirit, was kind enough to show me the best of what San Francisco had to offer in its benevolent people and its wonderful eateries. He even graciously opened his home to me to fellowship with his family.

Victor was not obligated to be kind to me; however, it was, and it is his nature. Besides, I was a stranger to him in a strange land. His warm welcoming and embracing of me brings to my mind two scriptures Matthews 25:35- For I was hungry and you gave me food, I was thirsty and you gave me drink, I was a stranger and you welcomed me and Hebrews 13:2- Do not forget to show hospitality to strangers, for by so doing some people have shown hospitality to angels without knowing it.

As the Lord's child, I have no doubt that the He would show grace and mercy to Victor because I know what the Lord has done in my life. When I have fallen short of His glory, He has always lifted me up and He has shown me mercy, goodness and grace time and time again, even when I did not deserve it.

Because of my personal walk, and journey with the Lord, it is my spiritual duty to be here for my fellow man who is in need. Victor is in need and through prayer, the Lord has shown me that I must be here for him.

Your Honor, thank you for your time and consideration to this matter. If you have any additional questions, please do not hesitate to reach out to me directly.


God bless,

Clem Howard

# EXHIBIT 154



**ZTA** ZANGHI TORRES ARSHAWSKY LLP

John P. Zanghi
415.977.0444 EXT 222
jzanghi@ztalaw.com
www.ztalaw.com

November 7, 2022

Hon. Richard Seeborg
United States District Court
of the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

    re: Victor Makras

Dear Judge Seeborg:

    I have known Victor Makras for more than twenty years and during that time our professional relationship has become a friendship.

    I am an attorney with a landlord-tenant practice in San Francisco and I first became acquainted with Victor Makras when my office was retained by Makras Real Estate relative to its property management matters.  When I first began working with Makras Real Estate, I generally worked with Victor' s management staff.  Later, I began working more closely with Victor and was able to get to know him personally.

    During the years that I have known Victor, I have found him to be kind, considerate and understanding.  He has shown extraordinary patience working with his property management clients in explaining the intricacies of owning rental property in the Bay Area. His dedication to his clients explains why his clients work with him decade after decade and generation after generation. Victor has also shown extraordinary compassion and empathy when working with tenants in resolving tenancy issues.

    Victor is also a devoted father and husband.  Victor has forged a closed relationship with his stepson, Shon and I have seen first hand the bond that they have between them. Victor's younger children are close in age to my son, and Victor and I have often talked about our children and the challenges of parenting with Victor reminding me of the importance of spending time with family and maintaining a semblance of a work/life balance.

    Victor has also offered me his kindness and support when I had a particularly difficult time some years ago when my family was subjected to acts of intimidation in connection with a particularly contentious case which was being litigated by my office. Victor listened to me, my concerns and then gave me some much needed perspective and sage advice on how to proceed under very difficult circumstances. I will always be grateful.

Very truly yours,

John P. Zanghi

# EXHIBIT 155

James Wunderman
272 Appalachian Drive
Pleasant Hill, CA 95423

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Justice Seeborg,

I am writing in regard to the case of Victor Makras, who is due for sentencing in your court.

I have known Mr. Makras since the early 1990's, when he served on the San Francisco Public Utilities Commission (SFPUC). I joined the Administration of Mayor Frank M. Jordan early in 1993, and served as the Mayor's Chief of Staff for the three years that followed. The Mayor had both appointive authority to the SFPUC as well as a continuing oversight function. That five member commission was responsible for managing the city's (and much of the Bay Area region's) water and electric power assets, hence it's an important body.

During this time, it was my observation that Mr. Makras was a reliable commissioner, took great interest in the work, showed up for the meetings prepared to discuss the relevant issues, and worked well with his fellow commissioners. During the years I served as Chief of Staff, I do not believe we ever received a complaint about Mr. Makris or received a negative comment.

While I have known Mr. Makras for about thirty years, we never became close friends, and we never did any business together. That said, I always admired that he went on from the SFPUC to serve on several other city commissions, including the Police, Fire and Port Commissions as well as the city's Retirement System Board. While my role with city government ended early in 1996, I did remain at least tangentially involved in city affairs, serving as the Chairman of San Francisco Chamber of Commerce in 2003 and since then serving as President and CEO of the Bay Area Council from 2004 until present. In these roles I did have occasion to reach out to Mr. Makras at times over the years regarding issues before his commission. I always found him to be responsive, cordial, fair minded and solution oriented.  He never did any more or less than what I would expect from a city commissioner, and given my work with Mayor Jordan, I have what I believe to be a good sense of how commissioners should comport themselves and function within the public interest.

It was always my sense that Mr. Makras took on these public responsibilities because he truly cared about San Francisco and wanted to give back to the community that was behind his great success. I've served on a number of boards myself over the years, and I currently Chair the San Francisco Water Emergency Transportation Authority, which manages the regions' major ferry system, Bay Ferry.  I take on that responsibility because I feel I have something to offer that can make the Bay Area a better place; it was my firm impression that Mr. Makras served toward achieving that same end.

Thank you very much for receiving these comments, I hope they provide some additional insight in the character of Victor Makras.

Sincerely,


Jim Wunderman

# EXHIBIT 156

*Catherine M. Cunningham*
*311 Coleridge Street*
*San Francisco, CA 94110*

November 7, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

### Re:  Victor G. Makras

Dear Judge Seeborg:

I am writing in regard to Victor Makras who hired me to provide off-site secretarial support for Makras Real Estate in 2003.  During the course of some thirty years in business, I had the great good fortunate to work with individuals of extraordinary accomplishment and some with high ethical standards.  Victor Makras falls into both categories, and working with him had a profound impact on my life.

One of the first things I noticed right away was how loyal Mr. Makras's staff is, most having worked for him for decades.  I soon found out why: not only does he run a thriving business that they all take pride in and benefit from, but he goes to bat for them.  One example is of him hiring an attorney to help an employee when her family member had legal problems and then allowing her to work on Saturdays to pay off that obligation.  Never asking more than he is willing to give, Victor also works on Saturdays and is the first to arrive at the office.  I quickly learned that if I needed to discuss work with him, I'd better catch Victor before 8 a.m. because once the phone calls and meetings started, it would be a long wait. Everyone around Victor is inspired to work hard by the example he sets.

Another thing I noticed was the great affection and appreciation Mr. Makras's clients show him, some of whom are retired individuals whose property he manages and who have grown reliant on the personal attention and kindness he has shown them for so many years.  In my own case, Victor sold me a piece of property that he owned.  While signing papers at the escrow office, I was surprised to find that he made little profit on the sale. That property would later become instrumental in my ability to retire when I received a cancer diagnosis.  And true to character, Victor now manages that property for me.  When, in an effort to express my gratitude, I tried to make a donation to one of the Makrases' many philanthropic endeavors, he handed the check back to me.

And it would be impossible not to notice the closeness of the entire Makras family, at the center of which is Victor.  In the midst of the sometimes chaotic property management/real estate office, I would see him patiently holding the hand of his distraught mother while she wept, a

Hon. Richard Seeborg
November 7, 2022
Page Two

woman I learned from unrelated circles is a generous individual, herself, and instrumental in the workings of her parish.  As the elder Mrs. Makras is the recipient of reverence from her son, so too Victor engenders respect from the next generation of Makrases.  In fact, he commands an environment of decency all around him.

Victor Makras takes his role as civic leader, businessman, family man and friend seriously and being of service to others is an important aspect of his life, to him and the many people who benefit from his talent and generosity.  While there is no doubt that Mr. Makras is a successful businessman, it is equally clear that financial gain is not his only, or even primary, motivation.

If I can furnish any additional information, please do not hesitate to contact me at (415) 609-7123.

Very truly yours,

Catherine M. Cunningham

# EXHIBIT 157

# Tony and Katy Haidezos

1079 Springfield Dr.
Millbrae, CA 94030


Dear judge Seeborg


 My wife and I are late 70s and we had the privilege to meet and do business with Mr. Victor Makras when we purchase a building across the bay with two of my best friends became partners and he was our property manager for our five commercial mechanics auto repair shop in a small shopping complex for more than 30 years
Our experience working with Victor was the best always on top of everything and very knowledgeable to help us out for all our leases and maintenance for the property or any problems we had with tenants he was there for us and many times go out of his way to help everyone out with kindness and always honest
He did a very excellent job and very professional with the  good people that works in his office and on the field


 Thank you very much for your time

Signature : *[signature]*

Signature : *[signature]* Katy Haidezos

# EXHIBIT 158

November 7th, 2022

To Whom it may concern:

Re; Victor Makras

Greetings,

My name is Asher McInerney. I'm a 6th Generation San Franciscan whose family has been involved in the Real Estate industry since around the founding of San Francisco. I began my career like my ancestors working on construction projects in the City. I've gotten to know a diverse group of individuals via my trade through the years. There are a handful of folks I look up to in the industry and Victor Makras happens to be one of them.

I've known Victor through my Father, former Commissioner and President of the Board of permit appeals John E. McInerney III. Since I can remember Victor has been a prominent role model in my life. He always conducts himself in a professional manner. I've witnessed his virtue of kindness first hand on many occasions. He has always been a beacon of truth in dealings for me. Whenever there was an issue on a jobsite, in a building, or with a real estate deal Victor took a head on approach to deal truthfully and fairly to resolve an issue. I've learned a great deal from his steadfast head on approach and I strive to conduct myself in the same manner.

Throughout the years I've watched Victor dedicate himself to the City and County of San Francisco as a public servant in many realms, Fire, Police, Port etc. I highly admire his benevolent undertakings in the arena of public service. Victor has elevated the likes of the honorable Mayor Willie L Brown Jr from the House of Representatives to the office of Mayor in our City. I watched Victor tirelessly support a young Supervisor, Gavin Newsom who has been a tremendous asset to San Francisco, our State and the Nation. Victor has supported our current Mayor Madame Breed as well. Through Victor I've been able to become acquainted with and learn from some of the best statesmen/women in our Country. These men and women have a common thread of never-ending service to the community in turn resulting in the betterment of our society.

I've had the honor and privilege to know Victor in professional and social settings. He is a dedicated husband and father. His children exemplify what they have learned from their father as hard working and honest students and professionals.

Victor built a business from the ground up and his success has been rooted in his hearty foundation of morals and ethics. It's no coincidence that he is one of the most successful real estate entrepreneurs in the City. I can't think of anyone else who has given more to the City and County of San Francisco than Victor.

Sincerely,
Asher McInerney

DocuSigned by:

*Asher G McInerney*

42207795D8B3447...

11/7/2022

# EXHIBIT 159

Dear Judge Seeborg,

   To begin, I have known Victor for over 30 years. My relationship with Victor is both professional and close family friend. We have spent holidays, meals, and family inclusive occasions all these years giving me personal knowledge to Victor the man. In addition, I have worked for and with him giving me knowledge to Victor the business man. It is sufficient to say, I can truly attest to his exemplary character.

   When I first started working under Victor, which was encouraged by my late Father, I had already known him personally for many years before. Stepping into his office I was greeted with open arms to immediate business professionalism. Seeing this different mien of Victor, gave me understanding as to why my Father directed me toward his direction. First and foremost was the open environment. Any inquiries, doubts, or questions could be readily and easily answered or resolved. Either by the office colleagues, resources, or Victor himself. Ultimately, Victor was the ultimate resource due to his experience, knowledge, and how to do things the right way. Which leads me to my next lesson of completing tasks the right way. His insistence or demand for clear and straightforward business affairs was a definite priority. I have had many clients and business associates positively comment on my work due to Victor's installation of this work ethic. These teachings and influences are instilled in my own business to this day.

   On a personal level, Victor has been and remains, to this day, a close and true family friend. From my late Father and Mother to whom he has always been there for, to myself and my family of whom he continues to do the same. For me Victor has never wavered from his true self. I value his honesty, trustworthyness, and candor. When my performance was in question, he was there to immediately point me in the right direction. When I performed amicably, he was there to encourage a continuation of the same. In addition, Victor is always available. Whether he is one foot or one thousand miles away, he is attentive and responsive. His service to me and to the acclamation of others is unparalleled.

   The qualities of Victor's character are a direct result of all of his accomplishments and place in this community. I can not speak for anyone, however, I can only attest to the words of praise, appreciation, and adoration people attribute to Victor in conversation. Not only does Victor provide a service to our community, he provides an environment of trust and comfort to all. Victor's door is always open, welcoming and with a willingness to help others in the best way he can. One can be born with or develop all these qualities through time. Whichever way Victor acquired these gifts, he lends himself to people because he wants to. Victor is an asset better contained in our community rather than taken out.

Your time and consideration is Much Appreciated,

Chris Christoforidis

# EXHIBIT 160

**George S. Karas**
590 35th Avenue
San Francisco, CA 94121
Email: George@gsKaras.com
Direct Cell: (415) 793-8000


Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102


Dear Hon. Richard Seeborg,

Please accept this letter of support for Victor Makras. My name is George Karas and I live and work in San Francisco with my wife and three children. I am an owner-investor of various businesses and neighborhood retail properties located throughout San Francisco. I've personally known Victor Makras for more than 30 years and consider myself fortunate to call him my friend.

Over the past thirty plus years I've seen Victor helping and supporting so many people from all walks of life. This included people from the Greek American community, City government, the real estate and business community, and even students and senior citizens. Like Victor, my parents were also immigrants from Greece and they emphasized the importance of family, hard work, service to the community, and having a strong love and appreciation for America. Victor embodies all of those qualities.

I first met Victor at an event for BAGABA (Bay Area Greek American Business Association) and can still remember his introduction with "you're the new guy, come over here!" Victor made sure that I felt welcomed and he introduced me to everyone. I felt his sincere desire to help me and others and saw how he was able to create a place where people could meet and network and try to help one another. Victor was the only person that could bring together such a diverse group of people of all ages and different backgrounds.

Throughout the years I've seen Victor continue his unique ability to bring people together in many other settings as well. Victor and I have never completed a business transaction together, but it never mattered to him. Victor just wants to be a good friend and nothing else and he has always been there for me.

I have a lot of respect for Victor because he started from humble beginnings and was able to build a successful business, raise a wonderful family and still devote so much of his time and energy to serving his community. All of his many accomplishments are truly remarkable.

Over his lifetime Victor has accumulated a vast wealth of knowledge and real-life experiences and I value and appreciate his guidance, support and wisdom.  He is always upbeat, positive and optimistic even when others, me included, can get frustrated and discouraged.  He is inspirational and pushes me to be a better person.  Victor touches so many people and makes a positive difference and I think he and his family deserve only the best.

Thank you very much for considering my letter.  I am happy to speak with you further and to provide greater detail about myself and my personal knowledge regarding Victor Makras.

Sincerely,

George S. Karas

# EXHIBIT 161

November 7, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

I have known Victor Makras since 1988 and over these years, I've had dinner with him at least once every month. We would frequent many restaurants in San Francisco, primarily the House of Prime Rib on Van Ness Avenue. What I noted was that on entry to these restaurants, he was gleefully greeted, not just by the wait staff but also by the cooks and other restaurant employees. This embracement had nothing to do with the well-known generosity of his tipping but simply because at some time or other over the years he helped so many of these persons, either by assisting their friends or relatives in securing employment, or guiding them out of circumstances that thwarted them. To them, he is truly a Renaissance Man.

While I personally witnessed Victor's helpful outreach to others, I was struck by the manner of how he so lovingly embraced his daughter whom he adopted as a baby from Guatemala. Victor lived by the credo that "actions always speak louder than words".

Victor Makras gave many years of service to San Francisco, serving on the Port Commission, the Retirement Board, the Board of Appeals, the Police Commission and the PUC. I never witnessed Victor's demeanor as a Commissioner without coming away impressed by his sensitivities and respectful interchange with everyone, especially with calcitrant individuals. His questioning of individuals was always fair and balanced in order for him to fully understand each issue before him so that he could rule fairly and objectively.

Even when challenged by the impact of a family tragedy which was the severe injury to one of his sons, Victor again showed his kindness and respect to others by not only fully supporting his young son (which any loving father would do), but he continued his outreach to others in need as he had done in the past.

Victor's incredible generosity to others earned him the mantra that he was the slot machine for anyone in need. As for his friendship, I and others would simply intone the Marine motto: "Semper Fi".

Sincerely,

Michael (Joe) O'Donoghue
1527 McAllister Street, San Francisco, CA 94115

# EXHIBIT 162

# Sara Bryant

7708 Silva Ranch Road
Sacramento, CA  95831
sara@bryantgonzalez.com

Hon. Richard Seeborg

United States District Court for the Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94102

**RE: Letter of Support for Victor G. Makras**

Honorable Judge Seeborg:

Please know that I have known Victor G. Makras, since I was a child and I have always found him to be a good, knowledgeable, kind and trustworthy individual.   This is a letter in strong support of his most excellent character.

After receiving a B.A. from UC Santa Cruz in Business Management Economics in 2003, I turned to Victor Makras for career advice.  He allowed me to shadow him in his real estate business and I was an intern at his office for over a month.  I was so inspired by his excellent client relationships and business acumen that I decided to pursue a similar career.  Today I am a successful real estate broker based in Sacramento, CA.

Hon. Richard Seeborg

United States District Court for the Northern District of California

Page 2


Thank you for the opportunity to submit this strong letter of support for my good friend and mentor Victor G. Makras.  If you should have any questions, please do not hesitate to contact me at (916) 718-8620.


Sincerely,

Sara Bryant

# EXHIBIT 163



**Zack Wasserman**
**Director**
ZWasserman@fennemorelaw.com

1111 Broadway, 24th Floor
Oakland, California  94607
PH (510) 622-7621  | FX (510) 834-1928
fennemorelaw.com

November 5, 2022

Hon. Judge Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    Victor Makras

Dear Judge Seeborg:

     I have known Victor Makras for over 15 years.  I have known him as both a client and as an active citizen in the Bay Area.  I first met Victor when he was on the SF Public Utilities Commission and my firm represented the Commission regarding property it owned in Alameda County.  Victor's real estate knowledge was very helpful in advising the Commission and in making the best possible real estate deals for the Commission.

     This service was one of many San Francisco public agencies that Victor served on and helped without any compensation.  As a similar civic volunteer – I have served on the Oakland Port Commission, several Oakland Charter Review and Economic Development Committees and I have been chair of the San Francisco Bay Conservation and Development Commission for the past ten years – Victor and I often discussed the importance of citizens providing public service and giving back to their communities.  Based on those conversations and my observation of his service on the SF Employees' Retirement System Board, the Fire Commission, the Police Commission and the Port Commission, I know that public service is very important to Victor.

     While less directly involved in Victor's charitable activities, I know from our discussions and my following his career that he has also been an active and generous contributor to many San Francisco charities.  Over the past several years – at least before the Pandemic – we would also see each other at the Elios Society Hellenic Ball which he and his wife and my firm have long supported.

     I also know from discussions with him and mutual associates that Victor cares about individuals.  He is always one of the first to reach out to friends experiencing emotional or economic problems and talk to them about what he can do to help.  He did that with me when my wife died five years ago and his conversation with me gave me comfort.

**FENNEMORE.**
WENDEL

Hon. Judge Richard Seeborg
November 5, 2022
Page 2

I hope you will consider these factors in your deliberations.

Sincerely,

FENNEMORE WENDEL

Zack Wasserman

RZWA/rzwa

# EXHIBIT 164

# JOHN P. ANTONAKOS, J.D., LL.M (TAXATION)
LAW OFFICE OF JOHN P. ANTONAKOS
177 BOVET ROAD
SUITE 600
SAN MATEO, CALIFORNIA 94402

November 3, 2022

Telephone:(650) 638-2311
Facsimile: (650) 638-1050
E-Mail: Antonakosjohn@hotmail.com

Hon. Richard Seeborg
United States District Court for
the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Victor Makras

Dear Honorable Judge Seeborg:

I am writing on behalf of Victor Makras.  I have known Victor for many years.
Victor and I have shared many clients together.  I've experienced Victor's
sympathy, compassion and honesty.  I also know that Victor is an exceptionally
loving husband and father.  Anyone who knows Victor knows that he is a good,
decent man.

Further, Victor has performed exceptional acts of public and private service.
He cares about others and has assisted many without any need of recognition.
I would know.  I moved to the Bay Area many years ago, knowing no one.  I met
Victor and he was kind and generous to me, a complete stranger.  Of course,
I'll never forget that.  We've come to share clients and I know every single one of
them feels the same as I do.

I have engaged with many clients over the years.  I believe you know that with
the passage of time and through contact with so many individuals, attorneys
develop a sense for which individuals possess good character and which fall
short of our hopes and expectations.  I wouldn't be writing this letter if I had
any doubts about Victor's character.

Accordingly, I respectfully request that leniency be granted to Victor.

Sincerely yours,

John P. Antonakos
JPA:pn

# EXHIBIT 165

November 7th, 2022

To:
Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

My name is Elana Bennett, and I'm writing to share my impressive experience working with Victor Makras. In 2020, Victor hired me to be one of his real estate agents, to help him sell several units that he owned in 244 Lakeside Drive, Oakland. I was so honored to have the opportunity to work with such a successful, kindhearted, experienced, and principled man. As soon as I met Victor for the first time, I could tell that he was a man of great respect, diligence, and ethics. Victor impressed me with his vast knowledge about so many things, and the way in which he communicated with me every detail that he knew about his properties.

For 10 years I have been a licensed realtor, and I have honestly never seen any client go so much above and beyond, to disclose every morsel of knowledge that he knew about his properties, right upfront to potential buyers. Our disclosure package, which we sent to potential buyers and their agents, was so enormous and full of information, that it was infamous among realtors. It was commented on by nearly everyone, that it was the longest, and most detailed information that they had ever read or witnessed, in any sale that they had done. People were impressed, and thankful for all of the information and honestly that Victor was providing upfront, as well as all of the work involved in making such a document. In being so inclusive of with the information, I could tell that Victor was an honest, fair, and very ethical person. Victor even shared items in the disclosures that might dissuade a buyer from the purchase; however, he included these items openly and honestly.

When Victor didn't know the answer to something, such as which storage unit was assigned to which unit, he made it a point to ask me to go and double check the same day, to make sure that we were giving correct and efficient information to buyers. Victor did not "guess"; he made sure he knew the answer before he gave any information. After the close of our first sale, one of our buyers had a few requests for repairs from Victor. Even though Victor was under no obligation to make any repairs or adjustments, he did so out of his kindness, and to make the new owners happy.

In all of my professional career, I can count on one hand the number of clients I've worked with that have had the same diligence, honestly, integrity, and work ethic as Victor Makras. I will always consider myself very lucky to have worked with such a great man.

Sincerely,

Elana Bennett

Elana Bennett
REALTOR
415.794.2000
Coldwell Banker Global Luxury
1560 Van Ness Avenue, 2nd Floor
San Francisco, CA 94109
CalBRE #01960169

**EXHIBIT 166**

David Mitchell
995 Woodland Drive
Hillsborough, CA  94010

November 4, 2022

Judge Richard Seeborg
US District Court
450 Golden Gate Avenue
San Francisco, CA  94112

Dear Judge Seeborg,

I am writing you regarding my friend and colleague, Victor Makras. I met Victor in the late 1980's when I made an in-person visit to Homestead Realty in Daly City, where Victor was a real estate agent.  As a mortgage broker, I was seeking to meet realtors and other professionals who may know of people in need of real estate loans.  He and I were both early in our careers and working to create networks of reliable, trustworthy, high integrity contacts who could help build our businesses.

That visit led to Victor referring to me clients of his who needed help with financing their purchase of real estate.  Many of the people he referred were making their first purchases and unsure of how to go about getting a loan.  His referral allowed me to work closely with these people and provide them with the best options for their personal situation.  This resulted in people successfully navigating the purchase of homes and real estate investments, and to Victor and I continuing to work together over the last 30+ years.

Victor is committed to providing excellent service to his clients and expects the people he refers his clients to do this as well.  The clients he has referred to me have been from a wide range of diverse communities – economically, racially, educationally, religiously and more.  Victor is confident that I will provide the same respectful, fair, transparent service to them that he does. In addition to being someone Victor refers business to, I have and continue to be a client of Victor's, and refer friends and family to him.

I have long been impressed by Victor's commitment and service to his community.  He has held many volunteer positions and supported people and organizations he feels makes the community stronger.  This applies to his activity in local politics as well as to his church and the schools his children attend.

Victor's integrity, fairness, openness, and genial nature have led to his being a trusted friend in addition to business associate.  I enjoy spending time with he and his wife Farah and have met many of his extended family and friends.  I testified during his recent trial, and strongly believe that he is an asset to the community and does his best to help those around him.

I appreciate the opportunity to share my experiences and insights about Victor, and hope that it contributes to your understanding of him as a person as you consider the next steps in his court process.

Sincerely,

David Mitchell

# EXHIBIT 167

**ELEANOR JOHNS**

174 9th AVENUE
SAN FRANCISCO, CALIFORNIA 94118
(415) 706-7781
Eleanor_johns@yahoo.com

November 9, 2022

Honorable Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Victor Makras

Dear Judge Seeborg:

I am writing in connection with the sentencing of Mr. Victor Makras, whom I have known for many years, to provide the Court with information and observations about Mr. Makras's life, work, and character that I believe might be helpful for the Court to understand Mr. Makras more fully.

From 1996 through 2003 I was Chief of Staff for San Francisco Mayor Willie L. Brown, Jr. During those years Mr. Makras was appointed to and honorably served as a member of the San Francisco Public Utilities Commission from 1996 through 1998. From 2001 to 2004, Mr. Makras served on the San Francisco Police Commission.

Since its founding I have been the Executive Director of the Willie L. Brown, Jr. Institute on Politics and Public Service, a nonprofit organization that places students in paid internships with various City and County of San Francisco agencies. This program provides students at San Francisco State University an opportunity to get professional experience in the public sector and begin a commitment to public service. Mr. Makras has been a member of its Board of Directors as well as a generous contributor to its programs.

I hope this information assists you in your decision making.

Respectfully submitted,

Eleanor Johns

# EXHIBIT 168

Sergio Nibbi
1686 Escalante Way
Burlingame CA 94010

November 1, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

    Over 20 years ago I had the pleasure of meeting Victor Makras who was recommended to us by a property manager by the name of Jean Armstrong that was doing residential property management for us and was planning on retiring and moving out of the area. After a few meetings we decided to go with Victor and he has been doing the residential property management for us ever since. One of the best decisions that we have ever made.

    Through the years we became good friends and learned much from his way of handling tenants which were treated more like family than numbers. Having been in the construction business for more than 72 years his method of dealing with people was very much in keeping with our business values. If ever that was an issue that had to be resolved our first comment was "let's run it by Victor". On one of our properties located at 35 Russia Street in San Francisco, we kept getting comments from the tenants about the building being under rent control and we ended up at the City on more than one occasion and always came back with the same reply, the building is not under rent control. In the process Victor introduced us to his attorney, John Zanghi who was finally able to put this matter to bed once and for all. After Victor's recommendation we've been using Zanghi ever since. This is just one example of his knowledge of lessons that we've learned from Victor through the years.

    For many years my brother Larry and I have been involved in many charitable organizations. I've been on the board of the Salesian's Boys and Girls Club for almost 40 years, Boys and Girl's Town of Italy, now known as "A Change in Life", Family House, a facility that takes care of children with cancer and is located in Mission Bay in a beautiful building that we built about 10 years ago, St. Anthony's Dining Room, that again we build around that same time and the list goes on and on. As you know that being involved with so many charitable organizations we're always being asked for financial help and we in turn always go to our friends and benefactors. One of our first calls is always to Victor Makras and the answer has always been "Yes".

    Not only have we been blessed to learn from Victor how to manage properties but also thankful for his generosity through the years. He is truly one of a kind.

Sergio Nibbi

# EXHIBIT 169

# REUBEN, JUNIUS & ROSE, LLP

Kevin H. Rose
krose@reubenlaw.com

November 1, 2022

**Delivered Via USPS**

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

  **Re:** **Victor Makras**

Dear Judge Seeborg:

I am a partner with the law firm of Reuben, Junius & Rose, LLP.  I have practiced law in the
City and County of San Francisco for over 24 years.  I am writing to you about Mr. Victor
Makras.

I have worked with Victor Makras on many commercial projects throughout the years.  He has
always been honest and fair in our business dealings.  My personal observation is that Mr.
Makras' clients are drawn to him because they know that they can trust him, and that he will
treat them fairly and honestly.   I am also aware of Mr. Makras' many philanthropic activities in
San Francisco.  My opinion is that Mr. Makras is of good character, and an asset to the people of
San Francisco.

    Sincerely,

    **REUBEN, JUNIUS & ROSE, LLP**

    Kevin H. Rose

**San Francisco Office**
One Bush Street, Suite 600, San Francisco, CA 94104
tel: 415-567-9000 | fax: 415-399-9480

**Oakland Office**
492 9th Street, Suite 200, Oakland, CA 94607
tel: 510-527-5589

www.reubenlaw.com

# EXHIBIT 170

OCT 31, 2022

HON. RICHARD SEEBORG,
U.S. DISTRICT COURT OF
NORTHERN DISTRICT OF CAL.
450 GOLDEN GATE
         94102


Dear Judge Seeborg,

My name is Steve Nakajo and I
have been a non-profit ED of Kimochi
Senior Center from 1971-2016. I was
also the E.D. of the Japantown Task
force from 2017 - 2021.

I am writing this letter in reference
to the character of Victor Makras who I
have known for the past 20 years.

Victor Makras in my association with him.
In my opinion has been a dedicated public
servant to do the good work for his.
community, family & friends. particularly for
San Francisco.

I have witnessed in Victor true
commitment to work hard. In every
passion that he has help to summit
in improving the quality of life
for every San Franciscan.

Victor Makeras is a devoted
husband, father, brother to his
family.

Victor has always been open to
providing assistance to anyone who
needed support to achieve social
equity to each community in San
Francisco.

Victor has always provided good advise
time thru his thoughts and experience.

What I know of Victor Makeras is
that he is a good man that always
will provide to all of us with
needed support a helping hand.

Thank you. Judge Seeborg
for taking the time to
read my letter.

Regards.

Steve. Makej Jr.

# EXHIBIT 171

**Noviembre 3, 2022**
**Hon Richard Seeborg**
**United States District Court for the Northern of California**

Hon Richard yo, **Marco Antonio Rodriguez**, mayor de edad, casado, padre de tres hijas, y de forma voluntaria redacto esta nota para expresarme sobre el señor V**ictor G. Makras**, ya que lo conozco desde hace mas de 15 años  como empleador desempeñando un papel como mi jefe el cual me a permitido conocerlo de manera amplia, permitiéndome tener la certeza que puedo referir que es una persona respetuosa, al momento de dirigirse a mi cada vez que hemos coincidido ya sea por razones de trabajo o reuniones que el prepara para socializar con sus empleados demostrando con calidad humana que el valora nuestro trabajo y esfuerzo por hacer el trabajo bien , **Victo**r es un ser honesto ya que al momento de valorar el trabajo que desempeño es renumerado de acuerdo a lo justo, y  como persona independiente puedo decir que es un ser con una personalidad que lo definen sociable que le permite tener interacción directa con cada uno de sus empleados, amable, generoso, reservado e inteligente, lo cual le a permitido mantener el equilibrio que le permiten desenvolverse con una actitud adecuada que han sido la base y que me han permitido trabajar con el por muchos años, le estoy agradecido por siempre tratarme con cordialidad y respeto y por ser un hombre justo que Dios siga bendiciendo su vida por ser un hombre de bien para la sociedad.

MARCO ANTONIO RODRIGUEZ

# EXHIBIT 172

Nick Vlahiotis
67 Camino Alto
Millbrae, CA 94030

November 3, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

I am writing this reference letter on behalf of Victor Makras, whom I have known for almost 30 years.

Victor and I met through the Greek community and began a professional relationship in 1995, when, with his expertise, my business partner and I were able to acquire a building--a business opportunity that changed my life and led to over twenty years of owning a restaurant, and nearly thirty years (and counting) of being a landlord.

Since then, Victor has been the first person I turn to for business advice. I have always found him to be honest, intelligent, experienced, and above all, trustworthy in his judgments. He has offered sound advice through the decades without any mention of compensation, and in all honesty, I never thought to offer him any, because he always treated me as a friend. In 2011, after twenty-seven years of working in the restaurant business, I turned to Victor to sell my business. And this year, as I turned seventy-five years old and made the decision to transition management of my brother-in-law's apartments to someone other than myself, it was Victor again whom I trusted to handle it.

Victor's work ethic no doubt stems from his background, and we have much in common: we both came from poverty, and had to enter the workforce at a young age and work through struggles to build better lives for ourselves and our families. Victor prides himself in supporting his community and helping others like him. He is very involved in the Bay Area's Greek community, and is well respected by all. For fifteen years I was the president of the Zakynthian Brotherhood of California, a Greek philanthropic organization, and Victor regularly supported our organization to meet our charitable ambitions.

In short, Victor is a respected community member, businessman, and friend to many. I have entrusted him with many of my life's biggest decisions in business, and know him to be trustworthy and honest. I appreciate your time in considering this letter.


Nick Vlahiotis

# EXHIBIT 173



**The Law Office of Daniel Berko**
*819 Eddy Street*
*San Francisco, CA 94109*
*Tel. (415) 771-6174*
*Fax. (415) 474-3748*
*E-Mail:* daniel@berkolaw.com

October 28, 2022

Honorable Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re: Victor Makras

Dear Judge Seeborg:

I am writing to you to discuss my personal knowledge of and experience with Victor Makras.

I have been an attorney for over forty-one years. In that capacity I have come to know Mr. Makris, not as my client, but he was involved in cases in which I represented other parties. In fact, he was the opposing party in a case in which I represented parties adverse to him which is how I met him. As part of the case, I had interactions with Mr. Makras over many hours and many occasions.

I was very impressed with his integrity and fairness. He always strived to reach reasonable compromises on the issues involved. He always acted with a sincere generosity of spirit. The case was quite contentious, but he never was. He was invaluable in helping all parties reach a compromise resolution. I found him always to be honest, forthright, and looking for a fair result that would benefit all parties. I found him to be a very impressive person for those reasons.

I sincerely believe, based on my many interactions with Mr. Makras as referenced above, that he is a real asset to our community.

I respectfully request that you take into consideration the many wonderful qualities that Mr. Makras has.

Very truly yours,

DANIEL BERKO

DB:jg

# EXHIBIT 174

To: Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: Victor Makras

Dear Judge Seeborg,

I had the pleasure of working with Victor Makras for over 40 years. I am now retired, but Victor and I started our careers about the same time-his as a real estate agent , and mine as an escrow officer. You could say that we grew up together in the real estate industry. From the beginning, I liked and admired Victor. He was hard working, gave of his time freely, was always good natured. I know him to be trustworthy, honest, and respectful-- always respectful. In an industry where time is always of the essence and people are stressed, he was never demanding, understanding that I had a high volume of closings and I would always do the best I could for him and his clients. Because of these qualities, he was one of my favorite clients. I watched Victor become successful because of his dedication to his customers, his expertise and knowledge. I saw him take the time to guide them through every step of the real estate transaction, always being available for them, and that often meant exceptionally long days. We used to joke that he was the Greek godfather because he had so many members of his Church , along with friends of family or friends of friends lined up at his office to ask questions and seek his opinion. And all without charge, because that's just who he is. I never understood how he could juggle his real estate practice, property management, his own personal investments, his family and friends, his volunteer work on commissions , and do it all with joy.

Sincerely

Annie Nobilione

# EXHIBIT 175

**ROBERT J. ROTHMAN**

P O B O X 1 8 1

R O S S , C A 9 4 9 5 7

( 4 1 5 ) 3 9 2 - 3 6 6 1

F A C S I M I L E ( 4 1 5 ) 9 8 2 - 7 3 7 2

October 31, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of Callifornia
450 Golden Gate Avenue
San Francisco, CA. 94102

Dear Judge Seeborg,

I am writing you in regards to Victor Makras, whom I have known for over 30 years.

Before retiring I was an attorney in San Francisco. I was a member of the Board of
Directors of the Bar Association of San Francisco, the chairman of the Tax
Committee of the Barristers Club, chairman of the Tax Section of the Bar
Association of San Francisco, and served as a settlement master for the San
Francisco Superior Court and Marin County Superior Court.

I was referred to Mr. Makras by other attorneys when I was seeking a competent,
experienced, and ethical real estate broker to refer clients to for the sale or
purchase of real estate. Each of the first two clients I referred to Mr. Makras
reported back to me that Mr. Makras was very dedicated, service-oriented, bright,
responsive, and each was very satisfied with his work on their behalf.

Over the years I referred more clients to Mr. Makras' company and always received
favorable reviews by my clients.

I also developed a deeper business relationship with Mr. Makras by having lunch
with him on occasion, attended events at his home, and conversed with him on
market conditions regarding real estate and business conditions in San Francisco.

I also became aware of Mr. Makras' commitment to civic service and giving back to
the community.

One of my client had known Mr. Makras since boyhood and told me that Mr.
Makras was a loyal and giving friend and told me of services Mr. Makras had
rendered to the Greek community in which he was raised.

Best regards,

Robert J. Rothman

# EXHIBIT 176



**Bruce D. Baumann**
395 Biscayne Drive
San Rafael  CA 94901
Tel (415) 460-9979
Fax (415) 520-0454
Bruce@Baumannassociates.com

October 31, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg:

This letter is respectfully submitted in support of my longtime friend and colleague Victor Makras.  This is an unbelievably difficult letter to compose, I assure you that it comes directly from the heart.

I have known Victor for many years and have always found him to be fair and honorable.  On a personal level he has helped me by providing guidance and support many times.

He is unselfish, extremely reliable, and knowledgeable.  He gives his time freely, is a man of his word and his recommendations and guidance have always helped me with whatever my issues were, whether business or personal.  Victor has always been there for me to offer his help.

In his capacity as a real estate broker, we have had common clients and I have seen firsthand how he has helped to guide them through the difficult process of managing and developing properties.  With Victor it's not only the business services that he provides, but he also cares about his clients and often times that includes taking care of needs of the entire family.  He is someone they can rely on and that is why he has so many repeat clients and why his business has always been successful.

Over the years we have shared lunches and dinners together talking about what we have in common; family, growing older and sharing similar challenges about running a small business and managing rental property in San Francisco.

When we socialize, we laugh about getting older and how that impacts our lives every day.  My wife and I attended Farah and Victor's wedding celebration, he loves his children and honors and cherishes his relationship with his wife

Victor has generously offered me support and his recommendations have always been extremely helpful and on target

There are only a very small number of people outside of the family that I rely on and Victor is a trusted and respected member of that limited group.

Victor is someone that I admire, respect and value as a true friend.

Respectfully submitted

Bruce D. Baumann

# EXHIBIT 177

Dennis A. Antenore
1544 Tenth Avenue
San Francisco, CA 94122

October 31, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, Ca 94102

RE:   <u>Victor Makras</u>

Dear Judge Seeborg:

I have been a client of Victor Makras for over thirty years and know him well.   He has
managed my real property over that period.

He has always been transparent and kept me informed at all times of anything affecting my
property. He accounts to me on monthly basis.   Even when I am not available I know that he will
professionally take care of any problems that arise.   He has at times expended money on my
behalf without charge and allowed me to repay him over time.

Victor has handled my affairs honestly and with integrity.   I have fully trusted Victor and he has
over decades been worthy of my trust.

I have recommended Victor's services to others and will do so in the future without hesitation.

Very truly yours,

Dennis A. Antenore

DAA:hs

# EXHIBIT 178

LAW OFFICES
# RICHARD S. E. JOHNS
174 9th AVENUE
SAN FRANCISCO, CALIFORNIA 94118

RICHARD S. E. JOHNS

(415) 640-3240

rsejohns@yahoo.com

October 31, 2022

Honorable Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Victor Makras

Dear Judge Seeborg:

I write in connection with the sentencing of Mr. Victor Makras, whom I have known for nearly 30 years, to provide the Court with information and observations about Mr. Makras's life, work, and character that I believe to be helpful for the Court to understand Mr. Makras more fully.

I met Mr. Makras in 1995 when I happened to sit next to him at a gathering of volunteers working to elect then former Speaker Willie L. Brown, Jr. to be Mayor of San Francisco. I knew about Mr. Makras through friends, starting in 1992 when he was appointed to the San Francisco Public Utilities Commission, which was the leading provider of water, municipal power, and wastewater services in San Francisco. I followed his career as he continued to serve, as a volunteer, until 1998.

From 1996 to 2004, my wife Eleanor Johns was Mayor Brown's Chief of Staff, so I was fairly aware of some of the activities of city government, including those of Mr. Makras.

During the campaign Mr. Makras showed the drive and diligence that had allowed him to establish what was, even then, a very successful real estate business, and serve with distinction as a commissioner. From 2001 to 2004, Mr. Makras helped set policies and conduct disciplinary hearings for the San Francisco Police Department. This service was also as a volunteer.

For five years Mr. Makras served on the San Francisco Fire Commission, helping protect lives and properties from fires and natural disasters. The SFFC publicly acknowledged Mr. Makras for his "engagement and willingness to

Hon. Richard Seeborg
October 31, 2022
Page 2

challenge issues" while serving on the Fire Commission.  Again, he was a
volunteer.

From 2010 to 2019 Mr. Makras served on the San Francisco Employees
Retirement Board and was its President for several years stating in 2013.  It
managed a $17 billion investment fund on behalf of city and county employees
and retirees.  Once again, Mr. Makras was a volunteer, as he was from 2018 to
2020 when he was a member of the San Francisco Port Commission.

Aside from this very substantial public service, Mr. Makras has been
unusually active in serving and supporting many philanthropic organizations,
including the Willie L. Brown, Jr. Institute on Politics and Public Service, a
nonprofit organization that trains students at San Francisco State University to
obtain government-related careers; the Friends of San Francisco City Planning;
the Carter Center, which is a nongovernmental, not-for-profit organization
founded in 1982 by former United States President Jimmy Carter; the Edgewood
Center for Children and Families in San Francisco; and others.  I am a Director
of the San Francisco Historical Society, which Mr. Makras has supported
generously.

While I had an active law practice, I engaged Mr. Makras to assist me
with several real estate transactions, both residential and commercial.  He was
in every instance very knowledgeable about the issues and considerations
involved and diligent in executing the strategies that we agreed to use, and
always ethical.  Because of his trustworthiness my clients and I came to take
great comfort in his being a part of our team.  In other instances, Mr. Makras
has been generous with his time in discussing real estate issues with me, for
which he never asked to be compensated.

I hope this information assists you in your decision making.

Respectfully submitted,

Richard S. E. Johns

# EXHIBIT 179

Honorable Richard Seeborg
United States District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Dear Judge Seeborg,

I was referred to Victor Makras in 2003 when I wanted to move out of my own Real Estate Office and have someone take over the property management functions. Victor and I set up a meeting and what an experience to meet with him.  I had dealt with so many people beginning when I was 12 with a part time weekend job. I moved up from mopping floors etc. to waiting on customers in that Pharmacy throughout High School and Jr. College. I served in the US Army reserve; was a manager of a drive in milk depot in Lafayette California when I was at University.  I entered the Real Estate business in 1964 and became a Licensed Broker in the early 1970's and had my own office until 2004. In that business I had clients, residents, owners, title company people, lenders, fire insurance agents/brokers.  I had buyers/sellers so many people from all walks of life. I knew nice folks and Victor is at the very tip-top. His work ethic, generosity, integrity, and honesty is an example to all.

Victor's dedication to taking over my property management was the beginning of a great friendship besides the business side. He asked me to work out of his office as a Broker Associate.I found him remarkable in his devotion to friends and family then still having time to devote tirelessly to the City on different commissions and other contributions.  Made me feel proud as I am a native City Born.  I am a licensed Broker Associate at Makras Real Estate.

When my wife as ill, and I wasn't present at the office there was a major rehab on a vacant apartment that I owned. Victor took over; made all the decisions, paid all the bills and re-leased the unit. He told me pay the bill when I was back .to the business world.

In this note I would be flippant to say that his value as a person in my life has been incredible. My respect for Victor is at the top. We have shared many conversations about business, family, and the City through the years. His character is above reproach.

It is a real honor for me knowing all the truly great individuals that passed through in my life to be able hold a special place for Victor in that realm as a special man to his family, friends, clients, and acquaintances.

Respectfully and Sincerely,

Michael J. McAuliffe
November 3, 2022

# EXHIBIT 180

**Gail Seibert**
*3355 Betty Lane, Lafayette, CA 94549*

November 1, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

SUBJECT:  Victor G. Makras

Dear Judge Seeborg:

Thank you for this opportunity to share a bit of my professional experience in dealing with Victor Makras for the last twenty-two years.

As a Property and Casualty Insurance Broker who specializes in placing Professional Liability Insurance exclusively for the real estate industry, I have seen many levels of dishonesty, misrepresentation, irresponsibility, and negligence as clients and insurers alike attempt to create scenarios which will justify actions and serve their individual interests regardless of the allegations.  This is not one of those stories.

I have been placing Errors and Omissions coverage for Makras Real Estate since 2000, and Victor has been my direct contact in all dealings.   Victor's honesty, transparency, responsiveness, and general business practices have been exemplary, and, in fact, have served as the industry standard as to how business should be conducted to maintain a fair and productive environment for all involved.

About Victor's loyalty.  I would have been doing business with Victor for 26 years rather than 22 had it not been for Victor's fierce loyalty to those with whom he chooses to work.  It took me 4 years to acquire Victor's business because of his loyalty to his former insurance broker.  It wasn't until she retired that I was able to step in.  I now enjoy that same loyalty.

There was a time early in our business relationship, however, when Victor became disappointed in my service.  I work very, very hard to be sure my clients receive the best coverage available at a fair price, and this takes time.  Victor had a shorter time line, and I was missing his self-imposed deadlines.  Most clients would simply move on to another insurance source who better met their needs, but not Victor.  He somehow saw something in me worth salvaging, so he invited me to lunch, laid out his expectations regarding quote deliveries, and we moved on.  Again, that loyalty.  I will always admire those who take care of those who take care of them, and Victor has shown that quality repeatedly.

The above are just a few of the reasons I value Victor Makras as a client and a colleague.  In my world he has always demonstrated the professional and ethical way to handle any and all business situations.

Thank you for taking the time to read and consider the above.

Respectfully,

Gail Seibert

# EXHIBIT 181

16 Ashboro

Shanakiel

Co. Cork

Ireland

T23R23V

11/07/2022

Dear Judge Seeborg,

My name is John O'Donovan, I emigrated to California in 1988 and moved to San Francisco in 1989.

I have worked all of my professional life as a Contractor/ Engineer but am now retired and living in Ireland.

I first met Victor Makras in the mid 1990s when he was introduced to me by a friend and I have had professional dealings with Makras Realty, and specifically with Mr Victor Makras since that time. I have engaged Makras Realty both in the sale and purchase of several properties on my behalf over the years. I have always found Mr Makras to be extremely polite, competent and professional in all of his dealings. As such I also engaged Makras Realty to manage my rental properties in San Francisco since the late 1990s. a relationship which continues to this day

I have found Victor and his staff to be consummate professionals. He has an incredible dept of knowledge across all aspects of real estate and management. He has been a huge support to me in dealing with local authority issues, tenant relations, utilities, maintenance, and repairs. The breath and  scope of his knowledge garnered over a long career is astounding and he gives his advice freely and with good humour.

I can attest to how hard he works daily as I regularly had meetings with him in his office at 6am over the years. Any issue that I have raised with him he had delt with promptly and professionally no matter how big or small.

Over the years I got to know Victor very well and I have observed him to be a caring and devoted son, husband, father, and brother to his extended family.

I have found him to have a strong social conscience and great empathy for those less fortunate in our society. His energy and capacity to help others has seen him involved in countless charitable endeavours and he has given his time and expertise freely to many city boards and organisations.

My In the almost thirty years that I have known Victor I have never witnessed anything that gave me cause for concern either professionally or personally.

Sincerely,

X  John O'Donovan

John ODonovan

# EXHIBIT 182

**James Frassetto**
**1525 Scenic Avenue**
**Berkeley, California 94708**

October 31, 2022

Honorable Richard Seeborg
United States District Court for The
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

Re:    <u>Victor Makras</u>

Dear Judge Seeborg::

I am a transactional real estate lawyer and have practiced for 44 years all at the same East Bay firm of Miller Starr Regalia.  It has been my honor and pleasure to represent Victor Makras on a consistent basis for 40 of those years.

I have represented Victor primarily on his personal investments but frequently on specific issues that arise from time to time in his real estate brokerage practice.  I also represented Victor in his purchase of other real estate property management firms.  I believe that over this long time of involvement with Victor, I have been able to establish a clear and firm opinion as to his intelligence, honor, integrity and sense of fair play.

But first, let me provide some context:  In the course of my daily business, I deal with a lot of real estate brokers.  Early in my career, I represented several real estate brokers on an attorney-client basis.  For a number of reasons, I got rid of my real estate broker clients:  all except Victor.  I would never do that.  I believe he is the most honest and trustworthy real estate broker I have ever met.  And one of the most intelligent too.

Victor always fought hard for his clients but with a gentlemanly manner and always fully with the bounds of prudence and fair play.  When problems arise (as they always do) he met the challenge with a clear head and was my best tool in solving the problems in a principled manner.

Perhaps Victor's greatest attribute (a rare one which has been commented upon by many who know him) is that his undivided attention to a problem had no relation to the amount of money at stake.  Sometimes the smallest of matters are the most

Honorable Richard Seeborg
October 31, 2022
Page 2

complicated to resolve.  It did not matter to Victor if hundreds of dollars were at
stake or millions.  He gave both his full devotion.  He really "fought for the little guy".

Through the years a number of other lawyers at my firm have known Victor.  I am
confident that their opinion of him is no different than mine.

Your Honor, I hope this helps you.  I really think the world of Victor.


*James Frassetto*

# EXHIBIT 183

**DIANE GALLIANO**
64 Palma Drive
Rancho Mirage, CA 92270
(415) 298-5373

October 31, 2022

Hon. Richard Seeborg
United States District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re:  Victor G. Makras

Dear Judge Seeborg:

Victor has been an **invaluable** asset to me, my family, and friends for the past **25+ years.**
He has **always** given me well thought out advice, as well as giving me  recommendations
so I could make my own decisions on the "pros and cons" and be able to make an informed
decision.

All of the transactions and investments that I have had with Victor have been more than
satisfactory.  I feel his advice was **always** sincere, knowledgeable and above reproach.  I
always felt (knew) that he was looking out for my best interest.

I have great respect and admiration in Victor's abilities and I will continue to use him in the
future for advice regarding my investments with selling, buying and managing real
properties. My strong belief is that Victor Makras is trustworthy, an honest man, and I will
continue to support him.

Sincerely

DIANE GALLIANO

# EXHIBIT 184

Elias Pamfilis
285 Woodrow St.
Daly City, CA 94014
(650)755-4285
elias.pamfilis@gmail.com

Dear Judge Seeborg,

My name is Elias Pamfilis and I am proud to offer my recommendation for Victor G. Makras. I have known Victor for over 40 years and have been his real-estate client ever since.

I first met Victor through mutual friends in the Greek community. I was looking for someone to manage my property and was referred to him since he was just getting started with his business. My first impression was that he was very young (I think 14 years younger than me) and wasn't sure what to expect. We had a long chat and after speaking to him I realized that he was very knowledgeable, enthusiastic and filled with passion. I realized that along with these positive character traits he was very intelligent. This made me decide to take a chance as one of his first few clients. Forty years later and I am grateful for it!

All these years we still have maintained a great business relationship. Victor truly cares about and supports his clients. He goes above and beyond his duties to help. I frequently visit his office for advice or just for a friendly chat. As busy as he always is, he always makes time to speak to me. Whenever I see him he always has a big smile on his face and a great sense of humor. Victor surrounds himself with great people and going into his office is like visiting family. From the time I met him I have only grown respect for his opinion, knowledge and most important of all, his character. This is the reason I have stayed as his client all these years.

Victor is also well respected in the Greek community. He is considered an important member of the community and is loved by everyone. Speaking to people about him, I have never heard anything bad said about his character. He has helped many people and people trust him. I have referred multiple clients to him and everyone only has the best things to say about him.

Aside from being his client I would also consider him a friend. He would always reach out to me to see how I am doing if I hadn't visited his office for a while. When my wife passed away, he called me directly to offer his condolences and asked if I needed anything. Victor doesn't need to take the extra steps he does, but since he is a considerate person, he takes the time to do things that would not necessarily benefit him. This is why I truly trust him and respect him.

Victor is a kind person who cares about his family, his clients, friends and the community. He has helped many people out of the kindness of his heart. He is a wonderful person and I am proud to know him for so many years.

Thank you for your consideration.

Sincerely,

Signature _elias Pamfilis_ Date: _11/07/2022_

Elias Pamfilis

# EXHIBIT 185

November 4, 2022


Honorable Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102


Dear Judge Seeborg,

It is my pleasure to write this letter in support of Mr. Victor Makras. My late husband, Dr. Ray del Portillo, and I have known Victor Makras and his family for more than 30 years. Victor is a thoughtful and considerate professional and has worked tirelessly as an advocate for our San Francisco Community over the years I've known him.

Victor and his family have been longtime supporters to inner-city youth in the transition to City College and four-year universities.  While serving as Dean of the Mission Campus of City College of San Francisco, I witnessed his generosity and intent to help students in need when supporting *Friends of the Mission Campus*, a 501-c3 non-profit that helps disadvantaged students continue their studies at CCSF, and as they transition to 4-year universities.

Victor is a great supporter of numerous non-profits and initiatives furthering education and equitable access for those that have been historically marginalized. He is also an important part of the Noe Valley Community, a good neighbor, and community member.


Sincerely,

*Carlota del Portillo*

Dr. Carlota Texidor del Portillo

# EXHIBIT 186

Charles Gerard Agosta
41 Dorman Avenue, Suite #5
San Francisco, CA 94124
Te: 415.863.6550

November 28, 2022

**The Honorable Richard Seeborg**
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  Sentencing of Mr. Victor Makras

Dear Judge Seeborg:

My name is Charles Agosta. I have lived and worked in San Francisco for almost four decades. My wife and I have both run small businesses in the City while we raised our three children here.

I have known and interacted with Victor Makras for about 25 years; throughout this relationship he has always been helpful and supportive and generous with his time. Though he is younger than I am, Mr. Makras has acted as a mentor to me in my business as a sole proprietor of a building company. No one has helped me more than Mr. Makras; he has acted as a sounding board while I negotiated leases and given honest assessments when I came to him for advice on complicated business decisions.

Eventually, when Covid disrupted my company, I hired Mr. Makras to help manage my properties. He has performed honestly and capably over the last 18 months.

In closing, when I look at Mr Makras from the perspective of a San Francisco resident, I appreciate the time he has contributed, and dedication he has shown the City over his long career. His many years of service on the various and varied commissions are remarkable; I imagine the time he has volunteered totals many thousands of hours – a truly notable contribution to this City.

Respectfully,

Charles Gerard Agosta

# EXHIBIT 187

November 17, 2022


Honorable Richard Seeborg
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

It is an honor and privilege to submit this letter on behalf of my friend, Victor
Makras.

I am a native of San Francisco raised in the Ingleside. My neighborhood bordered
Daly City, where Victor was raised. I had many friends in Daly City where I grew to
admire its values as community. I have known Victor for many years and was
drawn to him by his humble beginnings. He has worked hard for his success and
has always made service to community a priority in his life. I served under
Governor Arnold Schwarzenegger as Appointment Secretary and went on to serve
six years as a Commissioner on the California Public Utilities Commission. I
currently serve on the Board of Trustees of USF, SFJAZZ and Chair the California
African American Chamber of Commerce. I offer this because in all my years of
service, I have known very few who exceed Victor Makras in dedication to public
and community service.

For over ten years I served on the Board of Trustees of Mission Dolores Academy.
This Catholic primary and middle school, founded by combining Sacred Heart and
Saint Dominic's in the Western Addition. It was designed to provide African
American children a quality education. When the school fell on difficult financial
times, Victor provided the real estate advisory services that enabled us to sale
Sacred Heart Church. The funds from the sale made it possible to seed an
endowment to provide ongoing financial aid to the families of the students. I did
not know Victor personally at that time; however, I could not help but notice the
admiration that my fellow board members held for Victor. The certainty that was
in the atmosphere that he could save our school. Sometimes in life God sends an
Angel. In this instance, Vitor served that role.  Later the schools merged with

Mission Dolores Elementary to become Mission Dolores Academy located on the historic campus. The children experience Mass given by Father Charles Gagan, SJ in the Basilica every Wednesday. This institution has become a national model of parochial education benefiting underserved children. Its graduates excel and are accepted to the finest private college preps and Lowell High School. It is fair to say that this would not have happened were it not for Victor's dedication to children, faith, and community. We are forever indebted for his service.

I have experienced other examples of how Victor's love for humanity has compelled his desire to give. It is in his DNA. He is a consummate professional who makes his success a bridge of benevolence. For these reasons, amongst others to long to list, I request the mercy of this court in the sentencing Victor Makras. He is a good man. Devoted husband, father, brother, and friend. Victor is there any time someone is in need. I am blessed to know him.

Thank you for taking the time read this.


Sincerely,

Timothy Alan Simon, Esq.

# EXHIBIT 188

November 19, 2022

Honorable Richard Seeborg
United States District Court for the Northern District of California
400 Golden Gate Avenue
San Francisco CA 94102

Re: In the Matter of Victor Makras

Dear Judge Seeborg,

I write to share my personal impressions of Mr. Makras, whom I have known for more than 40 years and consider a very dear friend. I first met him in my role as housing inspector for the City of San Francisco. We struck up a friendship that has endured all these years, through my work as an inspector and then as Director of the Rent Board. He never once asked for any favor and indeed, would seek my counsel as to compliance with the various laws or ordinances that I enforced in my respective jobs with the City. He simply wanted to get the compliance right the first time, which frankly, was a marvel to me, given that many others appeared to be looking for shortcuts. To say that Victor, in his career in Real Estate, in his participation in our political process, in his genuine care for others that I have witnessed over several decades, was a rare bird indeed, borders on understatement.

He has served in so many civic roles that are not compensated to the level of responsibility that those roles entail. It is that selfless service that Victor has brought to his roles in government, in community activities and in his support of friends and even strangers all the decades that I have known him. His unblemished character through his decades of service to San Francisco and friends is truly unique and speaks to the real character of this man.

Whatever the contours of this matter, nothing can negate the value, the care and concern that this gentleman has brought to the civic well-being over the course of these many decades. My trust in the Court to adjudicate this in the fairest manner possible remains resolute and I appreciate the opportunity to vouch for the sterling character that is Victor. I thank the Court for the opportunity to share my thoughts with you.

Very truly yours,

Joseph P. Grubb

730 2nd Avenue
San Francisco CA
94118

# EXHIBIT 189



Maven Commercial, Inc.
466 Green Street, Suite #203
San Francisco, CA 94133
Phone 415.781.7700
Fax 415.781.7701
www.mavenproperties.com

November 17, 2022

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Victor Makras

Dear Honorable Richard Seeborg:

I am writing this letter in support of Victor Makras.  I have known Mr. Makras since a few years after we started our company, Maven, back in 2010.  Our company started and is domiciled in San Francisco.  Among other services, we fill vacant retail storefronts in San Francisco, a job that is often handled by some of the bigger firms.

Over the years, Mr. Makras has referred prospective clients to our company.  He had the ability to refer these people to the bigger firms, but he believed in us and he always had a genuine interest in seeing our smaller local firm accel past the bigger shops.  Mr. Makras referred us this business without ever asking for anything in return – he has always been generous and supportive to our company and I have always known him to be a supporter of the City of San Francisco.  For those reasons and others, I write this letter in support of Mr. Makras.

If I can provide any further assistance or answer any questions, please feel free to reach out to me at the number or email below.

Sincerely,

Santino DeRose
President & Managing Broker
C415-336-0151
sd@mavenproperties.com

# EXHIBIT 190

Hon. Richard Seeborg
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

I hope this letter finds you well. My name is Daniel Maionchi and I am a 4th year medical student at Ross University School of Medicine. I have known Mr. Makras for many years and worked under him as a secretary at Makras Real Estate in his office on Church Street in San Francisco from 2012-2015. I also babysat his kids a few times in this period. I started out working Saturdays while in high school and then worked summers while I was in college. It was my first job and I have fond memories of him and everyone in the office.

The work environment that Mr. Makras fostered was very easygoing and I always felt comfortable asking questions and having my needs met at the office. He was very generous and frequently bought lunch for all of his staff. I never saw him get angry and treat anybody unkindly in my experiences working at his office. He always had a cheerful and pleasant attitude. Mr. Makras knew I was interested in real estate and gave me some helpful tips about his experience in property management. One day he took me to lunch and we talked about the nuances of his business. He recommended I work extra hours to get more experience in the field and took a genuine interest in my career. Because of this, I have always looked to him as a mentor. I feel grateful I have someone like him to lean on.

Although I chose a different path to medical school, I am grateful for the experience to work with him and learn from his business. As someone who knows both his workers and family, I can say he treats everyone like family. He is always very honest with me and treats everyone with respect. In my experiences with him, I have always known him to be a man of great integrity.

Kind Regards,

Danielmaionchi@mail.rossmed.edu

4154075140