KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
JAN NIELSEN LITTLE - # 100029
jlittle@keker.com
CODY GRAY - # 310525
cgray@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
VICTOR MAKRAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MAKRAS,<br><br>Defendant. | Case No. 3:21-cr-00402 RS<br><br>**DECLARATION OF JAN NIELSEN LITTLE IN SUPPORT OF UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Dept.:  Courtroom 3 – 17th Floor<br>Judge:  Hon. Richard Seeborg<br><br>Date Filed: October 19, 2021<br><br>Trial Date: August 15, 2022 |

DECLARATION OF JAN NIELSEN LITTLE IN SUPPORT OF UNOPPOSED MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
Case No. 3:21-cr-00402 RS

2764372

I, Jan Nielsen Little, declare as follows:

1. I am an attorney licensed to practice law in the State of California and a partner at the law firm of Keker, Van Nest & Peters, LLP, counsel for Defendant Victor Makras. I submit this declaration in support of Defendant Victor Makras' Unopposed Motion for Early Termination of Supervised Release. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, I could testify competently under oath.

2. On August 6, 2024, I emailed United States Probation Officer Carla Navarro concerning this motion. On August 8, 2024, Ms. Navarro responded that the U.S. Probation Office had no objection to early termination of Mr. Makras' supervision.

3. On August 8, 2024, I emailed Assistant United States Attorney David Ward concerning this motion. On August 9, 2024, Mr. Ward responded that the Government does not object to early termination of Mr. Makras' supervision.

4. During his period of supervision, Mr. Makras has complied with all conditions of release, including timely submission of his pay stubs every two weeks, and obtaining permission for all travel. His supervision record is unblemished.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 9, 2024, in San Francisco, California.

_____
JAN NIELSEN LITTLE

1
DECLARATION OF JAN NIELSEN LITTLE IN SUPPORT OF UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE
Case No. 3:21-cr-00402 RS

2764372