```
1   KEKER, VAN NEST & PETERS LLP
    JOHN W. KEKER - # 49092
2   jkeker@keker.com
    JAN NIELSEN LITTLE - # 100029
3   jlittle@keker.com
    CODY GRAY - # 310525
4   cgray@keker.com
    633 Battery Street
5   San Francisco, CA 94111-1809
    Telephone:    415 391 5400
6   Facsimile:    415 397 7188

7   Attorneys for Defendant VICTOR MAKRAS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:21-cr-00402 RS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | |
| VICTOR MAKRAS, | Dept.:    Courtroom 3 – 17th Floor<br>Judge:    Hon. Richard Seeborg |
| Defendant. | Date Filed: October 19, 2021 |
| | Trial Date: August 15, 2022 |

## **ORDER**

Upon consideration of Defendant Makras' Unopposed Motion for Early Termination of Supervised Release, and the arguments and authority presented therein, pursuant to 18 U.S.C. § 3583(e)(1), the Court hereby TERMINATES the term of supervised release in this case and discharges Mr. Makras from supervision.

Dated: August ___, 2024

_____
THE HONORABLE RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE