KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
JAN NIELSEN LITTLE - # 100029
jlittle@keker.com
CODY GRAY - # 310525
cgray@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant VICTOR MAKRAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>VICTOR MAKRAS,<br><br>            Defendant. | Case No. 3:21-cr-00402 RS<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Dept.:     Courtroom 3 – 17th Floor<br>Judge:    Hon. Richard Seeborg<br><br>Date Filed: October 19, 2021<br><br>Trial Date: August 15, 2022 |

**ORDER**

Upon consideration of Defendant Makras' Unopposed Motion for Early Termination of Supervised Release, and the arguments and authority presented therein, pursuant to 18 U.S.C. § 3583(e)(1), the Court hereby TERMINATES the term of supervised release in this case and discharges Mr. Makras from supervision.

Dated:  August 12, 2024

_____
THE HONORABLE RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE